1  DAN WOODS (State Bar No. 78638)
   PATRICK HUNNIUS (State Bar No. 174633)
2  WHITE & CASE LLP
   633 West Fifth Street, Suite 1900
3  Los Angeles, CA 90071-2007
   Telephone:  (213) 620-7700
4  Facsimile:   (213) 452-2329
   E-mail:  dwoods@whitecase.com
5
   Attorneys for Plaintiff
6  Log Cabin Republicans

7  JEFFREY BUCHOLTZ
   PAUL G. FREEBORNE
8  U.S. DEPARTMENT OF JUSTICE
   CIVIL DIVISION, P.O. Box 883
9  Washington, D.C. 20044
   Telephone:  (202) 353-0543
10 Facsimile:  (202) 616-8202
   E-mail:  paul.freeborne@usdoj.gov
11
   Attorneys for Defendants
12 United States of America and
   Robert Gates, Secretary of Defense
13

14              UNITED STATES DISTRICT COURT

15             CENTRAL DISTRICT OF CALIFORNIA

16 LOG CABIN REPUBLICANS, a non-        )  Case No. CV04-8425 GPS (ex)
17 profit corporation,                  )
                                        )  JOINT REQUEST TO CHIEF JUDGE
18                                      )  FOR DECISION IN ACCORDANCE
                                        )  WITH LOCAL RULE 83-9.4;
19              Plaintiff,              )  MEMORANDUM OF POINTS AND
                                        )  AUTHORITIES
20      vs.                             )
                                        )  Filed:       October 12, 2004
21 UNITED STATES OF AMERICA and         )  Trial Date: None scheduled
22 ROBERT M. GATES (substituted for     )
   Donald H. Rumsfeld pursuant to FRCP  )
23 25(d)), SECRETARY OF DEFENSE, in     )
   his official capacity,               )
24                                      )
                                        )
25              Defendants.             )
                                        )
26 _____      )

27

28

1    WHEREAS, plaintiff Log Cabin Republicans ("Plaintiff") filed its complaint in

2    the above captioned action on October 12, 2004;

3    WHEREAS, defendants United States of America and Donald H. Rumsfeld,

4    Secretary of Defense ("Defendants") filed a motion to dismiss on December 14,

5    2004;[1]

6    WHEREAS, following completion of the parties' briefing on the motion, the

7    parties filed two joint requests for decision in accordance with L.R. 83-9.2 before the

8    Court dismissed the action on standing grounds on March 21, 2006;

9    WHEREAS, Plaintiff filed a first amended complaint in the above captioned

10   action on April 28, 2006;

11   WHEREAS, Defendants filed a motion to dismiss the first amended complaint

12   on June 12, 2006;

13   WHEREAS, following completion of the parties' briefing, a hearing was held

14   on the motion on June 18, 2007 at the conclusion of which the Court stated that the

15   matter was submitted for decision;

16   WHEREAS, the Court did not make a decision within 120 days of the hearing

17   on the motion as required by L.R. 83-9.1;

18   WHEREAS, the parties filed a joint request for decision in accordance with

19   L.R. 83-9.2 on October 24, 2007;

20   WHEREAS, on October 30, 2007, the Court denied the parties' joint request

21   for decision as moot in light of Plaintiff's concurrently filed memorandum of

22   supplemental authority;

23   WHEREAS, in accordance with L.R. 83-9.1.2(a)(ii), the matter was again

24   submitted for decision when, on November 13, 2007, the parties completed briefing

25   in connection with the submitted supplemental authority;

26   WHEREAS, the Court did not make a decision within 120 days of the matter

27   being submitted for decision;

28

---

[1] Pursuant to FRCP 25(d), Secretary of Defense Robert M. Gates is substituted for Donald H. Rumsfeld.

LOSANGELES 741361 (2K)

JOINT REQUEST FOR DECISION
TO CHIEF JUDGE

1    WHEREAS, the parties filed a joint request for decision in accordance with

2  L.R. 83-9.2 on March 20, 2008;

3    WHEREAS, the Court did not make its decision on the motion to dismiss or

4  advise the parties of an intended decision date within 30 days of filing of the joint

5  request for decision, or by April 21, 2008, as required under L.R. 83-9.3;

6

7    IT IS HEREBY JOINTLY REQUESTED, pursuant to L.R. 83-9.4, by and

8  between the undersigned counsel for the parties, that the Chief Judge of the United

9  States District Court for the Central District of California, in accordance with L.R.

10  83-9.5, consult with Judge Schiavelli to establish a firm intended decision date by

11  which the Court's decision shall be made.

12    IT IS FURTHER JOINTLY REQUESTED, that, in accordance with L.R. 83-

13  9.5, the setting of a final intended decision date be in writing, be filed in the case, and

14  be served on the parties.

15

16                                 Respectfully submitted,

17  DATED:  April 30, 2008          WHITE & CASE LLP

18

19                                 By: _____

20                                     Patrick Hunnius

21                                 Attorneys for Plaintiff Log Cabin Republicans

22  DATED:  April 30, 2008          U.S. DEPARTMENT OF JUSTICE

23

24                                 By: _____

25                                     Paul G. Freeborne

26                                 Attorneys for Defendants United States of

27                                 America and Robert M. Gates, Secretary of

       Defense

28

JOINT REQUEST FOR DECISION
                                                     TO CHIEF JUDGE

LOSANGELES 741361 (2K)

PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 W. Fifth Street, Suite 1900, Los Angeles, CA 90071-2007. I am employed by a member of the Bar of this Court at whose direction the service was made.

On April 30, 2008, I served the foregoing document(s) described as JOINT REQUEST TO CHIEF JUDGE FOR DECISION IN ACCORDANCE WITH LOCAL RULE 83-9.4; MEMORANDUM OF POINTS AND AUTHORITIES on the person(s) below, as follows:

Jeffrey Bucholtz
Assistant Attorney General
U.S. Department of Justice, Civil
Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20044

Telephone: (202) 353-0543
Fax: (202) 616-8460 (or) (202) 616-8202

Paul G. Freeborne
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20044

Telephone: (202) 353-0543
Fax: (202) 616-8460 (or) (202) 616-8202

Roger West, AUSA First Assistant Chief
U.S. Department of Justice
United States Attorney
Central Division of California
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012

Telephone: (213) 894-2461
Fax: (213) 894-7819/7385

☒   **(BY MAIL)** I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing at White & Case, LLP, Los Angeles, California, following our ordinary business practices. I am readily familiar White & Case's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on April 30, 2008, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Diane M. Petrek

LOSANGELES 741361 (2K)