1  DAN WOODS (State Bar No. 78638)
   PATRICK HUNNIUS (State Bar No. 174633)
2  SAYEMA J. HAMEED (State Bar No. 223193)
   WHITE & CASE LLP
3  633 West Fifth Street, Suite 1900
   Los Angeles, CA 90071-2007
4  Telephone: (213) 620-7700
   Facsimile: (213) 452-2329
5  E-mail: dwoods@whitecase.com
           phunnius@whitecase.com
6          shameed@whitecase.com

7  Attorneys for Plaintiff
   Log Cabin Republicans
8

9
                    UNITED STATES DISTRICT COURT
10
                   CENTRAL DISTRICT OF CALIFORNIA
11

12 LOG CABIN REPUBLICANS, a non-       )  Case No. CV04-8425 GPS (ex)
   profit corporation,                 )
13                                     )  LOG CABIN REPUBLICANS'
                                       )  NOTICE OF APPEAL TO THE
                   Plaintiff,          )  UNITED STATES COURT OF
14                                     )  APPEALS FOR THE NINTH CIRCUIT
15        vs.                          )
                                       )
16 UNITED STATES OF AMERICA and        )
   ROBERT M. GATES (substituted for    )
   Donald H. Rumsfeld pursuant to FRCP )
17 25(d)), SECRETARY OF DEFENSE, in    )
   his official capacity,              )
18                                     )
                   Defendants.         )
19 _____ )

20

21

22

23

24

25

26

27

28

LOSANGELES 774875 (2K)

1  Pursuant to Federal Rule of Appellate Procedure 3, notice is hereby given
2  that plaintiff Log Cabin Republicans hereby appeals to the United States Court of
3  Appeals for the Ninth Circuit from the Order Staying Action in Light of Ninth
4  Circuit's May 21, 2008 Decision in <u>Witt v. Department of Air Force, et al.</u>, entered
5  May 21, 2008 (attached hereto as Exhibit A).

DATED: July 22, 2008

WHITE & CASE LLP

By: *[signature]*
Patrick Hunnius
Attorneys for Plaintiff Log Cabin Republicans

# REPRESENTATION STATEMENT

The undersigned represents the Log Cabin Republicans, plaintiff in this action, and no other party. Attached is a service list that shows all of the parties to the action, and identifies their counsel by name, firm, address, and telephone number where appropriate.

DATED: July 22, 2008

WHITE & CASE LLP

By: _____
Patrick Hunnius
Attorneys for Plaintiff Log Cabin Republicans

LOSANGELES 774875 (2K)

## SERVICE LIST

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 W. Fifth Street, Suite 1900, Los Angeles, CA 90071-2007. I am employed by a member of the Bar of this Court at whose direction the service was made.

On July 22, 2008, I served the foregoing document(s) described as LOG CABIN REPUBLICANS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT on the person(s) below, as follows:

United States District Court, Central District
Attention: Honorable George P. Schiavelli
312 N. Spring Street
Court Room No. 7, 2nd Floor
Los Angeles, CA 90012

Telephone: (213) 894-1565 or (213) 894-2215

X  **(BY PERSONAL SERVICE)** I personally delivered the document(s) to the person(s) at the address(es) listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the document(s) in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the document(s) at the party's residence with some person not less than 18 years of age between the hours of 8:00 a.m. and 6:00 p.m.

Jeffrey Bucholtz
Assistant Attorney General
U.S. Department of Justice, Civil Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20044

Telephone: (202) 353-0543
Fax: (202) 616-8460 (or) (202) 616-8202

**Via Federal Express**

Counsel for the United States of America and Ronald M. Gates

Paul G. Freeborne
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20044

Telephone: (202) 353-0543
Fax: (202) 616-8460 (or) (202) 616-8202

**Via Federal Express**

Counsel for the United States of America and Ronald M. Gates

X **(BY OVERNIGHT DELIVERY)** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or delivered it to an authorized courier or driver authorized by the carrier to receive documents, with delivery fees paid.

Executed July 22, 2008, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

_____
Charlene Ephraim

LOSANGELES 774875 (2K)    PROOF OF SERVICE NO. CV04-8425 GPS (EX)