

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Transfer of Cases ) 
from the Calendar of ) ORDER OF THE
 ) CHIEF JUDGE
 )
of ) 08-078
 ) CV04-08425 GPS (Ex)
 )
Judge George P. Schiavelli )
 )

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following case be reassigned from the calendar of Judge George P. Schiavelli to the calendar of Judge Virginia A. Phillips for all further proceedings:

| | | |
|---|---|---|
| CV 04 08425 | GPS(Ex) | Log Cabin Republicans v. USA et al |
| CV 07 07731 | GPS(SSx) | State Farm General Ins Co v. Hamilton Beach/Proctor Silex et al |
| CV 08 00178 | GPS(SSx) | E & J Gallo Winery v. Mira Enterprises Inc |
| CV 08 00748 | GPS(FMOx) | Indymac Bank, F.S.B. v. Weststar Mortgage, Inc. |
| CV 08 01781 | GPS(FMOx) | Houshang Shabani v. A-Plus Packaging and Shipping Inc et al |
| CV 08 02763 | GPS(SSx) | Provident Life and Accident Ins Co et al v. Edwin Gromis |
| CV 08 05361 | GPS(FFMx) | Sebastain John Ziegler v. Del Amo Hospital, Inc et al |

DATED: October 8, 2008

Chief Judge Alicemarie H. Stotler