UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 04-8425-VAP (Ex)                                    Date   March 9, 2009

Title   LOG CABIN REPUBLICANS, a non-profit corporation -*v*- UNITED STATES OF AMERICA and DONALD H. RUMSFELD, SECRETARY OF DEFENSE, in his official capacity

Present: The Honorable   VIRGINIA A. PHILLIPS, JUDGE

| Gina Guzman (Relief) | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:

Daniel J. Woods                                       Paul Freeborne, DOJ
                                                              Capt. Patrick Grant

Proceedings: Defendant's Motion to Dismiss, filed 2/17/09

    Court issues a tentative ruling, hears oral argument and takes the matter under submission.

:   00/32

Initials of Preparer   glg