| | |
|---|---|
| 1 | WHITE & CASE LLP |
| 2 | DAN WOODS (State Bar No. 78638)<br>PATRICK HUNNIUS (State Bar No. 174633) |
| 3 | EARLE MILLER (State Bar No. 116864)<br>PATRICK J. HAGAN (State Bar No. 266237) |
| 4 | 633 West Fifth Street, Suite 1900<br>Los Angeles, California  90071-2007 |
| 5 | Tel:   (213) 620-7700<br>Fax:   (213) 452-2329 |

Attorneys for Plaintiff
Log Cabin Republicans

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOG CABIN REPUBLICANS, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and ROBERT M. GATES, SECRETARY OF DEFENSE, in his official capacity,<br><br>Defendants. | Case No.:  CV 04-8425 VAP (Ex)<br><br>**LOG CABIN REPUBLICANS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:         March 15, 2010<br>Time:         10:00 a.m.<br>Courtroom: 20, 3rd Floor<br><br>Discovery Cutoff:   Mar. 15, 2010<br>Trial:                      June 14, 2010<br><br>**DISCOVERY MATTER** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on March 15, 2010, at 10:00 a.m., or as soon
3  thereafter as this matter can be heard before the Hon. Charles F. Eick of the United
4  States District Court for the Central District of California, Court Room 20, 3rd floor,
5  312 N. Spring Street, Los Angeles, CA, 90012, Log Cabin Republicans ("LCR")
6  will and hereby does move to compel production of documents from Defendants
7  United States of America and Robert M. Gates, Secretary of Defense ("USA")
8  specified in LCR's First Set of Requests for Production of Documents.

9  The parties have met and conferred in a good faith effort to resolve this
10 dispute as required by Local Rule 37-1.

11 This motion is based on this Notice of Motion and the Joint Stipulation of the
12 parties filed herewith, and all papers and records or files herein, and all matters of
13 which the Court may take judicial notice, and such further oral and documentary
14 evidence as may be presented.

16 DATED: February 22, 2010                WHITE & CASE LLP

19                                         By: /s/Patrick O. Hunnius
20                                             PATRICK HUNNIUS
                                           Attorneys for Plaintiff
21                                         Log Cabin Republicans