# Exhibit A

**ACKNOWLEDGMENT OF ORDER RE PRIVACY ACT CONFIDENTIALITY**

I, _____, hereby acknowledge that I have read and understand the Order Re Privacy Act Confidentiality [Docket No. \_\_\_\_\_] (the "Order") entered in the matter of Log Cabin Republicans (the "Plaintiff") v. United States Of America And Robert M. Gates, Secretary Of Defense (the "Defendants"), Case No. CV 04-8425 VAP (Ex), currently pending in the United States District Court, Central District of California (the "Action").  I hereby agree to be bound by the terms of the Order.  Specifically,

1. I agree that I will use records and information protected by the Order only for purposes of this Action and any appeals thereof, and not for any other purpose of any kind.

2. I agree that records and information and all copies thereof protected by the Order will be returned to Plaintiff's counsel at the termination of this Action and any appeals thereof or when I am no longer assigned or retained to work on this case, whichever comes earlier, so that the records and information may be returned to counsel for Defendants or destroyed by Plaintiff's counsel within 60 days after the termination of this Action or any appeals thereof.  If Plaintiff's counsel elects to destroy the documents, they will so certify to counsel for Defendants within 60 days after the termination of this Action or any appeals thereof.

3. I agree that I will disclose records and information protected by the Order only to those persons authorized to receive such records and information pursuant to the Order; and that in any event I will not make disclosure to any person (except the Court and its personnel, including court reporters; the attorneys of record for the parties and persons regularly in the employ of such attorneys who have a need for Covered Documents[1] or Covered Information in the performance of their duties; employees of Defendant; and employees or Board members of Plaintiff) who has not signed an Acknowledgment of the Order in the above-captioned matter

---

[1] Terms utilized herein, but not defined herein, shall have the meanings ascribed thereto in the Order.

and does not have a need for such information to perform duties specifically related to the conduct of this Action or any appeals thereof.

    4.    Should I wish to disclose the records that are subject to the Order to any additional persons except those indicated in the Order and herein, I or Plaintiff's counsel will first seek the consent of Defendants. If Defendants do not consent to the disclosure, then I or Plaintiff's counsel may, on motion, seek modification of the Order from the Court.

    5.    I agree that those portions of any filings with the Courts that contain Covered Documents or Covered Information protected by the Order shall be filed under seal.

    6.    I hereby confirm that my duties under this Acknowledgment shall survive the termination of this case and are binding upon me for all time.

    7.    I hereby consent to the personal jurisdiction of the United States District Court for the Central District of California for the purpose of enforcement of the Order.

_____

[signature]

_____

[print name]

DATED: _____