DAN WOODS (State Bar No. 78638)
PATRICK HUNNIUS (State Bar No. 174633)
EARLE MILLER (State Bar No. 116864)
AARON KAHN (State Bar No. 238505)
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329
Email:       dwoods@whitecase.com
Email:       phunnius@whitecase.com

Attorneys for Plaintiff
Log Cabin Republicans

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOG CABIN REPUBLICANS, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and ROBERT M. GATES, SECRETARY OF DEFENSE, in his official capacity,<br><br>Defendants. | Case No.  CV04-8425 VAP (Ex)<br><br>**APPENDIX OF EVIDENCE IN SUPPORT OF LOG CABIN REPUBLICANS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 26, 2010<br>Time: 2:00 p.m.<br>Place: Courtroom of Judge Phillips |

- 1 -

LOSANGELES 859170 (2K)

# TABLE OF CONTENTS

Page(s)

Expert Depositions

March 5, 2010 Deposition of Aaron Belkin, Ph. D. ..................................0001-0019

February 26, 2010 Deposition of Nathaniel Frank, Ph. D........................0020-0034

Lay Depositions

March 18, 2010 Deposition of John Alexander Nicholson III ................0035-0050

Written Discovery

Defendants' Objections and Responses to Plaintiff's
First Set of Requests for Production of Documents ................................0051-0113

Defendants' Objections and Responses to Plaintiff's
First Set of Requests for Admission .........................................................0114-0158

Defendants' Objections and Responses to Plaintiff's
First Set of Interrogatories ........................................................................0159-0170

Defendants' Objections and Response to Plaintiff's
Second Set of Requests for Admission ....................................................0171-0189

Defendants' Objections and Responses to Plaintiff's
Second Set of Requests for Production of Documents ............................0190-0204

Defendants' Objections and Responses to
Plaintiff's Second Set of Interrogatories .................................................. 0205-0211

Defendants' Supplemental Responses to
Plaintiff's First Set of Requests for Admission ........................................ 0212-0217

Deposition Exhibits

Report of the Board Appointed to Prepare and Submit
Recommendations to the Secretary of the Navy for the Revision
of Policies, Procedures and Directives Dealing with Homosexuals
(Crittenden Report) (Ex. 4 to Frank Deposition) ..................................... 0218-0290

Sexual Orientation and U.S. Military Personnel Policy:
Options and Assessment (RAND Report)
(Ex. 8 to Frank Deposition) ..................................................................... 0291-0838

PERSEREC report entitled "Nonconforming Sexual
Orientations and Military Suitability" (Ex. 5 to Frank Deposition) ......... 0839-0887

Defense Force Management: DOD's Policy on Homosexuality
(1992 GAO Report) (Ex. 6 to Frank Deposition) ..................................... 0888-0971

Homosexuals in the Military: Policies and Practices
of Foreign Countries (1993 GAO Report)
(Ex. 7 to Frank Deposition) ..................................................................... 0972-1024

Military Personnel: Financial Costs and Loss of Critical Skills
Due to DOD's Homosexual Conduct Policy Cannot Be
Completely Estimated (2005 GAO Report)
(Ex. 9 to Frank Deposition) ..................................................................... 1025-1072

Opinions of Military Personnel on Sexual Minorities in the Military (Zogby Poll) (Ex. 11 to Frank Deposition) ........................ 1073-1099

Homosexuality and the Israel Defense Forces (Ex. 13 to Frank Deposition) ................................................................... 1100-1128

Gays in Foreign Militaries 2010: A Global Primer (Ex. 22 to Frank Deposition) ................................................................... 1129-1280

<u>Government Production Documents</u>

Attitudes of Iraq and Afghanistan Veterans Toward Gay and Lesbian Service Members (Bates stamped DMDC 000011-000022) .................................................. 1281-1292

Memorandum from Craig Alderman, Jr., Deputy Undersecretary of Defense for Policy, to PERSEREC (Bates stamped DoD LA 2-6 042450-042451) ........................................ 1293-1294

September 21, 2006 letter from Undersecretary of Defense to Senator Ron Wyden (Bates stamped 13 LC 057312-312) ........................................................ 1295-1296

Draft Memorandum "DOD/GC Homosexual Conduct Implementation Memo and Service/GC Response (Bates stamped OSD OEPM 013347-378) ............................................. 1297-1328

Memorandum from Deputy Undersecretary of Defense for Policy (Bates stamped DOD LA 2-6 042466) .......................................................... 1329

LOSANGELES 859170 (2K)

Draft of PERSEREC report by Michael McDaniel
(Bates stamped DOD LA 2-6 042467-042496) ........................................1330-1359

PERSEREC report entitled "Homosexuality and Personnel Security"
(Bates stamped PERSEC 007818-007863) .............................................1360-1405

Successful Integration of Stigmatized Minorities Into The U.S. Army
(Bates stamped ARI 059823-908) ..........................................................1406-1491

U.S. Army Research Institute (AIR) Research Report 1657
(Bates stamped ARI 60206-272) .............................................................1492-1558

November 1, 2006 email from Franklin C. Pinch to Paul A. Gade
(Bates stamped AR 062002-04) ..............................................................1559-1561

Charts entitled "Homosexual Separations by Service and Reason"
(Bates stamped OSD P&R Plans 007171-72) .........................................1593-1594

Memorandum to the Vice-Chief of Naval Operations
(Bates stamped NAVY 058930-31) ........................................................1728-1729

Comparative International Military Personnel Policies
(Bates stamped ARI 0060755-060779) ...................................................1730-1754

Future Organizational Changes – U. S. Army Focus Army Task Force,
Documentation Book (Bates stamped ARI 062124) ....................................... 1755

LOSANGELES 859170 (2K)

Active Duty Separations By Service & ISC FY 2008
(Bates stamped DMDC 000003-04) ........................................................1756-1757

Hypothetical Teaching Scenarios for Commanders and
Personnel Involved in Recruiting, Accession Processing,
Criminal Investigations, and Administrative Separations
(Bates stamped Navy 058969-74) ...........................................................1758-1763

Summary Report of the Military Working Group
(Bates Stamped OSD P&R 007428-007454) .........................................1764-1790

Gays and Lesbians at War:  Military Service in Iraq and
Afghanistan Under "Don't Ask, Don't Tell'"
(Bates stamped OSD P&R Plans 058910-11) ......................................1790a-1790b

<u>LCR Production Documents</u>
February 2, 2010 transcript of Admiral Mike Mullen's
and Secretary of Defense Robert Gates's testimony
before the Senate Armed Services Committee
(Bates stamped LCR 03452-03467) ........................................................1791-1806

November 2000 report by Aaron Belkin and R.L. Evans
entitled "The Effects of Including Gay and Lesbian Soldiers
 in the British Armed Forces"
(Bates-stamped LCR 4706 to LCR 4775) ...............................................1807-1876

LOSANGELES 859170 (2K)

2003 Report by Aaron Belkin entitled "Don't Ask, Don't Tell: Is the Gay Ban Based on Military Necessity" (Bates stamped LCR 3367-3378) ........................................................... 1877-1888

September 2000 report by Aaron Belkin and R.L. Evans entitled "The Effects of Including Gay and Lesbian Soldiers in the Australian Armed Forces (Bate stamped LCR 4666-4705) ........................................................... 1889-1928

2009 article by Col. Om Prakash entitled "The Efficacy of 'Don't Ask, Don't Tell'" (Bates stamped LCR 4776-4782) ........................................................... 1929-1935

2010 report by Gary Gates entitled "Lesbian, Gay, and Bisexual Men and Women in the U.S. Military: Updated Estimates" (Bates stamped LCR WI 1013-1050) ...................................................... 1936-1973

June 29, 2009 remarks by the President at LGBT Pride Month Reception (Bates stamped LCR 3999-4002) ........................................................... 1974-1977

October 11, 2009 remarks by the President at Human Rights Campaign Dinner (Bates stamped LCR 3995-3998) ........................................................... 1978-1981

March 24, 1995 report entitled "Conduct Unbecoming: The First Annual Report on "Don't Ask, Don't Tell, Don't Pursue, Don't Harass" (Bates stamped LCR 4013-4044) ....................................................... 1982-2013

LOSANGELES 859170 (2K)

| | | |
|---|---|---|
| 1 | 1996 report entitled "Conduct Unbecoming: The Second Annual | |
| 2 | Report on "Don't Ask, Don't Tell, Don't Pursue, Don't Harass" | |
| 3 | (Bates stamped LCR 4045-4080) .......................................................... | 2014-2049 |
| 4 | 1997 report entitled "Conduct Unbecoming: The Third | |
| 5 | Annual Report on "Don't Ask, Don't Tell, Don't Pursue, Don't Harass" | |
| 6 | (Bates stamped LCR 4081-4120) .......................................................... | 2050-2089 |
| 8 | 1998 report entitled "Conduct Unbecoming: The Fourth | |
| 9 | Annual Report on "Don't Ask, Don't Tell, Don't Pursue, Don't Harass" | |
| 10 | (Bates stamped LCR 4121-4199) .......................................................... | 2090-2168 |
| 12 | 1999 report entitled "Conduct Unbecoming: The Fifth Annual | |
| 13 | Report on "Don't Ask, Don't Tell, Don't Pursue, Don't Harass" | |
| 14 | (Bates stamped LCR 4200-4284) .......................................................... | 2169-2253 |
| 16 | 2000 report entitled "Conduct Unbecoming: The Sixth Annual | |
| 17 | Report on "Don't Ask, Don't Tell, Don't Pursue, Don't Harass" | |
| 18 | (Bates stamped LCR 4285-4371) .......................................................... | 2254-2340 |
| 20 | 2001 report entitled "Conduct Unbecoming: The Seventh Annual | |
| 21 | Report on "Don't Ask, Don't Tell, Don't Pursue, Don't Harass" | |
| 22 | (Bates stamped LCR 4372-4474) .......................................................... | 2341-2443 |
| 24 | 2002 report entitled "Conduct Unbecoming: The Eighth Annual | |
| 25 | Report on "Don't Ask, Don't Tell, Don't Pursue, Don't Harass" | |
| 26 | (Bates stamped LCR 4475-4531) .......................................................... | 2444-2500 |

LOSANGELES 859170 (2K)

2003 report entitled "Conduct Unbecoming: The Ninth Annual Report on "Don't Ask, Don't Tell, Don't Pursue, Don't Harass" (Bates stamped LCR 4532-4592) ............................................................2501-2561

2004 report entitled "Conduct Unbecoming: The Tenth Annual Report on "Don't Ask, Don't Tell, Don't Pursue, Don't Harass" (Bates stamped LCR 4593-4648) ............................................................2562-2617

Other Documents

February 24, 2010 Los Angeles Times article entitled "Navy Moves to Allow Women on Submarines" ........................................................................2618-2621

Army Forces Command ("FORSCOM") Regulation 500-3-3 ................2622-2772

August 28, 2000 New York Times article entitled "Military Reserves are Falling Short in Finding Recruits" ......................................................................2773-2775

March 31, 2010 Washington Post article entitled "A 'Don't Ask, Don't Tell' Rules Complicate Survey of Troops on Policy Change" ..................................................................2776-2777

Balancing Your Strengths Against Your Felonies: Consideration for Military Recruitment of Ex-Offenders .......................2778-2820

Report entitled "A Review of the Armed Forces Policy on Homosexuality" .................................................................2821-2836

LOSANGELES 859170 (2K)

| | |
|---|---|
| 1 | |
| 2 | "Effects of the 1992 Lifting of Restrictions on Gay and Lesbian Service in the Canadian Forces: Appraising the Evidence" ..........................................2837-2878 |
| 3 | |
| 4 | March 14, 2007 Washington Post article |
| 5 | "Bigotry That Hurts Our Military" .......................................................2879-2881 |
| 6 | Department of Defendant Instruction Number 1332.14 ..........................2882-2895 |
| 7 | |
| 8 | March 18, 2010 transcript of testimony given by Major Michael D. Almy to Senate |
| 9 | Committee on Armed Services ...............................................................2896-2936 |
| 10 | |
| 11 | January 30, 2010 transcript of CNN Interview |
| 12 | with William Cohen ..............................................................................2937-2945 |
| 13 | |
| 14 | September 15, 2004 report by Nathaniel Frank, Ph. D. |
| 15 | "Gays and Lesbians at War: Military Service in Iraq and |
| 16 | Afghanistan under "Don't Ask, Don't Tell" ..........................................2946-2993 |
| 17 | |
| 18 | March 29, 2010 article in Roll Call entitled |
| 19 | "Wesley Clark Backs Cunningham in North Carolina .................................... 2994 |
| 20 | |
| 21 | August 1992, Update of the U.S. Army Research Institute's |
| 22 | Longitudinal Research Data Base of Enlisted Personnel ........................2995-3093 |
| 23 | |
| 24 | February 3, 1020 New York Times article entitled |
| 25 | "Powell Favors Repeal of 'Don't Ask, Don't Tell' .......................................... 3094 |
| 26 | |
| 27 | |
| 28 | |

- 10 -

LOSANGELES 859170 (2K)