**Appendix of Evidence in**

**Support of Log Cabin Republican's**

**Opposition to Defendants'**

**Motion for Summary Judgment**

**LCR Appendix Pages 801-900**

**(Part 8 of 19)**

- 483 -

Department of Defense, *Directive: Human Immunodeficiency Virus-1 (HIV-1)*, No. 6485.1, 3/19/91.

Fleming, P. L., J. W. Ward, M. W. Morgan, J. W. Bushler, D. J. Hu, et al., "Mandatory HIV Reporting: Characteristics of Adults Reported with HIV Compared to AIDS in the United States," *International AIDS Conference*, Berlin, 1993 (abstract).

Fox, R., D. Ostrow, R. Valdiserri, B. Van Raden, and B. F. Polk, "Changes in Sexual Activities Among Participants in the Multicenter AIDS Cohort Study," presented at the Third International Conference on AIDS, Washington D.C., 1987.

Frazzini, L., "HIV: Navy Program--Caring for People," *All Hands*, Sept. 1, 1990.

Gardner, L. I., J. F. Brundage, D. S. Burke, J. G. McNiel, R. Visintine, and R. N. Miller, "Evidence for Spread of the Human Immunodeficiency Virus Epidemic into Low Prevalence Areas of the United States," *Journal of Acquired Immune Deficiency Syndromes*, 2:521-532, 1989.

Garland, F. C., E. D. Gorham, S. O. Cunnion, M. R. Miller, L. L. Balazs, and the Navy HIV Working Group, "Decline in Human Immunodeficiency Virus Seropositivity and Seroconversion in US Navy Enlisted Personnel: 1986 to 1989," *American Journal of Public Health*, 82:581-584, 1992.

Garland, F. C., D. L. Mayers, T. M. Hickey, M. R. Miller, E. K. Shaw, E. D. Gorham, L. R. Bigbee, and M. M. McNally, "Incidence of Human Immunodeficiency Virus Seroconversion in US Navy and Marine Corps Personnel, 1986 through 1988," *Journal of the American Medical Association*, 262(22):3161-3165, 1989.

Garland, F. C., D. L. Mayers, T. M. Hickey, M. R. Miller, E. K. Shaw, E. D. Gorham, L. R. Bigbee, and M. M. McNally, "Incidence of Human Immunodeficiency Virus Seroconversion in US Navy and Marine Corps Personnel, 1986 through 1988: Results of Total Screening."

General Accounting Office, *Effects of AIDS in the Military*, Report HRD-90-39, Washington, DC, 1990.

George, J. R., and G. Schochetman, "Serologic Tests for the Detection of Human Immunodeficiency Virus Infection," in G. Schochetman and J. R. George (eds.), *AIDS Testing: Methodology and Management Issues*, Springer-Verlag, New York, 1992.

Gross, M. L., R. W. Rendin, C. W. Childress, and M. D. Kerstein, "Benefits of HIV Testing during Military Exercises," *Military Medicine*, 154(12):593-595, 1989.

Hanson, R. K., "Prostitution: The AIDS Multiplier," *Pacific Health Bulletin*, pp. 2-3, August 1992.

- 484 -

Hanson, R. K., "Marines Involved in WestPac Revolution!" *Pacific Health Bulletin*, pp. 3-4, August 1990.

Hanson, R. K., "The 'Normal' WESTPAC Experience in the Era of AIDS," *Pacific Health Bulletin*, pp. 1-2, December 1991.

Hoffman, K. J., "Mandatory HIV Testing and the Duty to Screen," *Military Medicine*, 155(5):195-201, 1990.

Horsburgh, R. R., J. Jason, I. Longini, K. H. Mayer, G. Schochetman, G. W. Rutherford, G. R. Seage, III, E. Y. Ou, S. D. Holmberg, C. Schable, A. R. Lifson, J. W. Ward, B. L. Evatt, and H. W. Jaffe, "Duration of Human Immunodeficiency Virus Infection Before Detection of Antibody," *Lancet*, 8664:637-639, 1989.

Joseph, J. G., S. B. Montgomery, C. A. Emmons, R. C. Kessler, D. G. Ostrow, C. B. Wortman, K. O'Brien, M. Eller, and S. Eshleman, "Magnitude and Determinants of Behavioral Risk Reduction: Longitudinal Analysis of a Cohort at Risk for AIDS," *Psychological Health*, 1987, Vol. 1, pp. 73-96.

Kanouse, D., S. Berry, M. Gorman, E. Yano, and S. Carson, *Response to the AIDS Epidemic: A Survey of Homosexual and Bisexual Men in Los Angeles County*, Santa Monica, CA: RAND, R-4031-LACH, 1991a.

Kanouse, D., S. Berry, M. Gorman, E. Yano, S. Carson, and A. Abrahamse, *Response to the AIDS Epidemic: AIDS-Related Knowledge, Attitudes, Beliefs, and Behaviors in Los Angeles County*, Santa Monica, CA: RAND, R-4054-LACH, 1991b.

Karalis, A. I., "HIV: Education--Our Strongest Weapon," *All Hands*, Sept. 1, 1990.

Kelley, P. W., R. N. Miller, R. Pomerantz, F. Wann, J. F. Brundage, and D. S. Burke, "Human Immunodeficiency Virus Seropositivity among Members of the Active Duty US Army 1985-1989," *American Journal of Public Health*, 80(4):405-410, 1990.

Levin, L. I., T. Peterman, V. Lasley-Bibbs, P. Renzullo, J. McNeil, and the Seroconversion Risk Factor Study Group, "Risk Behaviors Associated with Recent HIV Seroconversion among Young Men in the United States Army," Poster presented at the VIII International Conference on AIDS, Amsterdam, 1992.

Longini, I. M., and R. Horsburgh, "The Stages of HIV Infection: Waiting Times and Infection Transmission Probabilities," in C. Castillo-Chavez (ed.), *Lecture Notes in Biomathematics*, Springer-Verlag, New York, 1989.

Lucey, D. R., G. P. Melcher, C. W. Hendrix, R. A. Zajac, D. W. Goetz, C. A. Butzin, M. Clerici, R. D. Warner, S. Abbadessa, K. Hall, R. Jaso, B. Woolford, S. Miller, N. I. Stocks, C. M. Salinas, W. H. Wolfe, G.

M. Shearer, and R. N. Boswell, "Human Immunodeficiency Virus Infection
in the US Air Force:  Seroconversions, Clinical Staging, and
Assessment of a T Helper Cell Functional Assay to Predict Change in
CD4+ T Cell Counts," *Journal of Infectious Diseases*, 164:631-637,
1991.

Magruder, C., L. Gardner, P. Jenkins, K. Evans, L. Lado, "Demographic
Characteristics and Recent Temporal Trends in Sexually Transmitted
Disease in a Military Population," *International Conference on AIDS*,
TuC 0541, 1992 (abstract).

Martin, J. L., L. Dean, M. Garcia, and W. Hall, "The Impact of AIDS on a
Gay Community:  Changes in Sexual Behavior, Substance Use, and Mental
Health," *American Journal of Community Psychology*, 1989, Vol. 17, No.
3, pp. 269-293.

Martin, J. L., "The Impact of AIDS on Gay Male Sexual Behavior Patterns
in New York City," *American Journal of Public Health*, 1987, 77(5):578-
581.

McGrane, W. L., and F. J. Toth, "Use of Interactive Media for HIV/AIDS
Prevention in the Military Community," *Military Medicine*, 155:235-240,
1990.

McNeil, J. G., J. F. Brundage, Z. F. Wann, D. S. Burke, and R. N.
Miller, The Walter Reed Retrovirus Research Group, "Direct Measurement
of Human Immunodeficiency Virus Seroconversions in a Serially Tested
Population of Young Adults in the United States Army, October 1985 to
October 1987," *New England Journal of Medicine*, 320:1581-1585, 1989.

McNeil, J. G., J. F. Brundage, Z. F. Wann, D. S. Burke, R. N. Miller,
Walter Reed Army Institute of Research, "HIV Seroconversion in the
U.S. Army," *New England Journal of Medicine*,  321(21):1477-1478,
1989. [response to Allard]

McNeil, J. G., J. F. Brundage, L. I. Gardner, F. Wann, P. O. Renzullo,
R. R. Redfield, D. S. Burke, and R. N. Miller, US Army Retrovirus
Research Group, "Trends of HIV Seroconversion among Young Adults in
the US Army, 1985 to 1989," *Journal of the American Medical
Association*, 265(13):1709-1714, 1991.

McNeil, J. G., F. Wann, L. I. Gardner, and J. F. Brundage, US Army
Retrovirus Research Group, "Trends of HIV Seroconversion among Young
Americans Serving in the United States Army: 1985-1991," *International
Conference on AIDS*, PoC 4007, 8(2):C246, 1992 (abstract).

Military Law Task Force, *Military Policy on A.I.D.S.: Basic Materials*,
June 1989.

Navy, Department of, "Management of Human Immunodeficiency Virus-1
(HIV-1) Infection in the Navy and Marine Corps," SECNAV Instruction
5300.30C, March 1990.

- 486 -

Nishimoto, P. W., "HIV Infection and Women of the Military," *Clinical Issues in Perinatal Women's Health Nursing*, 1(1):107-114, 1990.

O'Grady, S., "AIDS Classification and the Military," *Nurse Practitioner*, 16(6):16-18, 1991.

Petersen, L., M. Busch, G. Satten, R. Dodd, D. Henrad, et al., "Narrowing the Window Period with a Third Generation Anti-HIV 1/2 Enzyme Immunoassay: Relevance to P24 Antigen Screening of Blood Donors in the U.S.," Poster presented at IX International AIDS Conference, Berlin, 1993.

Prier, R. E., and J. G. McNeil, "HIV Infection: Military Occupational Sequelae," *Military Medicine*, 156:108-113, 1991.

Renzullo, P., J. McNeil, F. Wann, L. Gardner, J. Brundage, and the U.S. Military Medical Consortium for Applied Retroviral Research, "HIV Seroconversion Trends among Young Americans Serving in the United States Army: 1985-1992," Poster presented at the IX International AIDS Conference, Berlin, 1993.

Renzullo, P. O., J. G. McNeil, L. I. Gardner, and J. F. Brundage, "Inpatient Morbidity among HIV-Infected Male Soldiers Prior to Their Diagnosis of HIV Infection," *American Journal of Public Health*, 81(10):1280-1284, 1991.

Renzullo, P. O., J. G. McNeil, L. I. Levin, J. R. Bunin, and J. F. Brundage, "Risk Factors for Prevalent Human Immunodeficiency Virus (HIV) Infection in Active Duty Army Men Who Initially Report No Identified Risk: A Case-Control Study," *Journal of Acquired Immune Deficiency Syndromes*, 3:266-271, 1990.

Rothberg, J. M., M. W. Bain, W. Boggiano, and W. R. Cline, "Dealing with the Stress of an HIV-Positive Diagnosis at an Army Medical Center," *Military Medicine*, 155:98-104, 1990.

Rundell, J. R., L. Temoshok, S. M. Blake, E. S. Sharp, and R. Ledsky, "Factors Associated with Acquiring Sexually Transmitted Diseases in the U.S. Army," *International Conference on AIDS*, ThC 1558, 8(1):Th77, 1992 (abstract).

Schochetman, G., and J. R. George (eds.), *AIDS Testing: Methodology and Management Issues*, Springer-Verlag, New York, 1992.

Seibt, A. C., A. L. McAlister, A. C. Freeman, M. A. Krepcho, A. R. Hedrick, and A. Wilson, "Condom Use and Sexual Identity Among Men Who Have Sex with Men--Dallas, 1991," *Journal of the American Medical Association*, 269(6):734, 1993.

Selik, R. M., S. Y. Chu, and J. W. Buehler, "HIV Infection as Leading Cause of Death among Young Adults in US Cities and States," *Journal of the American Medical Association*, 269(23):2991-2994, 1993.

- 487 -

Silvestre, Anthony J., Lawrence A. Kingsley, Patricia Wehman, Ryan
Dappen, Monto Ho, and Charles R. Rinaldo, "Changes in HIV Rates and
Sexual Behavior among Homosexual Men, 1984 to 1988/92," *American
Journal of Public Health*, 1993, Vol. 83, No. 4, pp. 578-580.

Smith, T. W., "Adult Sexual Behavior in 1989: Number of Partners,
Frequency of Intercourse, and Risk of AIDS," *Family Planning
Perspectives*, 23(3):102-107, 1991.

Stall, Ron, Thomas J. Coates, and Colleen Hoff, "Behavioral Risk
Reduction for HIV Infection Among Gay and Bisexual Men: A Review of
Results from the United States," *American Psychologist*, 1988, Vol. 43,
No. 11, pp. 878-885.

Stall, Ron, Don Barrett, Larry Bye, Joe Catania, Chuck Frutchey, Jeff
Henne, George Lemp, and Jay Paul, "A Comparison of Younger and Older
Gay Men's HIV Risk-Taking Behaviors:  The Communication Technologies
1989 Cross-Sectional Survey," *Journal of Acquired Immune Deficiency
Syndromes*, 1992, Vol. 5, pp. 682-687.

Temoshok, L., S. M. Blake, J. R. Rundell, E. S. Sharp, and R. Ledksy,
"HIV Exposure Risk-Relevant Behaviors in the U.S. Army," *International
Conference on AIDS*, ThD 1528, 8(1):Th70, 1992 (abstract).

Temoshok, L., S. Blake, J. R. Rundell, R. Zachary, and D. Ostrow,
"Factors Predicting Transmission Risk-Relevant Behaviors in Patients,"
*International Conference on AIDS*, M.D. 4087, 7(1):411, 1991
(abstract).

Temoshok, L., "Preventing HIV Transmission by HIV Infected Individuals:
The Forgotten Focus," International Conference on AIDS, Amsterdam,
Plenary Address, July 20, 1991.

Trocki, Karen F., and Barbara C. Leigh, "Alcohol Consumption and Unsafe
Sex:  A Comparison of Heterosexuals and Homosexual Men," *Journal of
Acquired Immune Deficiency Syndrome*, 1991, Vol. 4, No. 10, pp. 981-
986.

Turner, Charles F., Heather G. Miller, and Lincoln E. Moses (eds.),
*AIDS, Sexual Behavior, and Intravenous Drug Use*, Washington, D.C.:
National Academy Press, 1989.

Ward, J. W., and D. P. Drotman, "Epidemiology of HIV and AIDS,"  in G.
Wormser (ed.), *AIDS and Other Manifestations of HIV Infection*, 2nd
ed., Raven Press, New York, 1992.

Weniger, Bruce G., Khanchit Limpakarnjanarat, Kumnuan Ungchusak, Sombat
Thanprasertsuk, Kachit Choopanya, Suphak Vanichseni, Thongchai
Uneklabh, Prasert Thongcharoen, and Chantapong Wasi, "The Epidemiology
of HIV Infection and AIDS in Thailand," *AIDS*, 5 (suppl 2):S71-S85,
1991.

- 488 -

Winkelstein, W., Jr., M. Samuel, N. S. Padian, J. A. Wiley, W. Lang, R. E. Anderson, and J. A. Levy, "The San Francisco Men's Health Study. III. Reduction in Human Immunodeficiency Virus Transmission Among Homosexual/Bisexual Men," *American Journal of Public Health,* 1987, Vol. 77, pp. 685-689.

Withers, B. G., P. W. Kelley, J. G. McNeil, D. B, N. Cowan, and J. F. Brundage, "A Brief Review of the Epidemiology of HIV in the U.S. Army," *Military Medicine,* 157:80-84, 1992.


**BIBLIOGRAPHY FOR CHAPTER 9**

American Medical Association (AMA), *Diagnostic and Treatment Guidelines on Domestic Violence,* American Medical Association, Chicago, IL, 1992.

Anderson, C. L., "Males as Sexual Assault Victims: Multiple Levels of Trauma," *Journal of Homosexuality,* Vol. 7, 1982, pp. 145-162.

Anti-Violence Project, Press Release from the Los Angeles Gay and Lesbian Community Services Center, Los Angeles, CA, March 11, 1992.

Berrill, K., "Anti-Gay Violence and Victimization in the United States: An Overview," *Journal of Interpersonal Violence,* Vol. 5, No. 3, 1990, pp. 274-294.

Bohn, T. R., "Homophobic Violence: Implications for Social Work Practice," in *Homosexuality and Social Work,* New York: Harrington Press, Inc., 1984, pp. 91-112.

Comstock, G. D., "Victims of Anti-Gay/Lesbian Violence," *Journal of Interpersonal Violence,* Vol. 4, No. 1, 1989, pp. 101-106.

Comstock, G. D., *Violence Against Lesbians and Gay Men,* New York: Columbia University Press, 1991.

D'Augelli, A., "Lesbians' and Gay Men's Experiences of Discrimination and Harassment in a University Community," *American Journal of Community Psychology,* Vol. 17, No. 3, 1989.

Finn, P., and T. McNeil, *Bias Crime and Criminal Justice Response: A Summary Report Prepared for the National Criminal Justice Association,* Cambridge, MA, 1988.

Garnets, L., G. Herek, and B. Levy, "Violence and Victimization of Lesbians and Gay Men," *Journal of Interpersonal Violence,* Vol. 5, No. 3, 1990, pp. 366-383.

Gross, L., S. Aurand, A. Addessa, et al., *Discrimination and Violence Against Lesbian Women and Gay Men in Philadelphia and the Commonwealth*

- 489 -

*of Pennsylvania,* The Philadelphia Lesbian and Gay Task Force, Philadelphia, PA, 1992.

Harry, J., "Derivative Deviance The Case of Extortion, Fag-Bashing, and Shakedown of Gay Men," *Criminology,* Vol. 19, No. 4, 1982, pp. 546-565.

Harry, J., "Conceptualizing Anti-Gay Violence," *Journal of Interpersonal Violence,* Vol. 5, No. 3, 1990, pp. 350-358.

Herek, G. M., "Hate Crimes Against Lesbians and Gay Men: Issues for Research and Policy," *American Psychologist,* Vol. 44, No. 6, June 1989, pp. 948-955.

Herek, G. M., and K. T. Berrill, "Documenting the Victimization of Lesbians and Gay Men: Methodological Issues," *Journal of Interpersonal Violence,* Vol. 5, No. 3, 1990, pp. 301-315.

Herek, G. M., and K. T. Berrill, "Primary and Secondary Victimization in Anti-Gay Hate Crimes: Official Response and Public Policy," *Journal of Interpersonal Violence,* Vol. 5, No. 3, 1990, pp. 401-413.

Herek, G. M., and K. T. Berrill (eds.), *Hate Crimes: Confronting Violence Against Lesbians and Gay Men,* Newbury Park, London: SAGE Publications, 1992.

McNelis, P. J., and, S. J. Awalt, "Project Safe: An Armed Forces Cooperative Initiative For the Prevention and Treatment of Family Violence," *Evaluation and Program Planning,* Vol. 9, 1986, pp. 233-241.

National Gay & Lesbian Task Force Policy Institute (NGLTF), *Anti-Gay/Lesbian Violence, Victimization & Defamation in 1991: Local Trends Victimization Studies, Incident Descriptions, Official & Community Responses,* Washington, D.C., 1992.

National Gay & Lesbian Task Force Policy Institute (NGLTF), *Anti-Gay/Lesbian Violence, Victimization & Defamation in 1992: Local Trends Victimization Studies, Incident Descriptions, Official & Community Responses,* Washington, D.C., 1993.

Reiss, A., Jr., and J. A. Roth (eds.), *Understanding and Preventing Violence,* Washington, D.C.: National Academy Press, 1993.

"Results of Poll," *San Francisco Examiner,* June 6, 1989, p. A-19.

Sales, E., M. Baum, and B. Shore, "Victim readjustment following assault," *Journal of Social Issues,* Vol. 40, No. 1, 1984, pp. 117-136.

Sessions, W., "Data from the FBI's Statistical Program on Hate Crimes," Press Release, U.S. Department of Justice, 1991.

Sterngold, J., "Killer Gets Life as Navy Says He Hunted Down Gay Sailor," *The New York Times,* May 28, 1993, Section A, p. 1.

- 490 -

U.S. Department of Justice, *Criminal Victimization in the United States, 1991: A National Crime Victimization Report*, NCJ-139563, Washington, D.C., December 1992.

Wertheimer, D. "Treatment and Service Interventions for Lesbian and Gay Male Crime Victims," *Journal of Interpersonal Violence*, Vol. 5, No. 3, 1990, pp. 384-400.

Yeskel, F., *The Consequences of Being Gay: A Report on the Quality of Life for Lesbian, Gay and Bisexual Students at the University of Massachusetts at Amherst*, Amherst, MA, June 1985.

**BIBLIOGRAPHY FOR CHAPTER 10**

**U.S. Army Research Institute (ARI)**

Borman, W. C., S. J. Motowidlo, S. R. Rose, and L. M. Hanser, *Development of a Model of Soldier Effectiveness*, Alexandria, VA: U.S. Army Research Institute for the Behavioral and Social Sciences, 1987.

Downey, R. G., P. J. Duffy, and S. Shiflett, *Criterion Performance Measures of Leadership and Unit Effectiveness in Small Combat Units*, Alexandria, VA: U.S. Army Research Institute for the Behavioral and Social Sciences, 1975.

Eaton, N. K., and J. F. Neff, *The Effects of Tank Crew Turbulence on Tank Gunnery Performance*, Alexandria, VA: U.S. Army Research Institute for the Behavioral and Social Sciences, 1978.

Hedlund, M., and E. Yoest, *Group Cohesion in Combat: A Review*, Alexandria, VA: U.S. Army Research Institute for the Behavioral and Social Sciences, 1984.

Henderson, W. D., *Cohesion: The Human Element*, National Defense University Press, 1985.

Henderson, W. D., *The Hollow Army*, New York: Greenwood Press, 1990.

Mael, F. A., *Measuring Leadership, Motivation, and Cohesion Among U.S. Army Soldiers*, Alexandria, VA: U.S. Army Research Institute for the Behavioral and Social Sciences, 1989.

Nieva, V. F., E. A. Fleishman, A. Rieck, and H. C. Strasel, *Team Dimensions: Their Identity, Their Measurement, and Their Relationships*, Alexandria, VA: U.S. Army Research Institute for the Behavioral and Social Sciences, 1985.

Oliver, L. W., *The Relationship of Group Cohesion to Group Performance: A Research Integration Attempt*, Alexandria, VA: U.S. Army Research Institute for the Behavioral and Social Sciences, 1988.

- 491 -

Oliver, L. W., *Cohesion Research: Conceptual and Methodological Issues*, Alexandria, VA: U.S. Army Research Institute for the Behavioral and Social Sciences, 1990a.

Oliver, L. W., *The Relationship of Group Cohesion to Group Performance: A Meta-Analysis and Critique of the Literature*, unpublished manuscript, Alexandria, VA: U.S. Army Research Institute for the Behavioral and Social Sciences, 1990b.

Siebold, G. L., and D. R. Kelly, *Development of the Combat Platoon Cohesion Questionnaire*, Alexandria, VA: U.S. Army Research Institute for the Behavioral and Social Sciences, Manpower and Personnel Research Laboratory, 1988a.

Siebold, G. L., and D. R. Kelly, *Development of the Platoon Cohesion Index*, Alexandria, VA: U.S. Army Research Institute for the Behavioral and Social Sciences, Manpower and Personnel Research Laboratory, 1988b.

Yoest, E. E., and T. R. Tremble, "Impact of Cohesion on Leader Behavior-Outcome Relationships," in A. D. Mangelsdorff and J. M. King (eds.), *Cohesion and Motivation: Multi-National Efforts in the Armed Forces*, United States Army Health Care Studies and Clinical Invesigation Activity, Consultation Report #85-001, Fort Sam Houston, TX: U.S. Army Health Services Command, 1985, p. 6-14..


**Walter Reed Army Institute of Research (WRAIR)**

Bartone, P. T., *Stability and Change in Dimensions of Soldier Morale*, Washington, D.C.: Walter Reed Army Institute of Research, 1989.

Gal, R., and F. J. Manning, "Morale and Its Components: A Cross-National Comparison," *Journal of Applied Social Psychology*, Vol. 17, 1987, pp. 369-391.

Griffith, J., *Group Cohesion, Training Performance, Social Support, and the Army's New Unit Replacement System*, Washington, D.C.: Department of Military Psychiatry, Walter Reed Army Institute of Research, 1987.

Griffith, J., "Measurement of Group Cohesion in U.S. Army Units," *Basic and Applied Social Psychology*, Vol. 9, 1988, pp. 149-171.

Griffith, J., "The Army's New Unit Personnel Replacement and Its Relationship to Unit Cohesion and Social Support," *Military Psychology*, Vol. 1, 1989, pp. 17-34.

Ingraham, L. H., *The Boys in the Barracks: Observations on American Military Life*, Philadelphia, PA: ISHI, 1984.

- 492 -

Ingraham, L. H., *Fear and Loathing in the Motor Pool*, Washington, D.C.: Walter Reed Army Institute of Research, 1986.

Kirkland, F. R., *Leading in Cohort Companies*, Report WRAIR NP-88-13, Washington, D.C.: Walter Reed Army Institute of Research, 1987.

Kirkland, F. R., et al., *Unit Manning System Field Evaluation*, Washington, D.C.: Walter Reed Army Institute of Research, 1987.

Manning, F. J., "Pluses and Minuses of Unit Cohesion: Some Hypotheses Based on Observations of Army Special Forces," in A. D. Mangelsdorff and J. M. King (eds.), *Cohesion and Motivation: Multi-National Efforts in the Armed Forces*, United States Army Health Care Studies and Clinical Investigation Activity, Consultation Report #85-001, Fort Sam Houston, TX: U.S. Army Health Services Command, 1985, p. 15.

Manning, F. J., and L. H. Ingraham, *An Investigation into the Value of Unit Cohesion in Peacetime*, Washington, D.C.: Walter Reed Army Institute of Research, 1983.

Manning, F. J., and T. D. Fullerton, "Health and Well-Being in Highly Cohesive Units of the U.S. Army," *Journal of Applied Social Psychology*, Vol. 18, 1988, pp. 503-519.

Marlowe, D. H., *Cohesion, Anticipated Breakdown, and Endurance in Battle: Considerations for Severe and High Intensity Combat*, unpublished draft, Washington, D.C.: Walter Reed Army Institute of Research, 1979.


**Other Sources on Military Cohesion**

Braun, D. G., *Cohesion: A New Perspective*, Master's Thesis, Naval Postgraduate School, Monterey, California, 1983.

Dobbins, G. H., and S. J. Zaccaro, "The Effects of Group Cohesion and Leader Behavior on Subordinate Satisfaction," *Group and Organizational Studies*, Vol. 11, 1986, pp. 203-219.

Driskell, J. E., R. Hogan, and E. Salas, "Personality and Group Performance," in C. Hendrick (ed.), *Group Processes and Intergroup Relations*, Newbury Park, CA: Sage, 1987.

Dropp, A. H., *Unit Cohesion and the Surface Navy: Does Cohesion Affect Performance?*, Master's Thesis, Naval Postgraduate School, Monterey, California, 1989.

Garvey, G. J., and J. J. DiIulio, Jr., "Only Connect?," *The New Republic*, April 26, 1993, pp. 18-21.

Goodacre, D. M. III, "The Use of a Sociometric Test as a Predictor of Combat Unit Effectiveness," *Sociometry*, Vol. 14, 1951, pp. 148-152.

Goodacre, D. M. III, "Group Characteristics of Good and Poor Performing Combat Units," *Sociometry*, Vol. 16, 1953, pp. 168-179.

Hemphill, J. K., and L. Sechrest, "A Comparison of Three Criteria of Air Crew Effectiveness in Combat over Korea," *Journal of Applied Psychology*, Vol. 36, 1952, pp. 323-327.

Holzwarth, D. R., *Cohesion Building in the Training Base: A New Perspective*, USAWC Military Studies Program Paper, Carlisle Barracks, Pennsylvania: U.S. Army War College, 1988.

Johns, J. H., et al., *Cohesion in the U.S. Military*, Defense Management Study Group on Military Cohesion, Washington, D.C.: National Defense University Press, 1984.

Kahan, J. P., N. Webb, R. J. Shavelson, and R. M. Stolzenberg, *Individual Characteristics and Unit Performance: A Review of Research and Methods*, R-3194-MIL, Santa Monica, CA: RAND, 1985.

Kish, F. B., *Cohesion: The Vital Ingredient for Successful Army Units*, Carlisle Barracks, Pennsylvania: U.S. Army War College, 1982.

Mangelsdorff, A. D., and J. M. King (eds.), *Cohesion and Motivation: Multi-National Efforts in the Armed Forces*, United States Army Health Care Studies and Clinical Invesigation Activity, Consultation Report #85-001, Fort Sam Houston, TX: U.S. Army Health Services Command, 1985.

Mareth, T. R., and A. E. Brooker, "Combat Stress Reaction: A Concept in Evolution," *Military Medicine*, Vol. 150, 1985, pp. 186-190.

Marshall, S. L. A., *Men Against Fire*, New York: William Morrow, 1947.

Motowidlo, S. J., and W. C. Borman, "Relationships Between Military Morale, Motivation, Satisfaction, and Unit Effectiveness," *Journal of Applied Psychology*, Vol. 63, 1978, pp. 47-52.

Nelson, P. D., and N. H. Berry, *Cohesion in Marine Recruit Platoons*, Report No. 66-26, Washington, D.C.: Navy Medical Neuropsychiatric Unit, Bureau of Medicine and Surgery, Department of the Navy, 1968.

Sarkesian, S. C. (ed.), *Combat Effectiveness: Cohesion, Stress, and the Volunteer Military*, Beverly Hills, CA: Sage, 1980.

Savage, P. L., and Gabriel, R. A., "Cohesion and Disintegration in the American Army: An Alternative Perspective," *Armed Forces and Society*, Vol. 2, 1976, pp. 340-376.

- 494 -

Scull, K. C., *COHESION: What We Learned from COHORT*, USAWC Military Studies Program Paper, Carlisle Barracks, PA: U.S. Army War College, 1990.

Shils, E. A., and M. Janowitz, "Cohesion and Disintegration in the Wehrmacht in World War II," *Public Opinion Quarterly*, Vol. 12, 1948, pp. 280-315.

Tziner, A., and Y. Vardi, "Effects of Command Style and Group Cohesiveness on the Performance Effectiveness of Self-Selected Tank Crews," *Journal of Applied Psychology*, Vol. 67, 1982, pp. 769-775.

Tziner, A., and Y. Vardi, "Ability as a Moderator Between Cohesiveness and Tank Crews Performance," *Journal of Occupational Behaviour*, Vol. 4, 1983, pp. 137-143.

Vickers, R. R., M. T. Wallick, and L. K. Hervig, *The Marine Corps Basic Training Experience: Stresses, Leadership, and Group Cohesion as Predictors Of Attitudes, Health, and Performance*, Bethesda, MD: Naval Health Research Center, 1982.

Wesbrook, S. D., "The Potential for Military Disintegration," in S. C. Sarkesian (ed.), *Combat Effectiveness: Cohesion, Stress, and the Volunteer Military* (pp. 244-278), Beverly Hills, CA: Sage, 1980.

Williams, R. M., "The American Soldier: An Assessment, Several Wars Later," *Public Opinion Quarterly*, Vol. 53, 1989, pp. 155-174.

**Small Group Psychology Literature**

Adams, S., "Status Congruency as a Variable in Small Group Performance," *Social Forces*, 1953, pp. 16-22.

Anthony, T., et al., *The Effect of Group Member Similarity on Cohesiveness: Do Birds of a Feather Really Flock Together?* Unpublished manuscript, Department of Psychology, Syracuse University, 1993.

Back, K. W., "Influence Through Social Communication," *Journal of Abnormal and Social Psychology*, Vol. 46, 1951, pp. 9-23.

Beeber, L. S., and M. H. Schmitt, "Cohesiveness in Groups: A Concept in Search of a Definition," *Advances in Nursing Science*, Vol. 8, 1986, pp. 1-11.

Berkowitz, L., "Group Standards, Cohesiveness, and Productivity," *Human Relations*, Vol. 7, 1954, pp. 509-519.

- 495 -

Berscheid, E., "Interpersonal Attraction," in G. Lindzey and E. Aronson (eds.), *The Handbook of Social Psychology* (3rd ed.), Vol. 2, 1985, pp. 413-484.

Bollen, K. A., and R. H. Hoyle, "Perceived Cohesion: A Conceptual and Empirical Examination," *Social Forces*, Vol. 69, 1990, pp. 479-504.

Cartwright, D., "The Nature of Group Cohesiveness" (3rd ed.), in D. Cartwright and A. Zander (eds.), *Group Dynamics: Theory and Research*, New York: Harper & Row, Chap. 7, 1968, pp. 91-109.

Collins, B. E., and B. H. Raven, "Group Structure: Attraction, Coalitions, Communication, and Power" (2nd ed.), in G. Lindzey and E. Aronson (eds.), *The Handbook of Social Psychology*, Vol. 4: *Group Psychology and Phenomena of Interaction*, Chap. 30, 1969, pp. 102-126.

Davis, J. H., *Group Performance*, Reading, Mass.: Addison Wesley, 1969, pp. 78-81.

Dion, K. J., N. Miller, and M. N. Magnan, "Cohesiveness and Social Responsibility as Determinants of Group Risk Taking," *Journal of Personality and Social Psychology*, Vol. 20, 1971, pp. 400-406.

Dion, K. L., "Intergroup Conflict and Intragroup Cohesiveness," in W. G. Austin and S. Worchel (eds.), *The Social Psychology of Intergroup Relations* (pp. 211-224), Monterey, CA: Brooks/Cole, 1979.

Drescher, S., G. Burlingame, and A. Fuhriman," Cohesion: An Odyssey in Empirical Understanding," *Small Group Behavior*, Vol. 16, 1985, pp. 3-30.

Duckitt, J., "Authoritarianism and Group Identification: A New View of an Old Construct," *Political Psychology*, Vol. 10, 1989, pp. 63-84.

Eisman, B., "Some Operational Measures of Cohesiveness and Their Interrelations," *Human Relations*, Vol. 12, 1959, pp. 183-189.

Evans, N. J., and K. L. Dion, "Group Cohesion and Performance: A Meta-Analysis," *Small Group Research*, Vol. 22, 1991, pp. 175-186.

Evans, N. J., and P. A. Jarvis, "Group Cohesion: A Review and Reevaluation," *Small Group Behavior*, Vol. 11, 1980, pp. 359-370.

Evans, N. J., and P. A. Jarvis, "The Group Attitude Scale: A Measurement of Attraction to Group," *Small Group Behavior*, Vol. 17, 1986, pp. 203-216.

Festinger, L., "Informal Social Communication," *Psychological Review*, Vol. 57, 1950, pp. 271-282.

- 496 -

French, J.R.P., Jr., "The Basis of Social Power," in D. Cartwright (ed.), *Studies in Social Power*, Ann Arbor, MI:  Institute for Social Research, 1959.

Gross, N., "Primary Functions of the Small Group," *American Journal of Sociology*, Vol. 60, 1954, pp. 24-29.

Gross, N., and W. E. Martin, "On Group Cohesiveness," *American Journal of Sociology*, Vol. 57, 1952, pp. 546-554.

Hoffman, L. R., and N.R.F. Maier, "Quality and Acceptance of Problem Solutions by Members of Homogeneous and Heterogeneous Groups," *Journal of Personality and Social Psychology*, Vol. 6, 1967, pp. 175-182.

Hogg, M. A., *The Social Psychology of Group Cohesiveness:  From Attraction to Social Identity*, New York:  New York University Press, 1992.

Hogg, M. A., and J. C. Turner, "Interpersonal Attraction, Social Identification, and Psychological Group Formation," *European Journal of Social Psychology*, Vol. 15, 1985, pp. 51-66.

Janis, I. L., *Groupthink:  Psychological Studies of Policy Decisions and Fiascoes* (2nd ed.), Boston:  Houghton Mifflin, 1983.

Kerr, N. L., "Motivation Losses in Task-Performing Groups:  A Social Dilemma Analysis," *Journal of Personality and Social Psychology*, Vol. 45, 1983, pp. 819-828.

Kerr, N. L., and R. J. MacCoun, "Sex Composition of Groups and Member Motivation:  Effects of Relative Member Ability," *Basic and Applied Social Psychology*, Vol. 5, 1984, pp. 255-271.

Kerr, N. L., and R. J. MacCoun, "The Effects of Jury Size and Polling Method on the Process and Product of Jury Deliberations," *Journal of Personality and Social Psychology*, Vol. 48, 1985a, pp. 349-363.

Kerr, N. L., and R. J. MacCoun, "Role Expectations in Social Dilemmas:  Sex Roles and Task Motivation in Groups," *Journal of Personality and Social Psychology*, Vol. 49, 1985b, pp. 1547-1556.

Kerr, N. L., and J. A. Stanfel, *Role Schemas and Member Motivation in Task Groups*, Unpublished manuscript, Michigan State University, September 10, 1992.

Latané, B., and S. Wolf, "The Social Impact of Majorities and Minorities," *Psychological Review*, Vol. 88, 1981, pp. 438-453.

Levine, J. M., "Reaction to opinion deviance in small groups," in P. Paulus (ed.), *Psychology of Group Influence* (2nd ed.), 1989, pp. 187-231.

- 497 -

Littlepage, G. E., L. Cowart, and B. Kerr, "Relationship Between Group Environment Scales and Group Performance and Cohesion," *Small Group Behavior*, Vol. 20, 1989, pp. 50-61.

Longley, J., and D. G. Pruitt, "Groupthink: A Critique of Janis's Theory," in L. Wheeler (ed.), *Review of Personality and Social Psychology*, Vol. 1, 1980, pp. 74-93.

Lott, A. J., and B. E. Lott, "Group Cohesiveness, Communication Level, and Conformity," *Journal of Abnormal and Social Psychology*, Vol. 62, 1961, pp. 408-412.

Lott, A. J., and B. E. Lott, "Group Cohesiveness as Interpersonal Attraction: A Review of Relationships with Antecedent and Consequent Variables," *Psychological Bulletin*, Vol. 64, 1965, pp. 259-309.

Markides, K. C., and S. F. Cohn, "External Conflict/Internal Cohesion: A Reevaluation of an Old Theory," *American Sociological Review*, Vol. 47, 1982, pp. 88-98.

Marshall, J. E., and R. Heslin, "Boys and Girls Together: Sexual Composition and the Effect of Density and Group Size on Cohesion," *Journal of Personality and Social Psychology*, Vol. 31, 1975, pp. 952-961.

McGrath, J. E., "The Influence of Positive Interpersonal Relations on Adjustment and Effectiveness in Rifle Teams," *Journal of Abnormal and Social Psychology*, 1962, pp. 365-375.

McGrath, J. E., *Groups: Interaction and Performance*, Englewood Cliffs, NJ: Prentice Hall, 1984.

Mikalachki, A., *Group Cohesion Reconsidered*, London, Canada: School of Business Administration, University of Western Ontario, 1969.

Moreland, R. L., and J. M. Levine, "Newcomers and Oldtimers in Small Groups" in P. B. Paulus (ed.), *The Psychology of Group Influence*, (2nd ed.), 1989, pp. 142-186.

Moreland, R. L., and J. M. Levine, "The Composition of Small Groups," in E. Lawler, B. Markovsky, C. Ridgeway, and H. Walker (eds.), *Advances in Group Processes*, Greenwich, CT: JAI Press, Vol. 9, 1992, pp. 237-280.

Mudrack, P. E., "Defining Group Cohesiveness: A Legacy of Confusion?," *Small Group Behavior*, Vol. 20, 1989a, pp. 37-49.

Mudrack, P. E., "Group Cohesiveness and Productivity: A Closer Look," *Human Relations*, Vol. 42, 1989b, pp. 771-785.

- 498 -

Mullen, B., "Operationalizing the Effect of the Group on the Individual:
A Self-Attention Perspective," *Journal of Experimental Social
Psychology*, Vol. 19, 1983, pp. 295-322.

Mullen, B., and C. Copper, *The Relation Between Group Cohesiveness and
Performance: An Integration*, Unpublished manuscript, Department of
Psychology, Syracuse University, 1993.

Mullen, B., et al., "Group cohesiveness and Quality of Decision Making:
An Integration of Tests of the Groupthink Hypothesis," *Small Group
Research*, in press.

Piper, W. E., et al., "Cohesion as a Basic Bond in Groups," *Human
Relations*, Vol. 36, 1983, pp. 93-108.

Park, W. W., "A Review of Research on Groupthink," *Journal of Behavioral
Decision Making*, Vol. 3, 1990, pp. 229-245.

Rutkowski, G. K., C. L. Gruder, and D. Romer, "Group Cohesiveness,
Social Norms, and Bystander Intervention," *Journal of Personality and
Social Psychology*, Vol. 44, 1983, pp. 545-552.

Schachter, S., "Deviation, Rejection, and Communication," *Journal of
Abnormal and Social Psychology*, Vol. 46, 1951, pp. 190-207.

Schachter, S., *The Psychology of Affiliation*, Stanford, CA:  Stanford
University Press, 1959.

Shaw, M. E., *Group Dynamics:  The Psychology of Small Group Behavior*,
New York:  McGraw-Hill, 1976.

Shepperd, J. A., "Productivity Loss in Performance Groups:  A Motivation
Analysis," *Psychological Bulletin*, Vol. 113, 1993, pp. 67-81.

Stein, A. A., "Conflict and Cohesion:  A Review of the Literature,"
*Journal of Conflict Resolution*, Vol. 20, 1976, pp. 143-172.

Steiner, I. D., *Group Process and Productivity*, New York:  Academic
Press, 1972.

Sumner, W. G., *Folkways*, Boston:  Ginn, 1906.

Tanford, S., and S. Penrod, "Social Influence Model:  A Formal
Integration of Research on Majority and Minority Influence
Processes," *Psychological Bulletin*, Vol. 95, 1984, pp. 189-225.

Turner, J. C., M. A. Hogg, P. J. Turner, and P. M. Smith, "Failure and
Defeat as Determinants of Group Cohesiveness," *British Journal of
Social Psychology*, Vol. 23, 1984, pp. 97-111.

- 499 -

Tziner, A., "Differential Effects of Group Cohesiveness Types:  A Clarifying Overview," *Social Behavior and Personality*, Vol. 10, 1982a, pp. 227-239.

Tziner, A., "Group Cohesiveness:  A Dynamic Perspective," *Social Behavior and Personality*, Vol. 10, 1982b, pp. 205-211.

Zaccaro, S. J., and C. A. Lowe, "Cohesiveness and Performance on an Additive Task:  Evidence for Multidimensionality," *Journal of Small Group Psychology*, Vol. 128, 1988, pp. 547-558.

Zaccaro, S. J., and M. C. McCoy, "The Effects of Task and Interpersonal Cohesiveness on Performance of a Disjunctive Group Task," *Journal of Applied Social Psychology*, Vol. 18, 1988, pp. 837-851.


**Sports Literature**

Bird, A. M. "Convergent and Incremental Effects of Cohesion on Attributions for Self and Team," *Journal of Sport Psychology*, Vol. 2, 1980, pp. 181-193.

Brawley, L. R., A. V. Carron, and W. N. Widmeyer, "Assessing the Cohesion of Teams:  Validity of the Group Environment Questionnaire," *Journal of Sport Psychology*, Vol. 9, 1987, pp. 275-294.

Carron, A. V., "Cohesiveness of Sport Groups:  Interpretations and Considerations," *Journal of Sport Psychology*, Vol. 4, 1982, pp. 123-138.

Carron, A. V., and P. Chelladurai, "The Dynamics of Group Cohesion in Sport," *Journal of Sport Psychology*, Vol. 4, 1981, pp. 123-139.

Carron, A. V., W. N. Widmeyer, and L. R. Brawley, "The Development of an Instrument to Assess Cohesion in Sport Teams:  The Group Environment Questionnaire," *Journal of Sport Psychology*, Vol. 7, 1985, pp. 244-266.

Granito, V. J., and D. W. Rainey, "Differences in Cohesion Between High School and College Football Teams and Starters and Nonstarters," *Perceptual and Motor Skills*, Vol. 66, 1988, pp. 471-477.

Landers, D. M., M. O. Wilkinson, B. D. Hatfield, and H. Barber, "Causality and the Cohesion-Performance Relationship," *Journal of Sport Psychology*, Vol. 4, 1982, pp. 170-183.

Martens, R., and J. A. Peterson, "Group Cohesiveness as a Determinant of Success and Member Satisfaction in Team Performance," *International Review of Sport Psychology*, Vol. 6, 1971, pp. 50-59.

- 500 -

Melnick, M. J., and M. M. Chemers, "The Effects of Group Social Structure on the Success of Basketball Teams," *The Research Quarterly*, Vol. 45, 1974, pp. 1-8.

Ruder, M. K., and D. L. Gill, "Immediate Effects of Win-Loss on Perceptions of Cohesion in Intramural and Intercollegiate Volleyball Teams," *Journal of Sport Psychology*, Vol. 4, 1982, pp. 227-234.

Taylor, D. M., J. Doria, and J. K. Tyler, "Group Performance and Cohesiveness: An Attribution Analysis," *Journal of Social Psychology*, Vol. 119, 1983, pp. 187-198.

Watson, G. G., and B. J. Gibson, "Determinants of Social Integration in Children's Sport Teams: The Case of Australian Rules Football," *International Journal of Sport Psychology*, Vol. 11, 1980, pp. 75-90.

Williams, J. M., and C. M. Hacker, "Causal Relationships Among Cohesion, Satisfaction, and Performance in Women's Intercollegiate Field Hockey Teams," *Journal of Sport Psychology*, Vol. 4, 1982, pp. 324-337.

Wrisberg, C. A., and M. V. Draper, "Sex, Sex Role Orientation, and the Cohesion of Intercollegiate Basketball Teams," *Journal of Sport Behavior*, Vol. 11, 1988, pp. 45-54.

Yukelson, D., R. Weinberg, and A. Jackson, "A Multidimensional Group Cohesion Instrument for Intercollegiate Basketball Teams," *Journal of Sports Psychology*, Vol. 6, 1984, pp. 103-117.


**Industrial-Organizational Literature**

Anderson, L. R., "Management of the Mixed-Cultural Work Group," *Organizational Behavior and Human Performance*, Vol. 31, 1983, pp. 303-330.

Bakeman, R., and R. Helmreich, "Cohesiveness and Performance: Covariation and Causality in an Undersea Environment," *Journal of Experimental Social Psychology*, Vol. 11, 1975, pp. 478-479.

Bass, B. M., *Stogdill's Handbook of Leadership* (revised and expanded edition), New York: The Free Press, 1981.

Etzioni, A., *A Comparative Analysis of Complex Organizations: On Power, Involvement, and Their Correlations*, New York: Academic Press, 1975.

Greene, C. N., "Cohesion and Productivity in Work Groups," *Small Group Behavior*, Vol. 20, 1989, pp. 70-86.

Hollander, E. P., "Conformity, Status, and Idiosyncracy Credit," *Psychological Review*, Vol. 65, 1958, pp. 117-127.

- 501 -

Hollander, E. P., "Leadership and Power," in G. Lindzey and E. Aronson
(eds.), *The Handbook of Social Psychology* (3rd ed.), Vol. 2, 1985,
pp. 485-538.

Keller, R. T., "Predictors of the Performance of Project Groups in R & D
Organizations," *Academy of Management Journal*, Vol. 29, 1986, pp.
715-726.

Locke, E. A., and G. P. Latham, "Work Motivation and Satisfaction:
Light at the End of the Tunnel," *Psychological Science*, Vol. 1, 1990,
pp. 240-246.

O'Reilley, C. A., and D. F. Caldwell, "The Impact of Normative Social
Influence and Cohesiveness on Task Perceptions and Attitudes: A
Social Information Processing Approach," *Journal of Occupational
Psychology*, Vol. 58, 1985, pp. 193-206.

Pfeffer, J., "Organizations and Organization Theory," in G. Lindzey and
E. Aronson (eds.), *The Handbook of Social Psychology* (3rd ed.), Vol.
1, 1985, pp. 379-440.

Seashore, S. E., *Group Cohesiveness in the Industrial Work Group*, Ann
Arbor, MI: Institute for Social Research, 1954.

Schreischeim, J. F., "The Social Context of Leader-Subordinate
Relations: An Investigation of the Effects of Group Cohesiveness,"
*Journal of Applied Psychology*, Vol. 65, 1980, pp. 83-194.

Stogdill, R. M., "Group Productivity, Drive, and Cohesiveness,"
*Organizational Behavior and Human Performance*, Vol. 8, 1972, pp. 26-
43.

Summers, I., T. Coffelt, and R. E. Horton, "Work-Group Cohesion,"
*Psychological Reports*, Vol. 63, 1988, pp. 627-636.

Van Zelst, "Sociometrically Selected Work Teams Increase Production,"
*Personnel Psychology*, Vol. 5, 1952, pp. 175-188.

**Stereotyping, Social Categorization, and Intergroup Contact**

Allport, G. W., *The Nature of Prejudice*, New York: Addison-Wesley,
1954.

Aronson, E., *The Social Animal* (2nd edition), San Francisco: W. H.
Freeman, 1976.

Austin, W. G., and S. Worchel (eds.), *The Social Psychology of
Intergroup Relations*, Monterey, CA: Brooks/Cole, 1979.

- 502 -

Brewer, M. B., "In-Group Bias in the Minimal Intergroup Situation: A Cognitive-Motivational Analysis," *Psychological Bulletin,* Vol. 86, 1979, pp. 307-324.

Britton, D. M., "Homophobia and Homosociality: An Analysis of Boundary Maintenance," *The Sociological Quarterly,* Vol. 31, 1990, pp. 423-439.

Brophy, I. N., "The Luxury of Anti-Negro Prejudice," *Public Opinion Quarterly,* Vol. 9, 1945-1946, pp. 456-466.

Desforges, D. M., et al., "Effects of Structured Cooperative Contact on Changing Negative Attitudes Toward Stigmatized Social Groups." *Journal of Personality and Social Psychology,* Vol. 60, 1991, pp. 531-544.

Devine, P. G., M. J. Monteith, J. R. Zuwerink, and A. J. Elliot, "Prejudice with and without Compunction," *Journal of Personality and Social Psychology,* Vol. 60, 1991, pp. 817-830.

Fiske, S. T., and S. L. Neuberg, "A Continuum Model of Impression Formation, from Category-Based to Individuating Processes," in M. Zanna (ed.), *Advances in Experimental Social Psychology*, Vol. 6, 1990, pp. 1-74.

Gaertner, S. L., J. Mann, A. Murrell, and J. F. Dovidio, "Reducing Intergroup Bias: The Benefits of Recategorization," *Journal of Personality and Social Psychology,* Vol. 57, 1989, pp. 239-249.

Gaertner, S. L., et al., "How Does Cooperation Reduce Intergroup Bias?" *Journal of Personality and Social Psychology,* Vol. 59, 1990, pp. 692-704.

Gaertner, S. L., et al., "The Common Intergroup Identity Model: Recategorization and the Reduction of Intergroup Bias." To appear in W. Stroebe and M. Hewstone (eds.), *European Review of Social Psychology,* Vol. 4, 1993, in press.

Goffman, E., *Stigma: Notes on the Management of Spoiled Identity,* Englewood Cliffs, NJ: Prentice Hall, 1963.

Herek, G. M., "Stigma, Prejudice, and Violence Against Lesbians and Gay Men," in J. C. Gonsiorek and J. D. Weinrich (eds.), *Homosexuality: Research Implications for Public Policy* (pp. 60-80), Newbury Park, CA: Sage, 1991.

Herek, G. M., "Psychological Heterosexism and Anti-Gay Violence: The Social Psychology of Bigotry and Bashing," in G. Herek and K. Berrill (eds.), *Hate Crimes: Confronting Violence Against Lesbians and Gay Men* (pp. 149-169), Newbury Park, CA: Sage, 1992.

- 503 -

Hewstone, M., M. R. Islam, and C. M. Judd, "Models of Crossed Categorization and Intergroup Relations," *Journal of Personality and Social Psychology,* Vol. 64, 1993, pp. 779-793.

Johnson, D. W., et al., "Effects of Cooperative, Competitive, and Individualistic Goal Structures on Achievement: A Meta-Analysis," *Psychological Bulletin,* Vol. 89, 1981, pp. 47-192.

Johnson, D. W., R. Johnson, and G. Maruyama, "Goal Interdependence and Interpersonal Attraction in Heterogeneous Classrooms: A Metanalysis," in N. Miller and M. B. Brewer (eds.), *Groups in Contact: The Psychology of Desegregation* (Chap. 9, pp. 187-212). New York: Academic Press, 1984.

Johnson, D. W., and R. T. Johnson, *Cooperation and Competition: Theory and Research,* Edina, Minnesota: Interaction Book Company, 1989.

Jones, E. E., et al., *Social Stigma: The Psychology of Marked Relationships,* New York: W. H. Freeman, 1984.

Luhtanen, R., *Identity, Stigma Management, and Self-Esteem in Lesbians and Gay Men,* unpublished manuscript, Psychology Department, State University of New York at Buffalo, 1993.

Mackie, D. M., and G. R. Goethals, "Individual and Group Goals," in C. Hendrick (ed.), *Group Processes* (*Review of Personality and Social Psychology*, Vol. 8, pp. 144-166), Beverly Hills: Sage, 1987.

Messick, D. M., and D. M. Mackie, "Intergroup Relations," *Annual Review of Psychology,* Vol. 40, 1989, pp. 45-81.

Miller, N., and M. B. Brewer, *Groups in Contact: The Psychology of Desegregation,* New York: Academic Press, 1984.

Miller, N., and G. Davidson-Podgorny, "Theoretical Models of Intergroup Relations and the Use of Cooperative Teams as an Intervention for Desegregated Settings," in C. Hendrick (ed.), *Group Processes and Intergroup Relations* (*Review of Personality and Social Psychology,* Vol. 9, pp. 41-67), Beverly Hills: Sage, 1987.

Ostrom, T. M., and C. Sedikides, "Out-Group Homogeneity Effects in Natural and Minimal Groups," *Journal of Personality and Social Psychology,* Vol. 112, 1992, pp. 536-552.

Sherif, M., et al., *Intergroup Conflict and Cooperation: The Robber's Cave Experiment,* Norman, OK: University of Oklahoma Press, 1961.

Sigelman, C. K., et al., "Courtesy Stigma: The Social Implications of Associating with a Gay Person," *Journal of Social Psychology,* Vol. 131, 1991, pp. 45-56.

- 504 -

Slavin, R. E., "Cooperative Learning: Applying Contact Theory in Desegregated Schools," *Journal of Social Issues,* Vol. 41, 1985, pp. 45-62.

Stephan, W. G., "Intergroup Relations," in G. Lindzey and E. Aronson (eds.), *The Handbook of Social Psychology* (3rd ed.), Vol. 2, 1985, pp. 599-658.

Stephan, W. G., "The Contact Hypothesis in Intergroup Relations," in C. Hendrick (ed.), *Group Processes and Intergroup Relations* (*Review of Personality and Social Psychology*, Vol. 9, pp. 13-40), Beverly Hills: Sage, 1987.

Struch, N., and S. H. Schwartz, "Intergroup Aggression: Its Predictors and Distinctiveness from In-Group Bias," *Journal of Personality and Social Psychology,* Vol. 56, 1989, pp. 364-373.

Tajfel, H., and J. C. Turner, "An Integrative Theory of Intergroup Conflict," in W. G. Austin and S. Worchel (eds.), *The Social Psychology of Intergroup Relations* (pp. 33-47), Monterey, CA: Brooks/Cole, 1979.

Taylor, S E., and S. T. Fiske, "Salience, Attention, and Attribution: Top of the Head Phenomema," in L. Berkowitz (ed.), *Advances in Experimental Social Psychology* (Vol. 11), New York: Academic Press, 1978.

Whitley, B. E., "The Relationship of Heterosexuals' Attributions for the Causes of Homosexuality to Attitudes Toward Lesbians and Gay Men," *Personality and Social Psychology Bulletin*, Vol. 16, 1990, pp. 369-377.

Wilder, D. A., "Social Categorization: Implications for Creation and Reduction of Intergroup Bias," *Advances in Experimental Social Psychology*, Vol. 19, 1986, pp. 291-355.

**Attitudes and Their Relationship to Behavior**

Abelson, R. P., "Psychological Status of the Script Concept," *American Psychologist,* Vol. 36, 1981, pp. 715-729.

Ajzen, I., "The Theory of Planned Behavior," *Organizational Behavior and Human Decision Processes,* Vol. 50, 1991, pp. 179-211.

Ajzen, I., and M. Fishbein, *Understanding Attitudes and Predicting Social Behavior*, Englewood Cliffs, NJ: Prentice-Hall, 1980.

Aronson, E., and J. Mills, "The Effect of Severity of Initiation on Liking for a Group," *Journal of Abnormal and Social Psychology,* Vol. 59, 1959, pp. 177-181.

- 505 -

Bandura, A., "Self-Efficacy Mechanism in Human Agency," *Psychological Review,* Vol. 84, 1982, pp. 191-215.

Campbell, D. T., "Social Attitudes and Other Acquired Behavioral Dispositions," in S. Koch (ed.), *Psychology: A Study of a Science.* Vol. 6, New York:  McGraw-Hill, 1963.

Cialdini, R. B., C. A. Kallgren, and R. R. Reno, "A Focus Theory of Normative Conduct:  A Theoretical Refinement and Reevaluation of the Role of Norms in Human Behavior," in M. Zanna (ed.), *Advances in Experimental Social Psychology,* Vol. 24, 1991, pp. 201-234.

Eagly, A. H., and S. Chaiken, *The Psychology of Attitudes,* Fort Worth, TX:  Harcourt Brace Jovanovich, 1993.

Festinger, L., *A Theory of Cognitive Dissonance,* Evanston, IL:  Row, Peterson, 1957.

Festinger, L., H. W. Reicken, and S. Schachter, *When Prophecy Fails,* Minneapolis:  University of Minnesota Press, 1956.

Fishbein, M., and I. Ajzen, *Belief, Attitude, Intention, and Behavior: An Introduction to Theory and Research,* Reading, MA:  Addison-Wesley, 1975.

Kelman, H. C., and V. L. Hamilton, *Crimes of Obedience,* New Haven, CT:  Yale University Press, 1989.

LaPiere, R. T., "Attitudes vs. Actions," *Social Forces,* Vol. 13, 1934, pp. 230-237.

Olson, J. M., and M. P. Zanna, "Attitudes and Attitude Change," *Annual Review of Psychology,* Vol. 44, 1993, pp. 117-154.

Triandis, H. C., *Interpersonal Behavior,* Monterey, CA:  Brooks/Cole, 1977.

Wicker, A. W., "Attitudes Versus Actions:  The Relationship of Verbal and Overt Behavioral Responses to Attitude Objects," *Journal of Social Issues,* Vol. 25, 1969, pp. 41-78.

Zajonc, R., "Attitudinal Effects of Mere Exposure," *Journal of Personality and Social Psychology,* Vol. 9, 1968, pp. 1-27.


**Other Sources**

Campbell, D. T. and D. W. Fiske, "Convergent and Discriminant Validation by the Multitrait-Multimethod Approach," *Psychological Bulletin,* Vol. 56, 1959, pp. 81-105.

- 506 -

Cohen, J., *Statistical Power Analyses for the Behavioral Sciences*, Hillsdale, NJ:  Lawrence Erlbaum Associates, 1988.

Coyne, J. C., and G. Downey, "Social Factors and Psychopathology: Stress, Social Support, and Coping Processes," *Annual Review of Psychology*, Vol. 44, 1991, pp. 401-425.

Harry, J., "Homosexual Men and Women Who Served Their Country," *Journal of Homosexuality,* Vol. 10, 1984, pp. 117-125.

House, J. S., K. R. Landis, and D. Umberson, "Social Relationships and Health," *Science*, Vol. 24, 1988, pp. 540-545.

Nisbett, R., and L. Ross, *Human Inference:  Strategies and Shortcomings of Social Judgment*, Englewood Cliffs, NJ:  Prentice Hall, 1980.

Nunnally, J. C., *Psychometric Theory,* New York:  McGraw-Hill, 1978.

Rogers, S. M., and C. F. Turner, "Male-Male Sexual Contact in the U.S.A.:  Findings from Five Sample Surveys, 1970-1990," *The Journal of Sex Research*, Vol. 28, 1991, pp. 491-519.

**Discussions with Experts**

The following experts provided useful suggestions and insights during the preparation of this chapter.  They are not responsible for the conclusions of this chapter.

Dr. Marilyn Brewer, UCLA, on intergroup contact
Dr. Jennifer Crocker, SUNY Buffalo, on stigmatization
Dr. Patricia Devine, University of Wisconsin, on prejudice
Dr. Susan Fiske, University of Massachusetts, Amherst, on stereotyping
Dr. Samuel Gaertner, University of Delaware, on intergroup contact
Dr. Norbert Kerr, Michigan State University, on small group behavior
Dr. David Marlowe, Walter Reed Army Institute, on group cohesion
Dr. Geoffrey Maruyama, University of Minnesota, on intergroup contact
Ms. Laura Miller, Northwestern University, on military attitudes
Dr. Richard Moreland, University of Pittsburgh, on small group behavior
Dr. Charles Moskos, Northwestern University, on military attitudes and group cohesion
Dr. Brian Mullen, Syracuse University, on group cohesion
Dr. Steven Neuberg, Arizona State University, on stereotyping
Dr. Laurel Oliver, Army Research Institute, on group cohesion
Dr. Guy Siebold, Army Research Institute, on group cohesion

- 507 -

## BIBLIOGRAPHY FOR CHAPTER 11

*Baehr v. Director of the Department of Health,* Hawaii, Supreme Court of
Hawaii, No. 91-1394, 1993.

*Beller v. Middendorf,* 632 F.2d 788 (9th Cir. 1980).

*Ben-Shalom v. Marsh,* 881 F.2d 454 (7th Cir. 1989).

*Bowers v. Hardwick,* 478 U.S. 186 (1986).

Bradley, Leigh, Paul Koffsky, and Captain Melissa Wells-Petry,
"Homosexuality in the Military," *The Fifteenth Annual Homer Ferguson
Conference of the U.S. Court of Military Appeals,* Military Law
Institute, George Washington University, Judge Advocates Association,
and Federal Bar Association, Washington, D.C., May 1990.

*Braschi v. Stahl Associates Co.,* 543 N.E.2d 49 (NY 1989).

Burrelli, David F., *Homosexuals and U.S. Military Personnel Policy,*
Congressional Research Service Report for Congress, 93-52 F, January
14, 1993.

*Childers v. Dallas Police Department,* 513 F.Supp. 134 (Texas 1981).

*City of Cleburne v. Cleburne Living Center, Inc.,* 473 U.S. 432 (1985).

Davis, Major Jeffrey S., "Military Policy Toward Homosexuals:
Scientific, Historical, and Legal Perspectives," *Military Law Review,*
Vol. 131, 1991, pp. 55-108.

*Dawson v. State Law Enforcement Division and Robert M. Stewart,* U.S.
District Court for the District of South Carolina, Columbia Division,
No. 3:91-1403-17, 1992.

*Dronenburg v. Zech,* 741 F.2d 1388 (D.C. Cir. 1984).

Editors of the Harvard Law Review, "Developments in the Law:  Sexual
Orientation and the Law," *Harvard Law Review,* Vol. 102, 1989, pp.
1508-1671.

*Goldman v. Weinberger,* 475 U.S. 503 (1981).

Gormley, Ken, "One Hundred Years of Privacy," *Wisconsin Law Review,*
1992, pp. 1335-1441.

*Hatheway v. Secretary of the Army,* 641 F.2d 1376 1981).

Hermansen, Kurt D., "Analyzing the Military's Justifications for Its
Exclusionary Policy:  Fifty Years Without a Rational Basis," *Loyola of
Los Angeles Law Review,* Vol. 26, November 1992, pp. 151-211.

- 508 -

*High Tech Gays v. Defense Ind. Clearance Office*, 895 F.2d 563 (9th Cir. 1990).

*High Tech Gays v. Defense Ind. Clearance Office*, 909 F.2d 375 (9th Cir. 1990).

*In Re Adoption of Charles B.*, 522 N.E.2d 884 (Ohio 1990).

*Jacobson v. U.S.*, 112 S.Ct. 1535, 1541, 1542 (1992).

*Jantz v. Muci*, 759 F.Supp. 1543 (D.Kan. 1991).

Johnson, Chad S., "A Judicial Blow to the Military's Anti-Gay Policies: *Pruitt v. Cheney*, 943 F.2d 989 (9th Cir. 1991).

Karst, Kenneth L., "The Pursuit of Manhood and the Desegregation of the Armed Forces," *UCLA Law Review*, Vol. 38, 1991, pp. 499-581.

*Law Review*, Vol. 55, 1988, pp. 1161-1179.

*Matlovich v. Secretary of the Air Force*, 591 F.2d 852 (D.C. Cir. 1978).

*Meinhold v. U.S. Department of Defense*, 808 F.Supp. 1455 (C.D.Cal. 1993).

*Mindes v. Seaman*, 453 F.2d 197 (1971).

*Palmore v. Sidoti*, 466 U.S. 429 (1984).

*Parker v. Levy*, 417 U.S. 733 (1974).

*Pruitt v. Cheney*, 963 F.2d 1160 (9th Cir. 1991).

Rivera, Rhonda R., "Queer Law: Sexual Orientation Law in the Mid-Eighties," *University of Dayton Law Review*, Vol. 11:2, 1986, pp. 275-398.

*Rostker v. Goldberg*, 453 U.S. 57, 70 (1981).

Rubenstein, William B., ed., *Lesbians, Gay Men, and the Law*, New York: The New Press, 1993.

Samar, Vincent J., *The Right to Privacy*, Philadelphia: Temple University Press, 1991.

Schlueter, David A., *Military Criminal Justice: Practice and Procedure*, 2nd edition, Charlottesville, VA: The Michie Co., 1987.

*S.N.E. v. R.L.B.*, 699 P.2d 875 (Alaska 1985).

*Solorio v. United States*, 483 U.S. 435 (1987).

- 509 -

*Steffan v. Aspin*, No. 91-5409 (D.C. Cir.), Brief of Plaintiff-Appellant Joseph C. Steffan, May 1993.

*Steffan v. Cheney*, 780 F.Supp. 1 (D.D.C. 1991).

Stoddard, Thomas B., "Lesbian and Gay Rights Litigation Before a Hostile Federal Judiciary:  Extracting Benefit from Peril," *Harvard Civil Rights-Civil Liberties Law Review,* Vol. 27, 1992, pp. 555-573.

Sunstein, Cass R., "Sexual Orientation and the Constitution:  A Note on the Relationship Between Due Process and Equal Protection," *University of Chicago Law Review*, Vol. 55, 1988, pp. 1161-1179.

"The 1984 Manual for Courts-Martial:  Significant Changes and Potential Issues," Department of the Army Pamphlet 27-50-139, in *The Army Lawyer*, July 1984, pp. 1-58.

*Todd v. Navarro*, 698 F.Supp. 871 (S.D.Fla. 1988).

*U.S. v. Curtis*, 32 M.J. 252 (CMA 1991).

*U.S. v. Guerrero*, 31 M.J. 692 (NMCMR 1990).

*U.S. v. Guerrero*, 33 M.J. 295, 298 (CMA 1991).

*U.S. v. Sadinsky*, 14 U.S.C.M.A. 563, 34 C.M.R. 343 (1964).

United States General Accounting Office, "Defense Force Management:  DOD's Policy on Homosexuality," GAO/NSIAD-92-98, June 1992.

*Wallace v. Chappell*, 661 F.2d 729 (1981).

*Walls v. City of Petersburg*, 895 F.2d 188 (4th Cir. 1990).

*Watkins v. U.S. Army*, 875 F.2d 699 (9th Cir. 1989).

Wells-Petry, Melissa, *Exclusion:  Homosexuals and the Right to Serve*, Washington, D.C.:  Regnery Gateway, 1993.

*Woodward v. United States*, 871 F.2d 1068 (Fed.Cir. 1989).


BIBLIOGRAPHY FOR CHAPTER 12

Allaire, Yvan, and Mihaela Firsirotu, "How to Implement Radical Strategies in Large Organizations," *Sloan Management Review,* Vol. 26, No. 3, 1985, pp. 19-34.

Allison, Graham, "Conceptual Models and the Cuban Missile Crisis," *American Political Science Review*, Vol. 63, No. 3, 1969.

- 510 -

Allison, Graham, *Essence of Decision,* Boston: Little, Brown, and Company, 1971.

Bardach, E., "Implementation Studies and the Study of Implements," paper presented to the 1980 Annual Meeting of the American Political Science Association, Washington, D.C., 1980.

Bender, Jonathon, and Thomas Hammond, "Rethinking Allison's Models," *American Political Science Review,* Vol. 86, No. 2, 1992.

Berman, P., and E. Pauly, *Federal Programs Supporting Educational Change, Volume II: Factors Affecting Change Agent Projects*, R-1589/2-HEW, Santa Monica, CA: RAND, 1975.

Berman, P., and M. McLaughlin, *Federal Programs Supporting Educational Change, Volume IV: The Findings in Review*, R-1589/4-HEW, Santa Monica, CA: RAND, 1975.

Berman, P., P. Greenwood, M. McLaughlin, and J. Pincus, *Federal Programs Supporting Educational Change, Volume V: Executive Summary*, R-1589/5-HEW, Santa Monica, CA: RAND, 1975.

Berman, P., and M. McLaughlin, *Federal Programs Supporting Educational Change, Volume VII: Factors Affecting Implementation and Continuation*, R-1589/7-HEW, Santa Monica, CA: RAND, 1977.

Berman, P., and M. McLaughlin, *Federal Programs Supporting Educational Change, Volume VIII: Implementing and Sustaining Innovations*, R-1589/8-HEW, Santa Monica, CA: RAND, 1978.

Berner, Kevin, and Thomas Daula, *Recruiting Goals, Regime Shifts, and the Supply of Labor to the Army,* unpublished paper, review version, 1993.

Bolman, Lee G., and Terrence E. Deal, *Reframing Organizations*, San Francisco: Jossey-Bass Publishers, 1991.

Bolton, Laura, Carolyn Aydin, Geraldine Popolow, and Jane Ramseyer, "Ten Steps for Managing Organizational Change," *Journal of Nursing Administration,* Vol. 22, No. 6, 1992.

Brockner, Joel, Tom R. Tyler, and Rochelle Cooper-Schneider, "The Influence of Prior Commitment to an Institution on Reactions to Perceived Unfairness: The Higher They Are, the Harder They Fall," *Administrative Science Quarterly,* Vol. 37, 1992, pp. 241-261.

Buddin, Richard, *Enlistment Effects of the 2+2+4 Recruiting Experiment,* R-4097-A, Santa Monica, CA: RAND, 1991.

Builder, Carl, *The Masks of War: American Military Styles in Strategy and Analysis,* Baltimore: Johns Hopkins University Press, 1989.

- 511 -

Burke, John, "Policy Implementation and the Responsible Exercise of Discretion," in Dennis Palumbo and Donald Calista (eds.), *Implementation and the Policy Process:  Opening Up the Black Box,* New York:  Greenwood Press, 1990.

Carson, Kerry, and Rodger Griffeth, "Changing a Management Information System:  Managing Resistance by Attending to the Rights and Responsibilities of Employees," *Employee Responsibilities and Rights Journal,* Vol. 3, No. 1, 1990.

Clement, Kevin, Equal Opportunity Officer, U.S. Army, personal communication, April 29, 1993.

Cook, Don, *Charles De Gaulle:  A Biography,* New York:  Pedigee Books, 1983.

Cornell, Andrew, U.S. Army Lieutenant Colonel, personal communication, May 17, 1993.

Culbertson, A., P. Rosenfeld, S. Booth-Kewley, and P. Magnusson, *Assessment of Sexual Harassment in the Navy:  Results of the 1989 Navy-wide Survey,* San Diego, CA:  Navy Personnel Research and Development Center, 1992.

DACOWITS, Defense Advisory Committee on Women in the Service, *Proceedings from the Spring Conference,* April 26-29, 1992.

Dalziel, Murray, and Stephen Schoonover, *Changing Ways,* New York:  American Management Association, 1988.

Damanpour, Fariborz, "Organizational Size and Innovation," *Organizational Studies,* Vol. 13, No. 3, 1992, pp. 375-402.

Davidson, M., ACLU attorney, personal communication, May 18, 1993.

DiMaggio, Paul J., and Walter W. Powell, "The Iron Cage Revisited:  Institutional Isomorphism and Collective Rationality in Organizational Fields," *American Sociological Review,* Vol. 48, 1983.

Eisen, Marvin, and Gail L. Zellman, "A Health Beliefs Field Experiment:  Teen Talk," in B. C. Miller, J. J. Card, R. L. Paikoff, and J. L. Peterson (eds.), *Preventing Adolescent Pregnancy,* Newbury Park, CA:  Sage Publications, 1992, pp. 220-264.

Elmore, Richard, "Backward Mapping:  Implementation Research and Policy Decisions," *Political Science Quarterly,* Vol. 94, No. 4, 1980, pp. 601-616.

Elmore, Richard, "Forward and Backward Mapping:  Reversible Logic in the Analysis of Public . . .," in K. Hanf and T. Toomen (eds.), *Policy Implementation in Federal and Unitary Systems,* Boston:  Martinus Nijhof, 1985.

- 512 -

Elmore, Richard, "Organizational Models of Social Program Implementation," *Public Policy*, Vol. 26, No. 2, 1978, pp. 185-228.

Elmore, Richard, Harvard Business School, personal communication, May 25, 1993.

Gilberd, K., "Sexual Harassment in the Military," *Guild Practitioner Law Review*, Vol. 49, No. 2, 1992, pp. 38-54.

Ginzberg, Eli, and Ewing W. Reilley, *Effecting Change in Large Organizations*, New York:  Columbia University Press, 1957.

Goodman, Robert M., and Allan B. Steckler, "The Life and Death of a Health Promotion Program:  An Institutionalization Case Study," *International Quarterly of Community Health Education*, Vol. 8, No. 1, 1987-88, pp. 5-21.

Goggin, M. L., *Policy Design and the Politics of Implementation:  The Case of Child Health Care in the American States*, Knoxville:  The University of Tennessee Press, 1987.

Goggin, M. L., Department of Political Science, University of Houston, personal communication, June 9-10, 1993.

Gottlieb, Nell, Chris Lovato, Riki Weinstein, Lawrence Green, and Michael Eriksen, "The Implementation of a Restrictive Worksite Smoking Policy in a Large Decentralized Organization," *Health Education Quarterly*, Vol. 19, No. 1, 1992, pp. 77-100.

Greenwood, P., D. Mann, and M. McLaughlin, *Federal Programs Supporting Educational Change, Volume III:  The Process of Change*, R-1589/3-HEW, Santa Monica, CA:  RAND, 1975.

Hammond, Thomas, "Agenda Control, Organizational Structure, and Bureaucratic Politics," *American Journal of Political Science*, Vol. 30, No. 2, 1986, pp. 379-420.

Hannan, Michael T., and John Freeman, "Structural Inertia and Organizational Change," *American Sociological Review*, Vol. 49 (April), 1984.

Hertz, Rosanna, *Guarding Against Women?  Responses of Military Men and Their Wives to Gender Integration*, Wellesley, MA:  Wellesley College, Department of Sociology, 1990.

Heymann, Philip, *The Politics of Public Management*, New Haven, CT:  Yale University Press, 1987, pp. 12-41, 109-189.

Hickson, David, "Decision-Making at the Top of the Organizations," *Annual Review of Sociology*, Vol. 13, 1987, pp. 165-192.

- 513 -

Hunter, James, *Culture Wars:  The Struggle to Define America*, New York: Basic Books, Inc., 1991.

Jackson, John W., and Cyril P. Morgan, *Organization Theory:  A Macro Perspective for Management,* Englewood Cliffs, NJ:  Prentice Hall, 1978.

Janz, N., and M. Becker, "The Health Belief Model:  A Decade Later," *Health Education Quarterly,* Vol. 11, 1984, pp. 1-47.

Jeczala, Sergeant, Defense Equal Opportunity Management Institute, personal communication, April 30, 1993.

Kanter, Rosabeth M., *The Change Masters:  Innovation and Entrepreneurship in the American Corporation,* New York:  Simon and Schuster, 1983.

Kilmann, R., "A Completely Integrated Program for Organizational Change," in A. Morhman, S. Mohrman, G. Ledford, E. Cummings, and E. Lawler (eds.), *Large-Scale Organizational Change*, San Francisco: Jossey-Bass, 1989.

Knott, Jack H., and Gary J. Miller, *Reforming Bureaucracy:  The Politics of Institutional Choice,* Englewood Cliffs, NJ:  Prentice Hall, 1987.

Krefting, Linda, and Peter Frost, "Untangling Webs, Surfing Waves, and Wildcatting:  A Multiple-Metaphor Perspective on Managing Organizational Culture," in P. Frost, L. Moore, M. Louis, C. Lundberg, and J. Martin (eds.), *Organizational Culture,* Beverly Hills, CA:  Sage Publications, 1985, pp. 155-168.

Langbein, Laura, and Cornelius Kerwin, "Implementation, Negotiation, and Compliance in Environmental and Safety Regulation," *Journal of Politics,* Vol. 47, No. 3, 1985, pp. 854-880.

Lawler, E., "Strategic Choices for Changing Organizations," in A. Mohrman, S. Mohrman, G. Ledford, T. Cummings, and E. Lawler (eds.), *Large-Scale Organizational Change,* San Francisco:  Jossey-Bass, 1989.

Ledford, G., S. Mohrman, A. Mohrman, and E. Lawler, "The Phenomenon of Large-Scale Organizational Change," in A. Morhman, S. Mohrman, G. Ledford, E. Cummings, and E. Lawler (eds.), *Large-Scale Organizational Change*, San Francisco:  Jossey-Bass, 1989.

Levin, Martin, and Barbara Ferman, "The Political Hand:  Policy Implementation and Youth Employment Programs," *Journal of Policy Analysis and Management,* Vol. 5, No. 2, 1986, pp. 311-325.

Levitt, Barbara, and James March, "Organizational Learning," *Annual Review of Sociology,* Vol. 14, 1988, pp. 319-340.

Lind, E. Allan, personal communication, April 27, 1993.

- 514 -

Lundberg, Craig, "On the Feasibility of Cultural Intervention in Organizations," in P. Frost, L. Moore, M. Louis, C. Lundberg, and J. Martin (eds.), *Organizational Culture,* Beverly Hills, CA:  Sage Publications, 1985, pp. 169-186.

March, James G., and John P. Olsen, *Rediscovering Institutions,* New York:  The Free Press, 1989.

Martindale, Melanie, "Sexual Harassment in the Military:  1988," Defense Manpower Data Center, September 1990.

Mazmanian, Daniel A., and Paul A. Sabatier (eds.), *Effective Policy Implementation,* Lexington, MA:  D. C. Heath, 1981, pp. 3-35.

Mazmanian, Daniel A., and Paul A. Sabatier, *Implementation and Public Policy,* Glenview, IL:  Scott, Foresman and Company, 1983.

McDonnell, Lorraine, and Richard Elmore, *Alternative Policy Instruments,* JNE-03, Santa Monica, CA:  The RAND Corporation, 1987.

McLaughlin, M., "Learning from Experience:  Lessons from Policy Implementation," *Educational Evaluation and Policy Analysis,* Vol. 9, No. 2, 1987, pp. 171-178.

McLaughlin, M., "The RAND Change Agent Study Revisited:  Macro Perspectives and Micro Realities," *Educational Researcher,* Vol. 19, No. 9, 1990, pp. 11-16.

McLaughlin, M., P. Shields, and D. Rezabek, *State and Local Response to Chapter 1 of the Education Consolidation and Improvement Act, 1981,* 86-A6, Stanford:  Institute for Research on Educational Finance and Governance, 1985.

Meyer, John, and Brian Rowan, "Institutionalized Organizations:  Formal Structure as Myth and Ceremony," *American Journal of Sociology,* Vol. 38, No. 2, 1977, pp. 340-363.

Moe, Terry, "The New Economics of Organization," *American Journal of Political Science,* Vol. 28, 1984.

Mohrman, A., S. Mohrman, G. Ledford, T. Cummings, and E. Lawler (eds.), *Large-Scale Organizational Change,* San Francisco:  Jossey-Bass, 1989.

Mohrman, S., and A. Mohrman, "Environment as an Agent of Change," in A. Mohrman, S. Mohrman, G. Ledford, E. Cummings, and E. Lawler (eds.), *Large-Scale Organizational Change,* San Francisco:  Jossey-Bass, 1989.

Moore, S. Craig, J. Stockfisch, Matthew S. Goldberg, Suzanne M. Holroyd, and Gregory G. Hildebrandt, *Measuring Military Readiness and Sustainability,* R-3842-DAG, Santa Monica, CA:  RAND, 1991.

- 515 -

Nord, Walter, "Can Organizational Culture Be Managed?" in P. Frost, L.
Moore, M. Louis, C. Lundberg, and J. Martin (eds.), *Organizational
Culture,* Beverly Hills, CA:  Sage Publications, 1985, pp. 187-196.

Nord, Walter, and Sharon Tucker, *Implementing Routine and Radical
Innovations,* Lexington, MA:  D. C. Heath and Company, 1987.

O'Toole, Laurence, "Alternative Mechanisms for Multiorganizational
Implementation:  The Case of Wastewater Management," *Administration
and Society,* Vol. 21, No. 3, 1989, pp. 313-339.

Ouchi, William, "Markets, Bureacracies, and Clans," *Administrative
Science Quarterly,* Vol. 25, 1980.

Ouchi, William, and Alan Wilkins, "Organizational Culture," *Annual
Review of Sociology,* Vol. 11, 1985, pp. 457-483.

Palumbo, Dennis, and Donald Calista, "Opening Up the Black Box:
Implementation and the Policy Process," in Dennis Palumbo and Donald
Calista (eds.), *Implementation and the Policy Process:  Opening Up the
Black Box,* New York:  Greenwood Press, 1990.

Peters, T. J., "Symbols, Patterns, and Settings:  An Optimistic Case for
Getting Things Done," *Organizational Dynamics,* Autumn 1978.

Pettigrew, Thomas, and Joanne Martin, "Shaping the Organizational
Context for Black American Inclusion," *Journal of Social Issues,* Vol.
43, No. 1, 1987, pp. 41-78.

Prottas, Jeffrey, "The Impacts of Innovation:  Technological Change in a
Mass Transit Authority," *Public Administration Review,* Vol. 16, No. 1,
1984, pp. 117-135.

Rosenstock, I., V. Stecher, and M. Becker, "Social Learning Theory and
the Health Belief Model," *Health Education Quarterly,* Vol. 15, 1988,
pp. 175-183.

Rousseau, Denise M., "Psychological and Implied Contracts in
Organizations," *Employee Responsibilities and Rights Journal,* Vol. 2,
No. 2, 1989, pp. 121-139.

Sabatier, Paul, Professor of Environmental Studies, U.C. Davis, personal
communication, May 13-18, 1993.

Schein, Edgar, *Organizational Culture and Leadership,* San Francisco:
Jossey-Bass Publishers, 1987.

Scheirer, Mary Jane, and James Griffith, "Studying Micro-Implementation
Empirically:  Lessons and Dilemmas," in Dennis Palumbo and Donald
Calista (eds.), *Implementation and the Policy Process:  Opening Up the
Black Box,* New York:  Greenwood Press, 1990.

- 516 -

Scholz, Dr. John, Stoneybrook, personal communication, May 14-15, 1993.

Scott, Richard, *Organizations* (2nd ed.), Englewood Cliffs, NJ:  Prentice Hall, 1987.

Siehl, Caren, "After the Founder:  An Opportunity to Manage Culture," in P. Frost, L. Moore, M. Louis, C. Lundberg, and J. Martin (eds.), *Organizational Culture,* Beverly Hills, CA:  Sage Publications, 1985, pp. 125-140.

Sumner, G. C., and G. Zellman, *Federal Programs Supporting Educational Change, Volume VI:  Implementing and Sustaining Title VII Bilingual Projects,* R-1589/6-HEW, Santa Monica, CA:  RAND, 1977.

Tyler, Tom, "The Psychology of Procedural Justice:  A Test of the Group Value Model," *Journal of Personality and Social Psychology,* Vol. 57, 1989, pp. 333-344.

Tyler, Tom, and E. Allan Lind, "A Relational Model of Authority in Groups," *Advances in Experimental Social Psychology*, Vol. 25, 1992, pp. 115-191.

Walsh, John, "The Social Context of Technological Change:  The Case of the Retail Food Industry," *Sociological Quarterly,* Vol. 32, No. 3, 1991, pp. 447-468.

Watman, K., personal communication, June 3, 1993.

Weatherley, R., and M. Lipsky, "Street-Level Bureaucrats and Institutional Innovation:  Implementing Special Education Reform," *Harvard Educational Review,* Vol. 47, No. 2, 1977, pp. 171-197.

Weimer, David, and Aidan Vining, *Policy Analysis:  Concepts and Practice,* Englewood Cliffs, NJ:  Prentice Hall, 1992.

Whyte, William F., *Organizational Behavior:  Theory and Application,* Homewood, IL:  Richard D. Irwin, Inc. and the Dorsey Press, 1969.

Wildavsky, Aaron, *Speaking Truth to Power* (2nd ed.), New Brunswick, NJ: Transaction Publishers, 1987, pp. 212-237.

Wilms, Wellford, "Soft Policies for Hard Problems:  Implementing Energy Conserving Building Regulations in California," *Public Administration Review,* Vol. 42, No. 6, 1982, pp. 553-561.

Wilson, James, *Bureaucracy:  What Government Agencies Do and Why They Do It,* New York:  Basic Books, Inc., 1989.

Zetka, James R., Jr., "Automated Technologies, Institutional Environments, and Skilled Labor Processes:  Toward an Institutional Theory of Automation Outcomes," *Sociological Quarterly,* Vol. 32, No. 4, 1991, pp. 557-574.

- 517 -

## BIBLIOGRAPHY FOR CHAPTER 13

*Army Times,* "Personnel Prospects Darken," May 17, 1993.

Barnes, Jeffrey, Jack Dempsey, Deirdre Knapp, Pat Lerro, and Connie Schroyer, *Summary of Military Manpower Market Research Studies: A Technical Report,* Human Resources Research Organization, FR-PRD-91-08, September 1991.

Benedict, Michael E., *The 1989 ARI Recruit Experience Tracking Survey: Descriptive Statistics of NPS (Active) Army Soldiers,* U.S. Army Research Institute for the Behavioral and Social Sciences, Research Product 90-16, March 1990.

Buddin, Richard, *Analysis of Early Military Attrition Behavior,* RAND, R-3069-MIL, 1984.

Buddin, Richard, *Trends in Attrition of High-Quality Military Recruits,* RAND, R-3539-FMP, 1988.

Buddin, Richard, Daniel S. Levy, Janet M. Hanley, and Donald M. Waldman, *Promotion Tempo and Enlisted Retention,* RAND, R-4135-FMP, 1992.

Burrelli, David F., *Homosexuals and U.S. Military Personnel Policy,* Library of Congress, Congressional Research Service, January 14, 1993.

Canadian Forces, *Charter Task Force: Final Report,* Ottawa, September 1986.

Center for Human Resource Research, *National Longitudinal Survey of Youth,* Ohio State University, 1991.

Chow, Winston, and J. Michael Polich, *Models of the First-Term Reenlistment Decision,* RAND, R-2468-MRAL, 1980.

Fishbein, Martin, and Icek Ajzen, *Belief, Attitude, Intention, and Behavior: An Introduction to Theory and Research,* Addison-Wesley, Reading, MA, 1975.

Hosek James R., John Antel, and Christine E. Peterson, "Who Stays, Who Leaves? Attrition Among First-Term Enlistees," *Armed Forces and Society,* Vol. 15(3), 1989, pp. 389-409.

Hosek James R., and Christine E. Peterson, *Enlistment Decisions of Young Men,* RAND, R-3238-MIL, 1985.

Hosek James R., and Christine E. Peterson, *Educational Expectations and Enlistment Decisions,* RAND, R-3350-FMP, 1986.

Hosek James R., and Christine E. Peterson, *Serving Her County: An Analysis of Women's Enlistment,* RAND, R-3853-FMP, 1990.

- 518 -

Office of the Assistant Secretary of Defense (Force Management and Personnel), *Population Representation in the Military Services, Fiscal Year 1991,* Department of Defense, 1992.

Office of the Assistant Secretary of Defense (Force Management and Personnel), *Force Management and the Drawdown,* Briefing, April 1993.

Orvis, Bruce R., and Martin T. Gahart, *Relationship of Enlistment Intention and Market Survey Information to Enlistment in Active Duty Military Service,* RAND, N-2292-MIL, 1985.

Orvis, Bruce R., and Martin T. Gahart, *Enlistment Among Applicants for Military Service: Determinants and Incentives,* RAND, R-3359-FMP, 1990.

Orvis, Bruce R., Martin T. Gahart, and Alvin K. Ludwig, *Validity and Usefulness of Enlistment Intention Information,* RAND, R-3775-FMP, 1992.

Rostker, Bernard, Harry Thie, James Lacy, Jennifer Kawata, and Susanna Purnell, *The Defense Officer Personnel Management Act of 1980,* RAND, R-4246-FMP, 1993.

Stolzenberg, Ross M., and John D. Winkler, *Voluntary Terminations from Military Service,* RAND, R-3211-MIL, 1983.

Thibaut, J. W., and H. H. Kelley, *The Social Psychology of Groups,* John Wiley and Sons, Inc., New York, 1959.

Verdugo, Naomi, and Kenneth R. Berliant, *Estimating the Army's Prime Recruiting Market,* United States Army Research Institute, Technical Report 832, April 1989.

*Washington Post,* "Quality of Recruits Declining," May 26, 1993, p. A20.

Wilson, Christine, "Gays in the Forces: Clinton Backpedals," *Pacific Research,* Vol. 6(2), May 1993, pp. 14-15.

**LCR Appendix Page 0836**

MR-323

ISBN 0-8330-1441-2

51600

PERS-TR-89-002

December 1988

# Nonconforming Sexual Orientations and Military Suitability

Prepared by
Theodore R. Sarbin, Ph.D.
Kenneth E. Karols, M.D., Ph.D.

Released by
Carson K. Eoyang, Director

Defense Personnel Security Research and Education Center



OSD

**DEFENDANT'S
EXHIBIT
5**
2·26·10

PERS-TN-89-002

December 1988

## Nonconforming Sexual Orientations and Military Suitability

Theodore R. Sarbin, Ph.D.
and
Kenneth E. Karols, M.D., Ph.D.

### Summary

#### Background and Issue

This study of the suitability of homosexuals for military service was prepared in the context of our continuing search for connections between personal history items and the potential for security violations. If homosexuality is unrelated to job performance (including the observance of security regulations), then the central issue is the validity of DoD's long-time practice of denying military employment to homosexuals solely on the basis of their sexual orientation.

#### Objectives

The research objective was to write a paper that reviews (1) changing folkways and court decisions, (2) the current scientific status of atypical sexual orientation, and (3) the history of changing social constructions of nonconforming sexual behavior. These reviews provide the background for an examination of current personnel practices.

#### Approach

From current scientific publications, legal studies, and social science literature, we abstracted findings pertinent to the issue of whether homosexuals are suitable for military service, and by extension, suitable for security clearance. The authors bring to the task different but overlapping frameworks: social psychology and forensic psychiatry.

#### Results

The product of our efforts is a scholarly document that examines public attitudes, recent legal decisions, and the findings from biological science. The development of

ii

OSD P&R 007329

# Table of Contents

Preface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   i

Summary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ii

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1

Judicial Trends and Shifting Folkways . . . . . . . . . . . . . . . . . . . .   3

Scientific Status of the Homosexuality Concept . . . . . . . . . . . . . . . .   7

The Social Construction of Sexual Deviance . . . . . . . . . . . . . . . . . .   11
    The Morality Construction--Good and Evil as Fundamental Categories. . . . .   12
    The Legal Construction--Sexual Deviance as Criminal Behavior. . . . . . . . .   13
    The Sickness Construction--The Medicalization of Deviance . . . . . . . . . .   15
    The Minority Group Construction--Homosexuals as a Non-Ethnic Minority
        Group. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   17

Regulatory Policies in the Military . . . . . . . . . . . . . . . . . . . . . . .   19
    The Traditional View in the Light of Previous Discussion . . . . . . . . . . .   24
    Resistance to Change . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   27

Summary and Implications . . . . . . . . . . . . . . . . . . . . . . . . . . . .   33

References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   39

List of Appendixes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   45

iv

OSD P&R 007330

## Introduction

Given continuing manpower needs in the armed forces and also social pressures to remove traditional barriers that exclude homosexual men and women from military service, it is timely to review current perspectives on homosexuality. As context for this review, we examine three kinds of relevant information: (1) judicial trends and shifting folkways, (2) contemporary scientific contributions, and (3) historical and current social constructions of homosexuality.

Inferences drawn from these formulations will serve as a background for examining the currency of existing military codes and for considering the potential outcomes of maintaining or modifying these codes.

It is a common practice to employ the concept of sexual preference in discussions of same-gender and opposite-gender issues. The use of "preference" is misleading except for persons who are bisexual, that is, those to whom either gender is acceptable as a sex partner. For most other cases, the gender choice of sex partner is not a matter of "preference." The desired gender of the sex partner is fixed or at least firmly conditioned by biological preparation and habits laid down early in life. Embryological events and the subsequent reinforcement history of gender-related acts create a condition that might better be labeled sexual **orientation** or sexual **status**.

1

OSD P&R 007331

### Judicial Trends and Shifting Folkways

It is beyond the scope of this paper to review in detail the numerous decisions handed down by the courts in recent years that demonstrate the effects of social movements dedicated to advancing civil rights (Barnett, 1973). Such decisions, together with legislative acts in various jurisdictions, have signalled a breakthrough in the conceptual reconstruction of persons whose sexual orientations are nonconforming to majority custom and expectations. A celebrated case was that of Norton v. Macy (1969). The plaintiff had been fired on the grounds of immorality because he had engaged in homosexual conduct. The court ruled that alleged or proven immoral conduct is not grounds for separation from public employment unless it can be shown that such behavior has demonstrable effects on job performance. Judge David Bazelon's decision included a statement that has softened discriminatory employment practices, and may have influenced more recent decisions affecting personnel in the military services. He said (in part):

> The notion that it could be an appropriate function of the federal bureau-cracy to enforce the majority's conventional codes of conduct in the private lives of its employees is at war with elementary concepts of liberty, privacy, and diversity (1969).

Other judicial decisions since Norton have propelled society to acknowledge that discriminatory practices toward homosexuals are not consonant with constitutional guarantees of individual autonomy and equal protection. A case that drew national media attention in 1975 is that of Sergeant Leonard P. Matlovich ("Homosexual Sergeant", 1975). Matlovich was dismissed from the Air Force with a less than honorable discharge after he voluntarily admitted that he was a homosexual. A 12-year veteran who served in combat in Vietnam, he had been awarded Bronze Star and Purple Heart medals and had an exemplary performance record up to the time he was dismissed. The bases for his separation from military service were the codified Department of Defense and Air Force regulations that persons who admitted to homosexual orientation or conduct could not serve in the Air Force. In 1978, the United States Court of Appeals in Washington, DC, ruled that the Air Force had acted improperly in discharging Sergeant Matlovich without specifying appropriate reasons other than being homosexual. In 1981, the same court awarded him back pay and a retroactive promotion (Guevarra, 1988).

The more recent case of Sergeant Perry Watkins (Henry, 1988) may have profound implications for future legal challenges. Watkins entered the service in 1967 at age 19, admitting on a preinduction medical form that he had homosexual tenden-cies. At that time, the Army discharged soldiers for engaging in homosexual acts, but not for "homosexuality." The distinction between homosexual acts and homosexuality is difficult to draw. The authors of the regulation probably employed a notion that was

3

OSD P&R 007332

Since law and custom tend to influence each other, it is instructive to note shifts in social practice in dealing with discrimination against homosexuals. In 1977, the U.S. Commission on Civil Rights took jurisdiction of cases in which discrimination on the basis of sexual orientation had been alleged, such as police harassment of homosexual men and women (1977). The Civil Service Commission in 1975 and 1976 amended its regulations so that no person would be denied Federal employment on the basis of sexual orientation (see Singer v. Civil Service Commission, 1975, 1977). The National Security Agency has recently moved to grant homosexuals sensitive compartmented information (SCI) security clearances (Rosa, 1988), one of the highest classifications for access to sensitive information. In June 1988, the Veterans Administration (VA) modified its rules with regard to benefits for veterans discharged for homosexuality. Those discharged prior to 1980 had as a rule been given a less than honorable discharge characterization which resulted in denial of most benefits. The VA has now upgraded those discharges. "The new rule was proposed as a matter of fairness" (Maze, 1988).

In 1978, it was reported that nearly a quarter of America's largest corporations on the Fortune 500 list had instituted policies to guarantee equal opportunity to homosexual employees (Vetri, 1980). Another sign of the changing folkways is the granting of recognition to political groups supporting equal rights for homosexuals (Vetri, 1980). Many universities have adopted nondiscriminatory policies in hiring, housing, and opportunities for advancement. Municipalities by the score have adopted nondiscrimination ordinances. In the State of California, municipalities and counties are no longer using the category of sexual orientation in the hiring of police officers. This appears to be the outcome of the current legal and social climate. Sexual orientation is not (in California at least) considered a legitimate BFOQ (bonafide occupational qualification) and few, if any, employers are willing to risk legal challenge by discriminating against homosexuals. Although there is no specific State legislation in California prohibiting employment discrimination on the basis of sexual orientation, discrimination based on sexual orientation in services is prohibited by the Unruh Civil Rights Act, and in other areas by Civil Code sections 51.7, 52 and 52.1, as well as by Penal Code section 422.6-422.9 and 1170.75. California Attorney General Van de Kamp has also interpreted the labor code as protecting homosexuals from discrimination.

A recent Supreme Court decision, which addressed another aspect of the rights of persons who hold nonconforming sexual orientations, may be seen as a further indicator of change. In Webster v. Doe, (1988), the Court held that it is legitimate for courts to review the constitutionality of the CIA's dismissal of employees. In 1982, "John Doe," described as a covert electronics technician, voluntarily told an Agency security officer that he was a homosexual. The Agency conducted a thorough investigation, including a polygraph examination designed to uncover whether he had disclosed classified information. Although Doe passed the test, he was dismissed by then director William J. Casey on the grounds that he was a national security risk. The effect of this Supreme Court decision is that Doe can now appeal to the Federal courts to sustain

5

OSD P&R 007333

### Scientific Status of the Homosexuality Concept

For nearly a century, sexuality has been an object of intensive scientific study. In the past two decades, with the advent of advances in biotechnology, psychology, ethnology, and methods of social analysis, numerous systematic researches have yielded findings relevant to the formulation of law and public policy.

The emergence of scientific medicine in the nineteenth century brought with it the practice of assigning medical causes to conduct that had earlier been construed as sin or crime. In this context, scientific theories were formulated to explain homosexual behavior in terms of heredity and degenerative disease of the central nervous system. The pioneers in the scientific study of sexuality, Richard von Kraft-Ebing (1880/1922) and Havelock Ellis (1915) argued that homosexuality was an inborn condition. An alternate view was advanced by Sigmund Freud (1905/1938) and other psychoanalytic writers who traced the cause of homosexual conduct to faulty psychosocial development resulting in an arrest or a fixation at an early stage. The power structure of the family, typically a dominant but seductive mother and a weak father, was offered as the major cause of nonconforming sexual orientation. Thus, from the beginnings of scientific inquiry, theories of sexuality reflected different emphases: biological vs. psychosocial, or nature vs. nurture. Contemporary theories reflect these contrary orientations (Kolodny, Masters, and Johnson, 1979).

In the 1920s, with advances in endocrinology and biochemistry, new theories appeared that related sexual behavior to levels of sex hormones. Little solid evidence has been presented, however, to support a hypothesized link between homosexual conduct and circulating hormone levels in adults.

Advances in methodology stimulated a renewed interest in genetic research. The study of twins has been a fruitful source of genetic hypotheses. Kallman (1952) reported a concordance rate of 100 percent for "homosexuality" for 40 pairs of identical twins. That is, when one of a pair of identical twins was identified as homosexual, the other was also found to be homosexual. This occurred even when the twins had been raised apart. The author of the study cautioned that the data are not conclusive in supporting the genetic hypothesis--the twins may have responded to the same socializing influences. In this connection, Marmor (1975), a well-known psychiatrist, claimed that the "most prevalent theory concerning the cause of homosexuality is that which attributes it to a pathogenic family background."

Perhaps the most thorough research undertaken to advance the frontiers of knowledge about sexuality was that of Alfred Kinsey (Kinsey, Pomeroy, & Martin, 1948; Kinsey, Pomeroy, Martin, & Gebhard, 1953). A zoologist, Kinsey organized his research program along ethological and epidemiological lines. The variable of interest for Kinsey was sexual acts. The raw data for his studies were obtained through structured

7

OSD P&R 007334

population, regardless of social tolerance, as in the Philippines, Polynesia and Brazil, intolerance as in the United States, or repression as in the Soviet Union (Mihalek, 1988). This constancy in the face of cultural diversity suggests that biological factors may be the fundamental source of homosexual orientation.

From these observations, as well as intensive analysis of more than 300 research reports, Ellis and Ames (1987) have advanced a multi-factorial theory of sexuality, including same-gender attraction. They conclude that current scientific findings support the view that hormonal and neurological variables operating during the gestation period are the main contributors to sexual orientation. For the ultimate formation of sexual identity, the Ellis-Ames theory does not exclude psychosocial experience as a potential modifier of the phenotypical expression of biological development.

From their review of current research, Ellis and Ames propose that sexuality be studied through the consideration of five dimensions. These are: genetic (the effects of sex chromosomes, XX and XY, and various anomalous karyotypes); genital (effects of internal and external genitalia, the male-female differentiation, which begins in the first month of embryonic life); nongenital morphological (effects of secondary sex characteristics--body build, voice, hair distribution); neurological (male and female brain differentiation and associated sex-typical actions--social influences and the formation of sex-typed roles). Most of the events shaping the developing organism's sexuality along these dimensions occur between the first and fifth months of intrauterine life. These events are controlled by the interaction of delicate balances between the various male and female hormones and their associated enzyme systems. Development of the embryo can be influenced by several factors affecting the internal environment of the mother, such as genetic hormonal background, pharmacological influences and immunological conditions, not to mention the psychophysiological effects arising from the social environment. Disturbances in any one or any combination of these factors can result in alterations in sexual development called inversions. These inversions are failures of the embryo to differentiate fully in any of the other sexual dimensions (genital, morphological, neurological, or behavioral) according to chromosomal patterns. These anomalies of embryonic development are central to the later development of sexual orientation and behavior such as same-sex attraction, bisexuality, and other nonconforming patterns. As support for their theory, Ellis and Ames cite various experiments with animals in which permanent changes in sexual behavior have been induced by glandular and other treatments. The changes noted in these experimental animals are similar to those in humans with known anomalies of endocrine and enzyme systems.

Adult sexual orientation, then, has its origins, if not its expression, in embryonic development. Ellis and Ames conclude that:

9

OSD P&R 007335

### The Social Construction of Sexual Deviance

The foregoing account summarizes the current scientific knowledge about sexual orientation and conduct. The most obvious conclusion emerging from this review is variability in sexual orientation, role, identity, life style, and conduct. The recognition of such variability dictates that we construct our beliefs and our policies on the recognition of gradations of continuous dimensions, rather than on the notion of discrete categories. To use an overworked metaphor, black and white are anchoring points for an achromatic color dimension, and between these anchoring points are innumerable shades of grey. Other dimensions come into play when considering chromatic stimuli, such as hue, saturation, brightness and texture. Similarly, the multidimensional concept of sexuality is contrary to the assertions of earlier generations of theologians, moralists, and politicians whose construal of sexuality was achieved under the guidance of two-valued logic in which narrowly defined heterosexual orientation and conduct were assigned to the category, "normal," and any departures from the customary were assigned to the category, "abnormal."

We have already alluded to the research of Alfred Kinsey (1948, 1953), a turning point in the history of the social construction of sexuality. After detailed analysis of the sexual histories of thousands of people, Kinsey (1948) concluded that the class "human beings" does not represent two discrete populations, heterosexual and homosexual, and that the world:

is not to be divided into sheep and goats....It is a fundamental of taxonomy that nature rarely deals with discrete categories. Only the human mind invents categories and tries to force facts into separate pigeonholes. The living world is a continuum in each and every one of its aspects. The sooner we learn this concerning human sexual behavior the sooner we shall reach a sound understanding of the realities of sex (p. 639).

The observations of historians (see, for example, Bullough, 1976) and the reports of ethnographers (see, for example, Ford and Beach, 1951; Marshall & Suggs, 1971; and Devereaux, 1963) support the notion that the constructions placed on same-gender sexuality are social. As Kinsey remarked, "only the human mind invents categories." At certain times, and in many societies, most variations in the expression of sexuality have been regarded as normal. It is the application of moral rules and legal statutes that determines whether same-gender orientation and conduct is classified as acceptable, tolerable, offensive, or criminal. Such rules and statutes are the products of custom, supported by the power vested in authority. As the historical record shows with abundant clarity, forms of authority change. In early times, moral rules were enforced by men and women enacting priestly roles. Later, ruling classes imposed

11

OSD P&R 007336

held that sex served only one purpose: procreation. This doctrine was supported by the claim that such was God's intention in creating the world of nature. Therefore, sex for pleasure was suspect, especially same-gender sex, since this is obviously non-procreational. The appellation, "sins against nature," appears frequently in doctrinal arguments (Bullough, 1976). Since same-gender sex was nonprocreative, it clearly was a sin against nature.

In the Judeo-Christian traditions, Good and Evil are the categories that provide the background for declaring value judgments on sexual nonconformity. Arising from primitive taboos, the powerful image of "sin" was employed to define the unwanted conduct. Fundamentalist preachers who take the Scriptures as the literal revealed Word of God are contemporary advocates of the belief that nonconforming sexual behavior is sinful. The attribution of sinfulness carries multiple meanings: among some groups, sin is explained as voluntary acceptance of Satanic influence; among others sin is believed to produce a flawed or spoiled identity. Societal reactions to sin include ostracism, corporal punishment, imprisonment and in more draconian times, torture, stoning, hanging, burning at the stake, and even genocide.

Sin is an attribution, a construction made by others or by oneself. Its force lies in its attachment to entrenched religious doctrine. Like taboos, the concept of sin is acquired by people before they reach the age of reflection. The argument that sin is a social construction is nowhere better illustrated than in the debates of theologians who have puzzled over the criteria for sinful conduct: under what conditions should an action be regarded as a venial sin or as a mortal sin?

The Legal Construction--Sexual Deviance as Criminal Behavior.

Arising from religious precepts, legislative acts were introduced to control nonprocreative sexual behavior. Ruse (1988), commenting on the relationship of laws designed to control sexual behavior to Judeo-Christian religious teachings says:

the very terms used for anal intercourse show their origins in a philosophy which intertwines law and Judaeo-Christian morality. "Sodomy" obviously comes from the name of the doomed city of the plain, and "buggery" is a corruption of "bougrerie," named after so-called "Bulgarian" heretics who were guilty of a form of Manichean heresy, Albigensianism. They believed that physical things are evil, and thus refused

_____

the banning of nonprocreational sex acts; life-long celibacy would have to be construed as "unnatural" and therefore sinful behavior.

13

OSD P&R 007337

according to laws and principles constructed through observation and experiment. At the present time, the legal concept, "crimes against nature," is defensible only as a rhetorical device to control nonprocreative sex. It has no scientific status.*

## The Sickness Construction--The Medicalization of Deviance

The nineteenth century witnessed the social construction of deviant conduct as sickness. Although the medical model of deviance had its origins in the sixteenth century, it was not until the growth and success of technology and science in the nineteenth century that medical practitioners created elaborate theories to account for unwanted conduct. Many of the fanciful early theories of crime and craziness were given credibility because they were uttered by physicians and, therefore, presumed to be scientific. The prestige conferred upon the practitioners of science and technology blanketed the medical profession. It was during the latter half of the century that medical scientists initiated the movement to "medicalize" not only poorly understood somatic dysfunctions, but all human behavior. Conduct that in the past had been assigned to moralists or to the law now came under the purview of medical authority. Deviant conduct of any kind became topics of interest for doctors. The brain had already been given its place as the most important coordinating organ of the body, and the "mind" was somehow located in the brain. Therefore, any item of behavior that was nonconformant with current norms could be attributed to faulty brain apparatus, flawed mental structures, or both. In the absence of robust psychological theories, the observation and study of nonconforming behavior led physicians to assimilate theories of social misconduct to theories of somatic disease. The creation and elaboration of disease theories was based upon the all-encompassing notion that every human action could be accounted for through the application of the laws of chemistry and physics. In this context, homosexuality and other nonprocreative forms of sexual conduct were construed as sickness. To be sure, the medicalization of nonconforming sexual conduct failed to replace entirely the older moral and criminal constructions, and in many cases persons suffering from such illnesses continued to be punished.

It is interesting to note that the term, "homosexuality," itself did not appear in English writings until the 1890s. Like most medical terms, it was created out of Greek and Latin roots. Prior to that time, labels for nonconforming sexual conduct in the English language had been free of medical connotations as, for example, the words sodomy, buggery, perversion, corruption, lewdness, and wantonness. One outcome of the medicalization of nonconforming sexual conduct was the inclusion of homosexuality in textbooks of psychiatry and medical psychology. Homosexuality was officially listed

---

*This is not to gainsay the use of this metaphor to connote such events as nuclear war and the pollution of our atmosphere and our rivers, lakes and oceans.

15

OSD P&R 007338

homosexuality per se implies no impairment in judgment, stability, reliability or general social or vocational capabilities. ...The Association deplores all public and private discrimination in such areas as employment, housing, public accommodation, and licensing....The Association supports and urges the enactment of civil rights legislation...that would offer citizens who engage in homosexuality the same protections now guaranteed to others on the basis of race, creed, color, etc.

Substantially the same resolution was enacted by the American Psychiatric Association in 1976.

The available data on the psychological functioning of persons identified as homosexuals lead to an unambiguous conclusion: that the range of variation in personal adjustment is no different from that of heterosexuals (Ohlson, 1974). A review of 14 major studies, beginning with Hooker's in-depth investigation (1957, 1965), gave no support to the hypothesis that same-gender orientation was a sickness (Freedman, 1976). Employing various adjustment criteria, the studies uncovered no correlations that would support a mental illness construction. Siegleman (1978 & 1979), in two studies comparing psychological adjustment of homosexual men and women and heterosexual men and women in Britain, found no significant difference between the homosexual and heterosexual groups, substantially replicating the results of earlier studies in the U.S. The conclusion had been stated earlier in the famous Wolfenden Report of 1957, the basis for the repeal of sodomy statutes in England:

homosexuality cannot legitimately be regarded as a disease because in many cases it is the only symptom and is compatible with full mental health (p. 32).

The Minority Group Construction--Homosexuals as a Non-Ethnic Minority Group.

The civil libertarian movements of the 1960s and 1970s paved the way for an alternative construction of homosexual conduct. We have already noted that the earlier work of Kinsey and his associates (1948) had received wide publicity. This work helped to strengthen the notion that sexual status and behavior could not be sorted into a simple two-valued model of normal and abnormal. The recognition that perhaps at least 10 percent of the adult population consistently adopted nonconforming sexual roles (i.e., homosexual behavior) was instrumental in formulating a construction of same-gender sexuality as the defining property of a nonethnic, nonracial minority group. Individuals came together to support each other in their choice of life style. They

17

OSD P&R 007339

### Regulatory Policies in the Military

In the previous pages, we have provided an overview of changing folkways, of scientific findings, and of variations in the social construction of nonconforming sexuality. Our intention was to lay the groundwork for examining current policies that pertain to the suitability for military service of men and women who are not exclusively heterosexual.

In our examination of current policies, we are constrained to use language that is not consonant with our conclusion that sexuality is a multidimensional concept. If we were writing a scientific treatise on sexuality per se, we would make precise distinctions and note differences between biological role, gender identity, sexual practices, and sexual-social role. From such a perspective, the use of two broad classes, heterosexual and homosexual, would be extremely arbitrary. Because our objective is to illuminate the dark corners of sexuality for a particular policy purpose, we must make use of the language currently employed. Unless qualified in the text, when we employ the words "homosexual" and "heterosexual," we are complying with the more common current legalistic, categorical usage.

The Office of the Secretary of Defense formulated a concise summary of official policy (Department of Defense, 1982) as follows:

> Homosexuality is incompatible with military service. The presence of such members adversely affects the ability of the Armed Forces to maintain discipline, good order, and morale; to foster mutual trust and confidence among the members; to ensure the integrity of the system of rank and command; to facilitate assignment and worldwide deployment of members who frequently must live and work under close conditions affording minimal privacy; to recruit and retain members of the military services; to maintain the public acceptability of military services; and, in certain circumstances, to prevent breaches of security.

Appendix A reproduces DoD Directive 5200.2.R, which contains the current policy regarding granting clearances to homosexual men and women.

Since homosexuality is an abstract term (not unlike "heterosexuality"), the policy can only be implemented if positive criteria are formulated. Such criteria are to be found in the Uniform Code of Military Justice (UCMJ), set forth in the Manual for Courts

19

OSD P&R 007340

Both the sodomy and the indecency articles are applicable to heterosexual as well as to homosexual acts. The sodomy article, as written, proscribes heterosexual nonvaginal intercourse. For example, oral-genital contact would be a criminal offense subject to severe punishment. The article does not distinguish between married and unmarried partners. As currently used in military law, the sodomy charge is employed far more often in cases of heterosexual behavior, and the total number of such charges is small. For example, in the U.S. Army during fiscal years 1987 through April of FY 1988, there were 178 sodomy charges, 174 offenders were male and 127 victims were female, 54 of those cases being consensual (W. S. Fulton, U.S. Army Clerk of Court, personal communication, May 1988).

A review of contemporary authorities on sexology, marriage, and family relations would raise questions about the UCMJ's criminalization of oral-genital sex play, especially since this is practiced by a large percentage of the general population (Katchadourian & Lunde, 1975). Since military personnel are drawn from the general population, it is reasonable to assume that large numbers of military men and women, married and unmarried, are in violation of the sodomy statute. If enforced, Article 125 would lead to punitive actions, including courts-martial, for an untold number of military personnel.

Recent DoD statistics on separations from the armed services for "homosexuality" provide an empirical basis for reconsidering traditional policies (Appendix B). We have assembled data for the fiscal years 1985, 1986, and 1987 for the various services. The data are not strictly comparable to the data extensively reported by Williams and Weinberg (1971) because of different record-keeping methods. Nevertheless, looking back over the past 20 years or more, it is incontrovertible that there has been a dramatic decrease in the rate of punitive discharges for homosexuality.

For the Army, during the three-year period, 829 enlisted men and 11 officers were separated administratively for homosexuality. During the same period, 354 enlisted women and 3 officers were separated. More revealing and more useful for policy decisions are the percentages: for men, .046 percent (less than 5 in 10,000); for women .17 percent (17 in 10,000).

For the Navy, the numbers are higher. For the three-year period, 1825 enlisted men and 30 officers were separated. All were handled administratively except for one enlisted man and one officer who were subject to courts-martial. For women, 382 enlisted and 4 officers were separated. When reduced to percentages, .127 percent of males were administratively separated (almost 13 in 10,000), and .27 percent of women (27 in 10,000).

The Marine Corps, being a smaller service, reported 213 separations of enlisted men and 6 separations of officers. For women, 90 enlisted were separated. The

21

OSD P&R 007341

women are performing their military roles satisfactorily and that their sexual conduct does not come to the attention of their commanders.*

To account for the large discrepancy between the actual number of separations and the expected number of men and women who have same-gender orientation, several hypotheses may be entertained.

(1) Men and women who identify themselves as homosexual do not enter military service. This hypothesis is difficult to sustain. Harry (1984) found that homosexual and heterosexual men were equally likely to have served in the military. Homosexual women were more likely than heterosexual women to have had military service. Weinberg and Williams in a sworn affidavit state: "the vast majority of homosexuals in the Armed Forces remain undiscovered by military authorities, and complete their service with honor" (see Gibson, 1978). Ruse (1988) wrote:

Many soldiers, sailors and airmen are homosexual--and actively so. They do not get caught or prosecuted because they are discreet or lucky, or because authorities turn a blind eye. But the rules do exist, and every now and then some unfortunate gets enmeshed in the net (p. 240).

These statements imply that a large number of homosexuals serve in the Armed Forces.

(2) Men and women with same-gender interests inhibit the expression of sexuality during their tenure in the Armed Forces. This hypothesis is without foundation when we consider the age group involved and the increasing lack of celibacy among young adults.

(3) Men and women who enter military service continue to express their sexual interests. This applies to those who are exclusively heterosexual, those who are exclusively homosexual, and those who make up Kinsey's intermediate groups. They do not come to the attention of

---

*There is the continually nagging question of the definition of "a homosexual." Do a few homosexual acts, or even one, make an otherwise heterosexual person a homosexual? Conversely, most would agree that a few heterosexual acts by an otherwise exclusively homosexual person do not make this person a heterosexual. It seems inescapable that the persons labelled "homosexual" by the military services represent all degrees of homosexual orientation and have in common only the fact of being identified by the military as engaging in some form of homosexual behavior.

23

OSD P&R 007342

As a result of the co-dependency fostered by training requirements, space sharing, commensalism, common goals, and mutual trust and respect, the relationships among members of combat teams are like those of primary groups. Informal covenants, rather than orders, bond the members of the group. It has been commonly assumed that the existence of deep-seated prejudice against homosexuals as a class would be a barrier to the creation and development of attitudes that would foster cohesive relations.

Although not well-publicized, the available data all point to the conclusion that preservice background characterization and subsequent job performance of homosexuals in the military is satisfactory (Williams & Weinberg, 1971; McDaniel, 1989; Zuliani, 1986; Crittenden Report, 1957). Whether the presence of men or women identified as nonconforming in sexual orientation actually influences such features of military life as discipline, group morale, integrity, etc., can be set out as a hypothesis and tested directly and indirectly. Direct testing would involve integrating men who identify themselves as holding nonconforming sexual attitudes with men who are unselected for discriminatory attitudes. The same design can be used for women. Such testing would be similar to the testing carried out by research teams when black soldiers were integrated into formerly all-white platoons, battalions, or regiments. The intensity of prejudice against homosexuals may be of the same order as the prejudice against blacks in 1948, when the military was ordered to integrate.

The order to integrate blacks was first met with stout resistance by traditionalists in the military establishment. Dire consequences were predicted for maintaining discipline, building group morale, and achieving military organizational goals. None of these predictions of doom has come true. Social science specialists helped develop programs for combating racial discrimination, so that now the military services are leaders in providing equal opportunity for black men and women. It would be wise to consider applying the experience of the past 40 years to the integration of homosexuals.

Indirect evidence to establish whether homosexuals could be satisfactorily integrated can be derived from retrospective accounts of honorably discharged men and women who were homosexuals at the time of their service. In a 1967 study conducted by the Institute of Sex Research at the University of Indiana, of 458 male homosexuals, 214 had served in the military, of whom 77 percent received Honorable Discharges. A later study reported that of 136 homosexuals who had been in the military services, 76 percent received honorable discharges (Williams and Weinberg, 1971). Another study (Harry, 1984) analyzed interview data on 1,456 respondents, men and women, who had served in the military. Homosexual and heterosexual men were equally likely to have served in the military, while homosexual women were more likely than heterosexual women to have served. Nearly 80 percent of the homosexual personnel in these samples received honorable discharges.

25

OSD P&R 007343

The current status in the Sheriff's Department is that sexual orientation is not an issue for hiring or continued employment. Statistics are no longer kept on the sexual orientation of personnel. It is estimated that 40 to 50 (about 10 percent) of the Sheriff's Department may be classified as homosexual. About a quarter of the force is made up of women, of whom about 10 percent are assumed to be homosexual (R. Dyer, personal communication, April 27, 1988).* The San Francisco Police Department initiated a similar nondiscrimination policy in 1979, as has the Los Angeles Police Department**. Most if not all law enforcement agencies in California are now hiring without regard to sexual orientation. Many believe that they are mandated by law to do so, as we pointed out on page 5.

<u>Resistance to Change</u>

In the foregoing analysis, we have tried to make the case that the military services should prepare for a shift in legal and public opinion on discrimination against homosexuals. Such a change in a time-honored practice is not likely to be accepted without active resistance. In the absence of compelling reasons, bureaucracies resist change. The first line of such resistance is the invocation of the concept of tradition. In general, the arguments against change contain declarations of the necessity for preserving such abstract qualities as integrity, morals, morale, pride, fidelity, and so on.

One of the more powerful reasons for rejecting change has to do with the idealized imagery of the combat soldier. Although unsupported by evidence, the belief is widely held that men must be rugged, tough, and macho to achieve success in battle. In the belief system of current traditional military authorities, homosexual men cannot be rugged, tough, and macho.*** The stereotype of homosexual men, as we mentioned earlier, centers on the feminized male who is unable to perform masculine tasks. It is interesting to note that this stereotype continues to flourish even though

---

*San Francisco Sheriff's Department

**Although the Los Angeles Police Department (LAPD) has an official policy of nondiscrimination against homosexuals and such discrimination is also forbidden in employment by the Los Angeles Municipal Code, a pervasive anti-homosexual bias is alleged to exist in the LAPD. Mitchell Grobeson, a homosexual former police sergeant claims in a five million dollar suit against the LAPD that he was discriminated against, abused, intimidated and had to resign because he feared for his life (Stewart, 1988).

***In Classical Greece homosexuality and homosexual bonds between soldiers were considered an asset to the performance of the fighting man in terms of patriotism and military courage.

27

OSD P&R 007344

Most of the issues raised by Major Webb, which reflect traditional anti-homosexual arguments, are reminiscent of the issues raised when black athletes (then called Negro athletes) were first allowed to participate in professional baseball. Webb's concerns are also reminiscent of the arguments advanced against the 1948 order to desegregate military establishments, and the later arguments that sought to minimize the role of women in the Armed Forces. Despite its early resistance to change, it is important to repeat that the military establishment is now looked upon as a model for racial and gender integration.

In his list of problems that would be created if homosexuals were freely admitted into the services, Major Webb failed to mention potential security risks. This has been one of the main reasons given for screening out homosexual men and women from the military, and from jobs requiring a security clearance. The argument goes that they would be candidates for blackmail if a foreign agent learned that they were homosexuals. This argument is somewhat blunted when we remind ourselves that blackmail is also an option for foreign agents who acquire knowledge about heterosexual men or women secretly engaged in adultery. Also, decriminalizing homosexual behavior has done much to decrease the danger of blackmail.

Historical support for the notion that security concerns about homosexuals are exaggerated is contained in the 1957 Crittenden Report, officially labelled Report of the Board Appointed to Prepare and Submit Recommendations to the Secretary of the Navy for the Revision of Policies, Procedures and Directives Dealing with Homosexuals (Gibson, 1978). The Report contains the following remarks:

> The concept that homosexuals pose a security risk is unsupported by any factual data. Homosexuals are no more a security risk, and many cases are much less of a security risk, than alcoholics and those people with marked feelings of inferiority who must brag of their knowledge of secret information and disclose it to gain stature. Promiscuous heterosexual activity also provides serious security implications. Some intelligence officers consider a senior officer having illicit heterosexual relations with the wife of a junior officer or enlisted man is much more of a security risk than the ordinary homosexual....The number of cases of blackmail as a result of past investigations of homosexuals is negligible. No factual data exist to support the contention that homosexuals are a greater risk than heterosexuals.

In the 30 years since the Crittenden report was submitted, no new data have been presented that would refute its conclusion that homosexuals are not greater security risks than heterosexuals.

29

OSD P&R 007345

others and privately convincing himself of his highly valued masculinity (Weinberg, 1973).

Those who resist changing the traditional policies support their position with statements of the negative effects on discipline, morale, and other abstract values of military life. Buried deep in the supporting conceptual structure is the fearful imagery of homosexuals polluting the social environment with unrestrained and wanton expressions of deviant sexuality. It is as if persons with nonconforming sexual orientations were always indiscriminately and aggressively seeking sexual outlets. All the studies conducted on the psychological adjustment of homosexuals that we have seen lead to contrary inferences. The amount of time devoted to erotic fantasy or to overt sexual activity varies greatly from person to person and is unrelated to gender preference (Kinsey, Pomeroy, and Martin, 1948; Hooker, 1965; Freedman, 1976; Williams and Weinberg, 1971). In one carefully conducted study, homosexuals actually demonstrated a lower level of sexual interest than heterosexuals (Bell, 1973).

Homosexuals are like heterosexuals in being selective in their choice of partners, in observing rules of privacy, in considering appropriateness of time and place, in connecting sexuality with the tender sentiments, and so on. To be sure, some homosexuals are like some heterosexuals in not observing privacy and propriety rules. In fact, the manifold criteria that govern sexual interest are identical for homosexuals and heterosexuals, save for only one criterion: the gender of the sexual partner.

Age, gender, kinship, class membership, marital status, size and shape, social role, posture, manners, speech, clothing, interest/indifference signalling, and other physical and behavioral criteria are all differentiating cues. They serve as filters to screen out undesirable or unsuitable potential sex partners. With such an array of cues, many (in some cases, all) potential objects of interest are rejected. For most people, only a small number of potential partners meet the manifold criteria. Whether in an Army platoon or in a brokerage office, people are generally selective in their choice of intimate partners and in their expression of sexual behavior. Heterosexuals and homosexuals alike employ all these variables in selecting partners, the only difference being that the latter include same-gender as a defining criterion, the former include opposite-gender.

In recent years, traditionalists have pointed to the AIDS crisis as a cogent reason for maintaining the discriminatory policies. Clearly all responsible persons are concerned about AIDS as a critical health problem, whether in government, in the military, or in the private sector. AIDS is a serious public health problem. When the disease was first identified in 1981, it was often called the "homosexual disease" and the "gay plague." Because no preparatory information had been given the public, the belief quickly spread that AIDS was exclusively a disease of homosexuals (Quaddland and Shattes, 1987). Subsequent research and observation has confirmed that everyone is

31

OSD P&R 007346

## Summary and Implications

An examination of recent social and political history points to the fact that the courts are slowly moving toward eliminating discrimination on the basis of nonconforming sexual orientation. Active citizen groups and lobbies provide support for advocates of nondiscrimination. Our studied conclusion is that the military services will soon be asked by the courts or the Congress to reexamine their policies and practices regarding recruitment and retention of men and women whose sexual interests deviate from the customary. This will become a burning issue if it is necessary to resort to drafting young persons for military service because of a decreasing supply of volunteers. Under prevailing social conditions, a public admission of homosexuality carries less stigma than in earlier times, and is no legal bar to most employment. Thus, unless the military is willing to adopt nondiscriminatory policies, a mere claim of homosexuality, whether true or false, would excuse any person who wants to avoid military service.

Our analysis directs us to regard people with nonconforming sexual orientation as a minority group. Our nation has a long history of successfully dealing with minority groups, particularly ethnic minorities. In the recent past, we have also learned how to integrate racial and other minority groups, notably women, into nearly every aspect of political and social life. The suggestion that we perceive homosexual men and women as a minority group follows from our analysis of contemporary scientific social and legal observations. The social construction of homosexuals as minority group members is more in tune with current behavioral science theory than the earlier constructions: sin, crime, and sickness. Our digest of the available body of scientific knowledge led to another implication: that the uncritical use of binary categories does violence to the findings reported by scientific observers. The rigid categories, heterosexual and homosexual, although necessary for certain purposes, are inadequate to reflect the complexity of the multidimensional antecedents of sexual status. Constructing a catalog of the variety of biological and socio-sexual types is less important than finding answers to questions of this form: Does atypical sexual orientation influence job performance? Studies of homosexual veterans make clear that having a same-gender or an opposite-gender orientation is unrelated to job performance in the same way as is being left- or right-handed (Williams & Weinberg, 1971).

For the purpose of military organization, however, quality of job performance may be less important than the effects of homosexuals (minority group members) on that important but ephemeral quality: group cohesion. The important question to be raised in future research must center on the claims that persons with nonconforming sexual attitudes create insurmountable problems in the maintenance of discipline, group cohesion, morale, organizational pride, and integrity.

In our study of suitability for military service, we have been governed by a silent assumption: that social attitudes are historically conditioned. In our own time, we have

33

OSD P&R 007347

In the spirit of a heuristic model, the categories are suggestive, not precise. The large rectangle embraces conduct in general, the interior rectangle represents sexual conduct. The horizontal line and the vertical line are boundaries between classes of conduct. The lines are broken to indicate permeability. That is to say, classification of social acts, under certain conditions, can be moved through the boundary from one cell to another.

The horizontal line separates customary ("normal") social acts from acts that are not customary, ("different"). The term "different" is superordinate to the often-used "deviant." Our current speech conventions give "different" its meaning from the notion of relative frequency. "Deviant" adds a pejorative value judgment to the meaning. "Customary" and "different" should be perceived as regions on a dimension. Some acts are more "different" than others. In the interest of simplicity, however, we write of "customary" and "different" as discrete classes. Political, economic, and moral conditions influence the sorting of social acts as customary or different.

The vertical boundary is also permeable; it separates lawful and unlawful acts. At time$_1$ certain acts are lawful but different (Cell III). Ordinary language terms to denote such acts are "attention-getting," "eccentric," and "far-out." An example would be flagpole-sitting. Because of hazards in connection with traffic control of curious drivers, a municipality enacts an ordinance making flagpole-sitting a misdemeanor. At time$_2$, then, flagpole-sitting has been reclassified to Cell IV, different and unlawful. Judicial decisions and legislative acts provide the criteria for reclassifying any particular social act along the horizontal axis (lawful-unlawful).

Cell I contains most of our everyday acts. We conduct ourselves according to custom and according to law. Cell II is populated by social acts that are widely practiced but unlawful, such as exceeding speed limits, jaywalking, tax evasion, driving "under the influence," etc. Cell III is populated by social acts which are currently lawful, but not widely practiced, such as flagpole-sitting, alligator-wrestling, and wearing "outlandish" costumes. In the 1930s women took to wearing trousers when trousers were considered properly part of men's attire. At that time, such "eccentric" acts were classified in Cell III, different but not unlawful. In earlier times, cross-dressing had been assigned to Cell IV. In New England, as late as the nineteenth century cross-dressing was a crime. The contents of the criminal code had been formed from Scriptural injunctions, among them:

A woman shall not wear anything that pertains to a man nor shall a man put on a woman's garment; for whoever does these things is an abomination to Yahweh your God (Deuteronomy 22:5).

35

OSD P&R 007348

It should be emphasized that although the vertical boundary is permeable, it is not permeable to all acts. Sexual acts that involve children, violence, or public indecency, i.e., criminal offenses, are not likely to be reclassified. Such offenses tear the very fabric of social order.

Our purpose in presenting this model is to make clear that the values that any society places on social acts are subject to change. The model is consistent with an underlying premise that we live in an ever-changing dynamic world. The lessons of history tell us that the legitimacy of our behaviors, customs, and laws is not permanently resistant to change. Custom and law change with the times, sometimes with amazing rapidity. The military cannot indefinitely isolate itself from the changes occurring in the wider society, of which it is an integral part.

37

OSD P&R 007349

# References

Allport, G. W. (1954). The nature of prejudice. Cambridge, MA: Addison-Wesley.

American Forces Press Service (1988, April 18). DoD's homosexual policy unchanged. American Forces Press Service, Press & Art Pack #16.

Barnett, W. (1973). Sexual freedom and the Constitution. Albuquerque, NM: U. of New Mexico Press.

Bell, A. P. (1973). Homosexualitites: Their range and character. Nebraska Symposium on Motivation, 21, 1-26.

Bell, A. P., & Weinberg, M. S. (1978). Homosexualities. New York: Simon & Schuster.

Bieber, I., Dain, H. J., Dince, P. R., Drellich, M. G., Grand, H. G., Gundlach, R. H., Kremer, M. W., Rifkin, A. H., Wilbur, C. B., & Bieber, T. B. (1962). Homosexuality, a psychoanalytic study. New York, NY: Basic Books.

Bishop, K. (1988, June 10). Court to rehear challenge to Army's homosexual ban. New York Times, p. A8.

Brzek, A., & Hubalek, S. (1988). Homosexuals in Eastern Europe: Mental health and psychotherapy issues. Journal of Homosexuality, 15, 1-2.

Bullough, V. L. (1976). Sexual variance in society and history. Chicago, IL: University of Chicago Press.

Devereaux, G. (1963). Institutionalized homosexuality of the Mohave Indians. In Ruitenbeck, H. (Ed.), The problem of homsexuality. New York: Dutton.

Department of Defense. (1982, January 28). DoD Directive 1332.14.

Egelko, B. (1988, Oct. 13). Judicial panel hear arguments against Army homosexual policy. The Herald of the Monterey Peninsula, p. 74.

Ellis, H. (1915). Studies in the psychology of sex, Vol. 2: Sexual inverson. Philadelphia: F. A. Davis.

Ellis, L., & Ames, M.A. (1987). Neurohormonal functioning and sexual orientation: A theory of homosexuality-heterosexuality. Psychological Bulletin, 101(2), 233-258.

Ford, C.S., & Beach, F.A. (1951). The patterns of sexual behavior. New York: Harper & Brothers.

39

OSD P&R 007350

Kelly, D.D. (1985). Sexual differentiation of the nervous system.  In Kandel, E., & Schwartz, J. (Eds.), Principles of neural science, 2nd edition. New York: Elsevier.

Kinsey, A., Pomeroy, W., & Martin, C. (1948). Sexual behavior in the human male. Philadelphia: W. B. Saunders & Co.

Kinsey, A., Pomeroy, W., Martin, C., & Gebhard, P. (1953). Sexual behavior in the human female. Philadelphia: W. B. Saunders & Co.

Klein, F., & Wolf, T. J. (1985).  Introduction. Journal of Homosexuality, 11, 1-5.

Kolodny, R.C., Masters, W.H., & Johnson, W.E. (1979). Textbook of sexual medicine. Boston: Little, Brown & Co.

Krafft-Ebing, R. (von) (1922). Psychopathia Sexualis (F.J. Rebman, Trans.). Brooklyn, NY: Physicians & Surgeons Book Co.  (Original work published 1880)

Law, S. A. (1988).  Homosexuality and the social meaning of gender. Wisconsin Law Review, Volume 1988, No. 2, 187-235.

Livingood, J. M. (Ed.) (1976). National Institute of Mental Health Task Force on Homosexuality. Rockville, MD: National Institute of Mental Health.

MacDonald, A. P. (1982). Bisexuality: Some comments on research and theory. Journal of Homosexuality, 6, 21-30.

Marmor, J. (1975). Homosexuality and sexual orientation disturbances. In Freedman, A.M., Kaplan, H.I., & Sadock, B.J. (Eds.), Comprehensive textbook of psychiatry-II. Baltimore, MD: Williams & Wilkins.

Marshall, D.S., & Suggs, R.C. (Eds.). (1971). Human sexual behavior. New York: Basic Books.

Matlovich v. Secretary of the Air Force. 47 U.S. Law Week 2631, (D.C. Ct. App., Dec. 6, 1978).

Maze, R. (1988, June 13). VA extending benefits to more homosexual veterans. Navy Times, p. 14.

McCormick, M. (1988, February 29). Man the barricades, the federal court is letting "them" in. Navy Times, p. 62.

41

OSD P&R 007351

Sagarin, E. (Ed.) (1971). The other minorities. Waltham, MA: Ginn & Co.

Siegleman, M. (1978). Psychological adjustment of homosexual and heterosexual men: A cross national replication. Archives of Sexual Behavior, 7, 1-11.

Siegleman, M. (1979). Adjustment of homosexual and heterosexual women: A cross-national replication. Archives of Sexual Behavior, 8(2), 121-125.

Singer v. U.S. Civil Service Commission, 530 F.2d 247 (9th Cir. 1975).

Singer v. U.S. Civil Service Commission, 429 U.S. 1034 (1977).

Spector, M. & Kitsuse, J. I. (1987). Constructing social problems. New York: Aldine-de Gruyter.

Stein, T.J. (1976). Gay service organizations: A survey. Homosexual Counseling Journal, 3, 84-97.

Stewart, R. W. (1988, Sept. 29). Forced to quit, gay ex-officer charges in suit. Los Angeles Times.

Stuart, T., Jr. (1988, June 16). Dismissal of gay CIA worker is subject to review, court holds. New York Times, pp. A1, D24.

Sulima, J.P. (1987). What every drug counsellor should know about AIDS. Washington, DC: Morrisses Communication Group.

The Wolfenden Report (1963, orig. 1957). Report of the Committee on Homosexual Affairs and Prostitution. New York: Stein and Ray.

U.S. Commission on Civil Rights (1977, August 15).

Vetri, D. (1980). The legal arena: Progress for gay civil rights. Journal of Homosexuality 5, 25-34.

Webb, R. (1988, April 4). Real problems [Letter to the editor]. Navy Times, p. 23.

Webster, William H., Director of Central Intelligence Petitioner v. John Doe, 48 S.Ct. (1988)

Weinberg, G. (1973). Society and the healthy homosexual. Garden City, NY: Anchor Books.

43

OSD P&R 007352

## List of Appendixes

A.     The Legal Status of Homosexuality

B.     Military Service Separation for Homosexuality

C.     Statistical Data on Homosexuality

D.     Bisexuality

45

OSD P&R 007353

APPENDIX A

The Legal Status of
Homosexuality

A-0

OSD P&R 007354

<u>The Legal Status of</u>
<u>Homosexuality</u>

This appendix summarizes current DoD laws and regulations which address homosexuality and homosexual behavior. There is also a brief overview of current civilian criminal law concerning homosexuality.

The appendix is organized as follows:

I.    Current DoD Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    2

   A.  Uniform Code of Military Justice . . . . . . . . . . . . . . . .    2

   B.  DoD Regulations . . . . . . . . . . . . . . . . . . . . . . . .    8

   C.  Service Regulations . . . . . . . . . . . . . . . . . . . . . . .    13

   D.  Security Regulations . . . . . . . . . . . . . . . . . . . . . .    14


II.   Current Civilian Criminal Law . . . . . . . . . . . . . . . . . . . . . . .    20

   A.  Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    20

   B.  U.S. State Criminal Law . . . . . . . . . . . . . . . . . . . .    21

   C.  U.S. Federal Criminal Law . . . . . . . . . . . . . . . . . . .    23

A-1

OSD P&R 007355

## Article 80 - Attempts

Text

An act, done with specific intent to commit an offense under this chapter, amounting to more than mere preparation and tending, even though failing, to effect its commission, is an attempt to commit that offense.

Elements

    (1)    That the accused did a certain overt act;

    (2)    That the act was done with specific intent to commit a certain offense under the code;

    (3)    That the act amounted to more than mere preparation; and

    (4)    That the act apparently tended to effect the commission of the intended offense.

Explanation.  To constitute an attempt there must be a specific intent to commit the offense accompanied by an overt act which directly tends to accomplish the unlawful purpose.  Preparation consists of devising or arranging the means or measures necessary for the commission of the offense.  The overt act required goes beyond preparatory steps and is a direct movement toward the commission of the offense.

Maximum punishment

A person found guilty of an attempt shall be subject to the same maximum punishment authorized for the commission of the offense attempted, except that in no case shall the death penalty or confinement exceeding 20 years be adjudged.

A-3

OSD P&R 007356

### Article 134 - Assault with Intent to Commit Sodomy

Elements

    (1)    That the accused assaulted a certain person;

    (2)    That, at the time of the assault, the accused intended to commit sodomy; and

    (3)    That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

Explanation.  Assault with intent to commit sodomy is an assault against a human being and must be committed with a specific intent to commit sodomy.  Any lesser intent, or different intent, will not suffice.

Maximum punishment

    (1)    Dishonorable discharge, total forfeiture of pay & allowances, fine, confinement at hard labor for 10 years

    (2)    Other cases:  Dishonorable discharge, total forfeiture of pay & allowances, fine, confinement at hard labor for 5 years

A-5

OSD P&R 007357

**Article 134 - Indecent Acts with Another**

Elements

(1)    That the accused committed a certain wrongful act with a certain person;

(2)    That the act was indecent; and

(3)    That, under the circumstances, the conduct of the accused was to the prejudice of good order and discipline in the armed forces or was of a nature to bring discredit upon the armed forces.

Explanation.    "Indecent" signifies that form of immorality relating to sexual impurity which is not only grossly vulgar, obscene, and repugnant to common propriety, but tends to excite lust and deprave the morals with respect to sexual relations.

Maximum punishment

(1)    Dishonorable discharge, total forfeiture of pay & allowances, fine, confinement at hard labor for 5 years

A-7

OSD P&R 007358

**EXTRACT FROM DOD DIRECTIVE 1332.14 - Jan. 28, 1982**
**ENLISTED ADMINISTRATIVE SEPARATIONS**

<u>Homosexuality</u> (Part 1, Section H)

1.  <u>Basis</u>

    a.    Homosexuality is incompatible with military service. The presence in the military environment of persons who engage in homosexual conduct or who, by their statements, demonstrate a propensity to engage in homosexual conduct, seriously impairs the accomplishment of the military mission. The presence of such members adversely affects the ability of the Military Services to maintain discipline, good order, and morale; to foster mutual trust and confidence among servicemembers, to ensure the integrity of the system of rank and command; to facilitate assignment and worldwide deployment of servicemembers who frequently must live and work under close conditions affording minimal privacy; to recruit and retain members of the Military Services; to maintain the public acceptability of military service; and to prevent breaches of security.

    b.    As used in this action:

        (1)    Homosexual means a person, regardless of sex, who engages in, desires to engage in, or intends to engage in homosexual acts;

        (2)    Bisexual means a person who engages in, desires to engage in, or intends to engage in homosexual and heterosexual acts; and

        (3)    A homosexual act means bodily contact, actively undertaken or passively permitted, between members of the same sex for the purpose of satisfying sexual desires.

    c.    The basis for separation may include preservice, prior service, or current service conduct or statements. A member shall be separated under this section if one or more of the following approved findings is made:

        (1)    The member has engaged in, attempted to engage in, or solicited another to engage in a homosexual act or acts unless there are approved further findings that:

        (a)    Such conduct is a departure from the member's usual and customary behavior;

A-9

OSD P&R 007359

**EXTRACT FROM DOD DIRECTIVE 1332.30 - Feb. 12, 1986
SEPARATION OF REGULAR COMMISSIONED OFFICERS FOR CAUSE**

<u>DEFINITIONS</u>

<u>Bisexual</u>.  A person who engages in, desires to engage in, or intends to engage in both homosexual and heterosexual acts.

<u>Homosexual</u>.  A person, regardless of sex, who engages in, desires to engage in, or intends to engage in homosexual acts.

<u>Homosexual Act</u>.  Bodily contact, actively undertaken or passively permitted, between members of the same sex for the purpose of satisfying sexual desires.

<u>ACTS OF MISCONDUCT OR MORAL OR PROFESSIONAL DERELICTION</u>

Homosexuality.  The basis for separation may include preservice, prior service, or current service conduct or statements.  A commissioned officer shall be separated under this provision if one or more of the following findings is made:

a.    The officer has engaged in, has attempted to engage in, or has solicited another to engage in a homosexual act or acts, unless there are further findings that:

(1)   Such conduct is a departure from the officer's usual and customary behavior;

(2)    Such conduct under all the circumstances is unlikely to recur;

(3)    Such conduct was not accomplished by use of force, coercion, or intimidation by the officer during a period of military service;

(4)    Under the particular circumstances of the case, the officer's continued presence in the Service is consistent with the proper discipline, good order, and morale of the Service; and

(5)    The officer does not desire to engage in or intend to engage in homosexual acts.

A-11

OSD P&R 007360

C.  Service Regulations

The individual Service Regulations concerning homosexuality are as follows:

1.    U.S. Army -  U.S. Army Regulation 635-200

2.    U.S. Navy -  SECNAVINST 1900.9C (Policy for members of naval service involved in homosexual conduct.)

     -  SECNAVINST 1920.4A (Enlisted Administrative Separations)

     -  SECNAVINST 1920.6A (Administrative Separations of Officers)

     -  NAVMILPERSCOMINS 1910.1C

     -  MILPERSMAN 3630400 (Separation by reason of homosexuality)

3.    U.S. Marine Corps
     -  Marine Corps Separation and Retirement Manual, 1900-16C, paragraph 6207 (Officers & Enlisted)

4.    U.S. Air Force
     -  Air Force Regulation 39-10 (Administrative discharge of Airmen), Chapter 5, Section 6

     -  Air Force Regulation 36-2 (Separation of Officers), Chapter 3, paragraph 4

5.    U.S. Coast Guard - Personnel Manual Articles:

          - 12-B-16 discharge for unsuitability

          - 12-B-18 discharge for homosexuality

          - 12-B-33 discharge processing

The service regulations, although they differ somewhat in wording, substantially repeat the DoD regulations on which they are based.  For that reason they are not reproduced here.

A-13

OSD P&R 007361

**EXTRACT FROM DEPARTMENT OF DEFENSE PERSONNEL SECURITY PROGRAM REGULATION, DoD 5200.2-R - 16 Dec 1986**

APPENDIX I

ADJUDICATION POLICY
GENERAL

The following adjudication policy has been developed to assist DoD adjudicators in making determinations with respect to an individual's eligiblity for employment or retention in sensitive duties or eligibility for access to classified informatlon. Adjudication policy relative to access to sensitive compartmented information is contained in DCID1/14.

While reasonable consistency in reaching adjudicative determinations is desirable, the nature and complexities of human behavior preclude the development of a single set of guidelines or policies that is equally applicable in every personnel security case. Accordingly, the following adjudication policy is not intended to be interpreted as inflexible rules of procedures. The following policy requires dependence on the adjudicator's sound judgment, mature thinking, and careful analysis as each case must be weighed on its own merits, taking into consideration all relevant circumstances, and prior experience in similar cases as well as the guidelines contained in the adjudication policy, which have been compiled from common experience in personnel security determinations.

Each adjudication is to be an overall common sense determination based upon consideration and assessment of all available information, both favorable and unfavorable, with particular emphasis being placed on the seriousness, recency, frequency and motivation for the individual's conduct; the extent to which conduct was negligent, willful, voluntary, or undertaken with knowledge of the circumstances or consequencesa involved; and, to the extent that it can be estimated, the probability that conduct will or will not continue in the future. The listed "Disqualifying Factors" and "Mitigating Factors" in this set of Adjudication Policies reflect the consideration of those factors of seriousness, recency, frequency, motivation, etc., to common situations and types of behavior encountered in personnel security adjudications, and should be followed whenever an individual case can be measured against this policy guidance. Common sense may occasionally necessitate deviations from this policy guidance, but such deviations should not be frequently made and must be carefully explained and documented.

The "Disqualifying Factors" provided herein establish some of the types of serious conduct under the criteria that can justify a determination to deny or revoke an individual's eligibility for access to classified information, or appointment to, or retention

A-15

OSD P&R 007362

h.    Adultery that is recent, frequent and likely to continue and has an adverse effect on good order or discipline within the workplace (e.g., officer/enlisted, supervisor/ subordinate, instructor/student).

i.    Conduct determined to be criminal in the locale in which it occurred.

j.    Deviant or perverted sexual behavior which may indicate a mental or personality disorder (e.g., transexualism, transvestism, exhibitionism, incest, child molestation, voyeurism, bestiality, or sodomy).

2.    The conduct has been recent.

3.    The conduct increases the individual's vulnerability to blackmail, coercion or pressure.

4.    Evidence that the applicant has intention or is likely to repeat the conduct in question.

Mitigating Factors (circumstances which may mitigate qualifying information):

1.    Sexual misconduct occurred on an isolated basis during or preceding adolescence with no evidence of subsequent conduct or a similar nature, and clear indication that the individual has no intention of participating in such conduct in the future.

2.    Sexual misconduct was isolated, occurred more than 3 years ago, and there is clear indication that the individual has no intention of participating in such conduct in the future.

3.    The individual was a minor or was the victim of force, or violence by another.

4.    The individual has successfully completed professional therapy, has been rehabilitated and diagnosed by competent medical authority that misconduct is not likely to recur.

5.    Demonstration that the individual's sexual misconduct can no longer form the basis for vulnerability to blackmail, coercion or pressure.

A-17

OSD P&R 007363

g.    Alcohol abuse

h.    Illegal drugs and drug abuse

i.    Emotional and mental disorders

j.    Record of law violations

k.    Security violations

l.    Involvement in outside activities

Adjudicative actions concerning the foregoing items are examined in greater detail below.

SEXUAL CONSIDERATIONS

DCID 1/14 requires that, to be eligible for SCI access, individuals must be stable, of excellent character and discretion, and not subject to undue influence or duress through exploitable personal conduct.

Sexual promiscuity, prostitution, and extramarital relations are of legitimate concern to the SCI adjudicator where such conduct reflects a lack of judgment and discretion or when the conduct offers the potential for undue influence, duress or exploitation by a foreign intelligence service.

Deviant sexual behavior can be a relevant consideration in circumstances in which it indicates flawed judgment or a personality disorder, or could result in exposing the individual to direct or indirect pressure because of susceptibility to blackmail or coercion as a result of the deviant sexual behavior. Such behavior includes, but is not limited to, bestiality, fetishism, exhibitionism, necrophilia, nymphomania or satyriasis, masochism, sadism, pedophilia, transvestism, and voyeurism. Homosexual conduct is also to be considered as a factor in determining an individual's judgment, discretion, stability and susceptibility to undue influence or duress.

In examining cases involving sexual conduct of security significance, such as those described above, it is relevant to consider the age of the person, the voluntariness, and the frequency of such activities, the public nature and the recency of the conduct, as well as any other circumstances which may serve to aggravate or mitigate the nature or character of the conduct. A recommendation for disapproval is appropriate when, in view of all available evidence concerning the individual's history of sexual behavior, it appears that access to SCI could pose a risk to the national security.

A-19

OSD P&R 007364

The laws of the German Democratic Republic towards homosexuals are the most liberal of the communist bloc. In spite of the extremely tolerant official attitude toward homosexuals, employing homosexuals in the police force or army of the GDR is not under consideration (Brzek & Hubalek, 1988).

B. U.S. State Criminal Law

The first U.S. state to decriminalize adult homosexual activities was Illinois in 1962. At that time each of the other 49 states had sodomy laws on the books. Forty-five also penalized adultery, 37 states penalized fornication and 15 states penalized cohabitation. Hefner (1964) noted that even though Illinois had decriminalized consenting adult sodomy it retained laws against adultery and fornication, creating the curious situation of permitting certain "homosexual (and other) perversions" while prohibiting some "normal" heterosexual activities. Hefner observed, "We are free in a voting booth, in a stockholders' meeting, a union hall or a house of worship, but we are not free in bed."

The next six states to join Illinois in removing criminal laws against private consenting adult homosexual acts were Colorado, Delaware, Oregon, Hawaii and Ohio (Geis et al, 1976). By 1977, homosexuality was illegal between consenting adults in only 31 states (Bell & Weinberg, 1978). Currently (1988) there are no so-called sodomy laws in 25 states. Adult consenting homosexual behavior is legal in:

| | |
|---|---|
| Alaska | Illinois |
| Hawaii | Indiana |
| California | Oklahoma |
| Oregon | West Virginia |
| Washington | Pennsylvania |
| Wyoming | New York |
| Colorado | Delaware |
| New Mexico | New Jersey |
| Nebraska | Connecticut |
| South Dakota | Vermont |
| North Dakota | New Hampshire |
| Iowa | Maine |
| Wisconsin | |

Clearly the trend is toward liberalization of the law.

In 25 states and the District of Columbia, however, sodomy laws remain in force. In some of these, such as Texas, Arkansas, Kansas, Montana and Nevada, homosexual acts between males are specified for prohibition. In most other state laws, sodomy is spoken of in broader terms as "crimes against nature" and can be applied equally to

A-21

OSD P&R 007365

As has been pointed out, the UCMJ Article 125 definition of sodomy is particularly broad and covers homosexual acts as well as heterosexual acts even within marriage. Theoretically a large percentage of DoD military personnel might be criminals under it. In practice, it is used almost exclusively to punish acts which involve force and/or a minor or nonconsenting partner.  The larger percentage of such prosecuted acts are heterosexual.

C.  U.S. Federal Criminal Law

With the exception of the UCMJ and certain laws pertaining to Indian reservations, Federal law does not proscribe homosexual behavior.

A-23

OSD P&R 007366

**APPENDIX B**

Military Service Separation
for Homosexuality

B-0

OSD P&R 007367

**Military Service Separation
for Homosexuality**

Data are given for Fiscal Year 85, 86 & 87 separations for homosexuality for all four of the DoD military services.* It is difficult to compare these data to those of earlier years, such as those reported in the Williams and Weinberg study (1971), because of differences in methods of recording and reporting data. Williams and Weinberg were unable to get exact data on the numbers and types of discharges for homosexuality for any of the armed services.  It does appear that the total number of discharges for reasons of homosexuality and other sexual deviations may have decreased, and there is a remarkable decrease in the number of punitive discharges for homosexuality for all services.

*John Goral, Defense Manpower Data Center, 1988, unpublished data.

B-1

OSD P&R 007368

## U.S. Marine Corps Discharges for Homosexuality

| | | FY 85 | | FY 86 | | FY 87 | |
|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F |
| Enlisted Personnel (E) | | 168,809 | 9,041 | 169,369 | 9,246 | 170,338 | 9,140 |
| Officer Personnel (O) | | 19,521 | 654 | 19,556 | 643 | 19,398 | 649 |
| Administrative | E | 87 | 33 | 59 | 26 | 67 | 31 |
| Separations | O | 2 | 0 | 2 | 0 | 2 | 0 |
| Courts Martial | E | 0 | 0 | 0 | 0 | 0 | 0 |
| Separations | O | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Homosexual | E | 87 | 33 | 59 | 26 | 67 | 31 |
| Separations | O | 2 | 0 | 2 | 0 | 2 | 0 |
| % Personnel | E | 0.05 | 0.37 | 0.03 | 0.28 | 0.04 | 0.34 |
| Separated | O | 0.01 | 0 | 0.01 | 0 | 0.01 | 0 |
| Number of NIS | E | 177 | 77 | 120 | 84 | 137 | 47 |
| Investigations | O | 1 | 4 | 4 | 2 | 7 | 2 |

## U.S. Air Force Discharges for Homosexuality

| | | FY 85 | | FY 86 | | FY 87 | |
|---|---|---|---|---|---|---|---|
| | | M | F | M | F | M | F |
| Enlisted Personnel (E) | | 431,017 | 57,586 | 433,972 | 60,694 | 432,578 | 62,666 |
| Officer Personnel (O) | | 96,473 | 11,927 | 96,671 | 12,377 | 95,013 | 12,665 |
| Administrative | E | 201 | 81 | 249 | 68 | 194 | 71 |
| Separations | O | 15 | 3 | 13 | 2 | 13 | 2 |
| Courts Martial | E | 0 | 0 | 0 | 0 | 0 | 0 |
| Separations | O | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Homosexual | E | 201 | 81 | 249 | 68 | 194 | 71 |
| Separations | O | 15 | 3 | 13 | 2 | 13 | 2 |
| % Personnel | E | 0.04 | 0.10 | 0.05 | 0.10 | 0.04 | 0.10 |
| Separated | O | 0.01 | 0.02 | 0.01 | 0.02 | 0.01 | 0.02 |
| Number of OSI | E | 177 | 80 | 132 | 51 | 142 | 52 |
| Investigations | O | 15 | 4 | 21 | 7 | 20 | 5 |

B-3

OSD P&R 007369

**APPENDIX C**
Statistical Data on Homosexuality

C-0

OSD P&R 007370

### Statistical Data on Homosexuality

No one knows how many homosexuals there are. The reason for this is twofold. First, there is the problem of definition, which has been discussed in the text. While it is relatively simple to define a homosexual act, it is not so with the definition of a homosexual person. Most definitions include some aspect of preference for or indulgence in homosexual acts. But how much preference, and how many acts? Along with authorities on human sexuality, we categorically reject the notion that participation in a single homosexual act defines homosexuality. An acceptable definition of homosexuality needs to contain two elements, one behavioral, the other self-definitional.

1. The person concerned prefers homosexual acts exclusively or significantly over heterosexual acts.

2. The person concerned identifies (at least privately) with being homosexual.

Second is the problem of locating homosexuals. Save for those who publicly announce their sexual orientation and those who are occasionally apprehended for homosexual conduct, there is no way to conduct population studies. Because of the social stigma traditionally attached to being homosexual, many (perhaps most) homosexuals remain hidden and are not identified except in special research studies. As a result, the data cited in any research investigation are not true population estimates. We can only construct estimates based on available data and social and demographic theory.

Kinsey (1948) rated his subjects on a 0-1-2-3-4-5-6 scale (which was described on page #638*) from exclusively heterosexual (0) to exclusively homosexual (6). Some of Kinsey's significant conclusions with regard to homosexuality are summarized in the following table:

---

*and in Appendix D, p. D-2.

C-1

OSD P&R 007371

persons who rate 2's or 3's who, in terms of the number of contacts they have made, may have had more homosexual experience than many persons who rate 6, and the clinician, the social worker, court officials, and society in general are not infrequently concerned with persons who rate no more than 2's or 3's. Many who rate only 1 or 2 are much disturbed over their homosexual experience, and they are frequently among those who go to clinicians for help.

With regard to bisexuality, Kinsey stated that nearly 46 percent of the general population engages in homosexual conduct or reacts to persons of both sexes in the course of their adult life.

Kinsey's data can be confusing, especially with regard to specific rates, because he excludes pre-adolescent homosexual experiences from many of his conclusions and presents such a wealth of numbers. The following conclusions, however, stand out:

- Only 50 percent of the population is exclusively heterosexual throughout adult life.

- Only 4 percent of the population is exclusively homosexual throughout adult life.

- Of the white male population, 10 percent is <u>more</u> <u>or</u> <u>less</u> exclusively homosexual between ages 16 and 65.

- Throughout adult life, 46 percent have some homosexual contact.

The Kinsey data are complicated, largely due to the fact that sexual behavior patterns are not fixed, but change with age. This is probably best reflected by the following two graphs, also taken from Kinsey's work:

C-3

OSD P&R 007372

No study since Kinsey has been as comprehensive or thorough, and most subsequent work leans strongly on that of Kinsey.

The Wolfenden report (1957) also cites Kinsey's conclusions and states that findings in Great Britain might be similar.  The Wolfenden report also alludes to data from Sweden concluding that 1 percent of all men were exclusively homosexual, and 4 percent had both homosexual and heterosexual impulses.

The Canadian Forces Study on Homosexuality (Zuliani, 1986) stated that 10 percent of the general Canadian population was "non-exclusively heterosexual."  This study also estimated that 10 percent of males and 5 percent of females in the general population were exclusively homosexual for at least 3 years between ages 16 and 55. Williams and Weinberg (1971) do not give any estimates of total numbers of homosexuals in the military, but state "...there must be a considerable number of homosexuals. At the least, this number must be greater than the 2000-3000 discharges per year for homosexuality" (p. 59).

In the data reported by Harry (1984), homosexual men and heterosexual men seem equally likely to have served in the military.  Lesbians are <u>more</u> likely to have served than heterosexual women.

No hard data have been advanced to counter the conclusion that the percentage of male homosexuals in the military is significantly different from that in the general population.  On the data available it is reasonable to conclude that the percentage of female homosexuality in the military is higher than in the general population.

C-5

OSD P&R 007373

# APPENDIX D

Bisexuality

D-0

OSD P&R 007374

**Bisexuality**

The ancient Greek concept of organic bisexuality was revived with the science of embryology and the apparent early hermaphroditic characteristics of the human embryo (Marmor, 1975).   Freud used this concept in formulating some of his psychoanalytic theories, and believed that there is a biologic bisexual predisposition, and that all persons go through a homoerotic phase as part of normal maturation.

Up to now there has been little consideration of bisexuality as a possible separate category.  Bisexuality, that is erotic response to both sexes, has been generally included with homosexuality.   This becomes clear if one considers most laws and rules concerning homosexual behavior:  participation in a single homosexual act is enough to label a person a homosexual (Kinsey, 1948).  The converse, however, is not true; a homosexual does not become heterosexual by engaging in sexual behavior with the opposite sex.

The Kinsey data, that 4 percent of men are exclusively homosexual, and 63 percent are exclusively heterosexual (after adolescence) leaves a very large percentage, 33 percent, who could be considered bisexual, as they exhibit varying degrees of erotic response to either sex.

D-1

OSD P&R 007375

In terms of military discharges for homosexuality, it seems likely that many of those individuals discharged as homosexuals are probably bisexual (and could be completely heterosexual except for one incident).

At present this issue is not addressed in military law or regulations.    No distinction is made between homosexuality and bisexuality.

The bisexual capability exists in a large percentage of persons (perhaps 37 percent of males or more) and is probably the explanation for much of such "situational homosexuality" as is seen in prisons and other restricted environments where there is no access to members of the opposite sex.  In most cases, persons participating in homosexual acts under such circumstances do not consider themselves homosexual, and return to heterosexual behavior when this becomes possible.

D-3

OSD P&R 007376

United States General Accounting Office

# GAO

Report to Congressional Requesters

June 1992

# DEFENSE FORCE MANAGEMENT

## DOD's Policy on Homosexuality





146980

GAO/NSIAD-92-98



DEFENDANT'S
EXHIBIT
6

 **GAO**

United States
General Accounting Office
Washington, D.C. 20548

National Security and
International Affairs Division

B-247235

June 12, 1992

The Honorable John Conyers, Jr.
The Honorable Gerry E. Studds
The Honorable Ted Weiss
House of Representatives

This report responds to your joint request that we review the Department of Defense's (DOD) policy of excluding homosexuals from serving in the armed forces. Also, as you requested, our supplemental report Defense Force Management: Statistics Related to DOD's Policy on Homosexuality (GAO/NSIAD-92-98S) contains statistical information such as the number of service personnel expelled for homosexuality as a result of DOD's exclusion policy.

Unless you publicly announce the contents of this report earlier, we plan no further distribution of it until 30 days from its issue date. At that time, we will send copies to interested committees; other Members of Congress; and the Secretaries of Defense, the Air Force, the Army, the Navy, and the Marine Corps. We will make copies available to other parties upon request.

Please contact the Director for Defense Force Management Issues, Paul L. Jones, on (202) 275-3990, if you or your staff have any questions concerning this report. The major contributors to this report are listed in appendix V.

Frank C. Conahan

Frank C. Conahan
Assistant Comptroller General

# Executive Summary

## Purpose

In response to a request from Representatives John Conyers, Jr., Ted Weiss, and Gerry E. Studds, GAO examined certain aspects of the Department of Defense's (DOD) policy of excluding homosexuals from serving in the U.S. armed forces. Specifically, GAO was asked to

- compile and analyze statistics on the separation of homosexuals from the military services between 1980 and 1990, including the number of personnel by service, race/ethnicity, gender, rank, and occupational category;
- determine the cost of replacing personnel separated under this policy and the cost of investigating allegations of homosexuality;
- identify and analyze the evidence that has been developed by DOD, the military services, or nondefense sources and cited as support for the current policy on homosexuality; and
- obtain information on the general public's attitudes, other nations' military forces policies, and other organizations' views on the compatibility of homosexuality with the military or other work environments.

## Background

According to DOD officials, U.S. forces have had policies prohibiting homosexuals from serving in the military since the beginning of World War II. DOD's current policy on homosexuality was formalized in 1982 and specifically states that:

Homosexuality is incompatible with military service. The presence in the military environment of persons who engage in homosexual conduct or who, by their statements, demonstrate a propensity to engage in homosexual conduct, seriously impairs the accomplishment of the military mission. The presence of such members adversely affects the ability of the Military Services to maintain discipline, good order, and morale; to foster mutual trust and confidence among servicemembers; to ensure the integrity of the system of rank and command; to facilitate assignment and worldwide deployment of servicemembers who frequently must live and work under close conditions affording minimal privacy; to recruit and retain members of the Military Services; to maintain public acceptability of military service; and to prevent breaches of security.

According to DOD, a homosexual is "a person, regardless of sex, who engages in, desires to engage in, or intends to engage in homosexual acts." DOD defines a homosexual act as "bodily contact, actively undertaken or passively permitted, between members of the same sex for the purpose of satisfying sexual desires."

**LCR Appendix Page 0891**

---

## Results in Brief

On the basis of its policy of excluding homosexuals from the military, DOD annually expelled an average of about 1,500 men and women between 1980 and 1990 under the separation category of "homosexuality." These expulsions reached a high of about 2,000 in 1982 and a low of about 1,000 in 1990. Separations for homosexuality do not require a determination that an individual's behavior affects the military's mission. In terms of rank, gender, and race/ethnicity, the majority of those expelled were enlisted personnel; most were men (about 78 percent); and most were white. When challenged, these discharges have been routinely upheld in the military adjudication and civil court systems.

DOD does not maintain records of the costs associated with administering its policy; nor does it record the costs of investigating alleged cases of homosexuality. Accordingly, our analysis was limited to estimates of the costs of recruiting and training individuals to replace personnel discharged for homosexuality.

Major psychiatric and psychological organizations in the United States disagree with DOD's policy and believe it to be factually unsupported, unfair, and counterproductive. In addition, two DOD/service-commissioned study efforts have refuted DOD's position on the potential security risk associated with homosexual orientation as well as disclosed information that raised questions about the basic policy. Further, the Secretary of Defense and the Chairman of the Joint Chiefs of Staff have recently acknowledged that homosexual orientation is no longer a major security concern.

GAO also found that

- recent polls suggest that the public has become more accepting of homosexuality and of homosexuals' serving in the military;
- some U.S. allied nations have policies similar to that of the United States, and others have policies that permit homosexuals to be members; and
- police and fire departments in several major U.S. cities have removed employment restrictions without adverse effects on mission.

LCR Appendix Page 0892

Executive Summary

## GAO Analysis

### Number of Discharges

During fiscal years 1980 through 1990, approximately 17,000 servicemen and women (an average of about 1,500 per year) were separated from the services under the category of "homosexuality." Approximately 1,000 military personnel were discharged in 1990. No determination that their behavior had adversely affected the ability of the military services to perform their missions was required. In terms of rank, gender, and race/ethnicity, the majority were enlisted personnel; most were men; and most were white. However, some groups were consistently discharged at a rate higher than their representation in the total active force or individual service. For example, between 1980 and 1990, the Navy, representing 27 percent of the active force, accounted for about 51 percent of the discharges; and women, representing 11 percent of the total active Navy force, accounted for 22 percent of those discharged.

### Cost of Policy

Limited cost information associated with the administration of DOD's policy was available. Basically, only the costs of recruiting and training the personnel needed to replace those discharged for homosexuality could be readily estimated. In fiscal year 1990, recruiting and initial training costs associated with the replacement of personnel discharged for homosexuality were estimated to be $28,226 for each enlisted troop and $120,772 for each officer. The total cost of replacing personnel discharged for homosexuality, however, would need to include other factors such as out-processing and court costs.

The services' investigative agencies could not provide specific information on the costs of investigating alleged cases of homosexuality. However, during fiscal years 1986 through 1990, DOD investigative agencies conducted a total of 3,663 such investigations. In 1990, a total of about 472 investigations were conducted. These figures are approximate because the services can administratively handle investigations involving homosexuality under other categories, and the investigative agencies had to estimate the number of such cases. In addition, Navy investigations are simultaneously categorized as more than one offense, such as sodomy and indecent assault; again, the Navy adjusted its figures to account for this policy.

LCR Appendix Page 0893

## Studies of Homosexuality in the Military

DOD and the services have commissioned two major efforts that focused on whether homosexuals were more of a security risk than heterosexuals and concluded that there was no factual data to substantiate that premise. The Navy's 1957 Crittenden Report[1] (which did not question the underlying premise of DOD's policy) stated, "A third concept which persists without sound basis in fact is the idea that homosexuals necessarily pose a security risk." A more recent draft report, prepared by DOD's Defense Personnel Security Research and Education Center (PERSEREC), commented that the DOD policy prohibiting homosexuals from serving in the military was based on the same rationale used to limit the integration of blacks.[2] Specifically, it stated:

> The order to integrate blacks was first met with stout resistance by traditionalists in the military establishment. Dire consequences were predicted for maintaining discipline, building group morale, and achieving military organizational goals. None of these predictions of doom has come true.

The PERSEREC effort, initiated in 1986, has been packaged as several interim products with the final report issued in late 1991.

In addition, national organizations such as the American Psychiatric Association and the American Psychological Association, familiar with the extensive research conducted on homosexuality in the general population and with military veterans, disagree with DOD's policy and the policy's implied characterization of homosexuals.

In testimony before the House Budget Committee, the Secretary of Defense in July 1991 and the Chairman of the Joint Chiefs of Staff in February 1992 backed away from security concerns as a major basis for DOD's policy. However, both officials continued to support the policy on the basis of their belief that it is needed to maintain good order and discipline.

---

[1]Officially, the Report of the Board Appointed to Prepare and Submit Recommendations to the Secretary of the Navy for the Revision of Policies, Procedures and Directives Dealing With Homosexuals, Mar. 15, 1957.

[2]Presidential Executive Order 9981, July 26, 1948, required the integration of blacks into the armed forces. Congress also passed the Women's Armed Services Integration Act in 1948 to institutionalize career opportunities for women in the military.

| | |
|---|---|
| **Attitudes Toward Homosexuality** | General public attitudes in the United States about homosexuality appear to be changing. GAO reviewed three recent national polls, conducted by Gallup and Penn and Schoen Associates, Inc., which indicated that more Americans now say they believe that homosexuals should be allowed to participate in various occupations, including the armed forces. A Gallup survey conducted in March 1991 of a cross section of the American population of adults aged 18 and over showed that 69 percent of those interviewed felt that homosexuals should be allowed to serve in the armed forces, whereas only 51 percent felt that way in 1977. |
| **Selected Police/Fire Department Policies** | Additionally, since the early 1970s, a number of police and fire departments have adopted policies prohibiting discrimination on the basis of sexual orientation and have hired homosexuals into their work forces. Officials from all eight of the departments that GAO contacted stated that they had not experienced any degradation of mission associated with these policies. Most department officials did not identify major problems related to retaining homosexuals in a work force, but a few pointed out isolated cases of problems indirectly involving homosexuals. |
| **Other Nations' Policies on Homosexuals in the Military** | The policies regarding homosexuals serving in the military forces of 17 selected nations—predominantly members of the North Atlantic Treaty Organization and other U.S. allies—ranged from policies very similar to that of the United States to no stated policy addressing homosexuality as either a legal or a military personnel issue. |
| | Four of the 17 countries, or about 24 percent, had policies that appear to have been designed to prevent homosexuals from entering military service and to separate from service or preclude retention beyond an existing service obligation those active duty personnel identified as homosexual. While 13 countries did not exclude homosexuals from entering their armed forces, several had policies requiring separation if an individual's homosexuality was disclosed later or if an individual's behavior was found to be aggressive, harassing, or disruptive. During the past 10 years, at least two countries have dropped their exclusion policies. One of the four countries that now exclude homosexuals is reviewing its policy—it expects to rescind the existing restriction in the near future. |

# Contents

| | | |
|---|---|---|
| **Executive Summary** | | 2 |
| **Chapter 1** **Background** | | 10 |
| | Definitions and Population Projection | 10 |
| | Current DOD Policy | 11 |
| | Appeals Processes Uphold DOD's Policy | 12 |
| | Objectives, Scope, and Methodology | 13 |
| **Chapter 2** **DOD's Separations of Homosexuals** | | 16 |
| | Discharge Criteria | 16 |
| | Analysis of Discharges for Homosexuality | 17 |
| | Investigations of Homosexual Behavior | 24 |
| | Cost of Expulsions | 25 |
| **Chapter 3** **Support for DOD's Policy on Homosexuality** | | 27 |
| | DOD's Position | 27 |
| | Judicial Consideration of DOD's Policy | 28 |
| | Studies Initiated by DOD and the Services Do Not Address the Policy's Rationale | 29 |
| | Scientific Evaluations of Homosexuality | 36 |
| **Chapter 4** **Public Attitudes and Other Views** | | 39 |
| | Changes in Public Perceptions | 39 |
| | Other Nations' Policies | 40 |
| | Selected Police/Fire Department Policies | 41 |
| **Chapter 5** **Conclusions and Agency Comments** | | 43 |
| | Conclusions | 43 |
| | Agency Comments | 44 |
| **Appendixes** | | |
| | Appendix I: Examples of Expulsions for Which Performance Was Not an Issue | 46 |
| | Appendix II: Other Nations' Policies Regarding Homosexuals in the Military | 54 |
| | Appendix III: List of Organizations Visited by GAO | 55 |
| | Appendix IV: Comments From the Department of Defense | 56 |
| | Appendix V: Major Contributors to This Report | 79 |

LCR Appendix Page 0897

Contents

## Tables

Table 4.1: Percentage of the Public Who Believed That                    39
  Homosexuals Should Be Hired for Various Jobs

## Figures

Figure 2.1: Discharges for Homosexuality by Service                       18
Figure 2.2: DOD-Wide Number of Homosexuals Discharged                     19
Figure 2.3: Average Percentage of Whites Serving Compared                 20
  With Average Percentage of Whites Discharged for
  Homosexuality
Figure 2.4: Average Percentage of Women Serving Compared                  21
  With Average Percentage of Women Discharged for
  Homosexuality
Figure 2.5: Average Percentage of White Women Serving                     22
  Compared With Average Percentage of White Women
  Discharged for Homosexuality
Figure 2.6 Average Percentage of Enlisted Personnel Serving               23
  Compared With Average Percentage of Enlisted
  Personnel Discharged for Homosexuality
Figure 2.7: DOD-Wide Investigations of Homosexuality                      25

**Abbreviations**

| AIDS | Acquired Immune Deficiency Syndrome |
| DMTAG | Design, Methodology, and Technical Assistance Group |
| DOD | Department of Defense |
| GAO | General Accounting Office |
| PERSEREC | Personnel Security Research and Education Center |

**LCR Appendix Page 0898**

Chapter 1

# Background

According to Defense officials, the Department of Defense's (DOD) policy of excluding homosexuals from serving in the U.S. armed forces is based on the professional military judgment that the policy promotes overall combat effectiveness.

Although the language and administration of the military's policy on homosexual orientation has changed since 1941, the current policy has, according to both scientific researchers and DOD officials, evolved from the one adopted during the mobilization for World War II. Exclusion was then grounded on (1) prevailing sodomy statutes that viewed homosexuality as a criminal offense and (2) the psychiatric belief that homosexuality was a mental disorder. At that time, the rationale was that the psychiatric screening of recruits for mental disorders (including homosexual orientation) would enhance the psychiatric profession's prestige, as well as be less costly to the government over the long term. That is, it was anticipated that such screening would reduce the patient load of veterans' hospitals after the war. Many psychiatrists also felt that it was more humane to screen out homosexual recruits from the draft and separate homosexual persons already in the military services rather than imprison them under military sodomy regulations.

## Definitions and Population Projection

Under present policy, DOD defines a homosexual as "a person, regardless of sex, who engages in, desires to engage in, or intends to engage in homosexual acts." DOD defines a homosexual act as "bodily contact, actively undertaken or passively permitted, between members of the same sex for the purpose of satisfying sexual desires." The limited data currently available (largely Kinsey Institute studies) suggests that the primary sexual orientation of between 5 and 10 percent of the general U.S. population is homosexual.[1]

In commenting on a draft of this report, DOD questioned the predictive value or relevance to today's military of earlier studies conducted by the Kinsey Institute. It stated that we had failed to point out that DOD's exclusion policy—which involves an initial screening out process and a lack of acceptance of homosexuality in the military environment—tends to limit the number of homosexuals in the military.

---

[1] Based on a DOD military population of approximately 2 million, the number of homosexual personnel would range from about 100,000 to 200,000 personnel using these percentages.

Chapter 1
Background

DOD is correct in stating that a solid estimate of the military homosexual population is not available. However, a number of studies done after the Kinsey efforts clearly suggest that (1) there are considerably more homosexuals serving in the military and completing their terms of service than are being caught and discharged and (2) the limiting effects of the exclusion policy (for example, the screening processes) may not be particularly effective.[2]

## Current DOD Policy

DOD's guidance on homosexuality is contained in Directives 1332.14, "Enlisted Administrative Separations," and 1332.30, "Separation of Regular Commissioned Officers for Cause." The first directive was officially revised on January 28, 1982; the second on February 12, 1986. Specifically, the guidance states that:

Homosexuality is incompatible with military service. The presence in the military environment of persons who engage in homosexual conduct or who, by their statements, demonstrate a propensity to engage in homosexual conduct, seriously impairs the accomplishment of the military mission. The presence of such members adversely affects the ability of the Military Services to maintain discipline, good order, and morale; to foster mutual trust and confidence among servicemembers; to ensure the integrity of the system of rank and command; to facilitate assignment and worldwide deployment of service members who frequently must live and work under close conditions affording minimal privacy; to recruit and retain members of the Military Services; to maintain public acceptability of military service; and to prevent breaches of security.

Prior to 1982, DOD directives did not require the initiation of separation processing or provide grounds for the possible retention of personnel involved in or suspected of homosexual behavior. Accordingly, the regulations of the military services differed substantially in how these and other matters were addressed. According to DOD officials, these differences resulted in substantial difficulties in responding to legal challenges in the courts.

According to DOD officials and documents, the primary reasons for the 1982 and 1986 policy revisions were to (1) establish uniform policies and procedures for all the services and (2) provide a stronger basis for defending the policies and procedures in the courts. Specifically, the new

[2]These studies include the Navy's Crittenden Report of 1957; a 1967 study by the Institute of Sex Research at the University of Indiana; Homosexuals and the Military, C.J. Williams and M.S. Weinberg, 1971; Homosexual Men and Women Who Served Their Country; Journal of Homosexuality, J. Harry, 1984.

LCR Appendix Page 0900