| | |
|---|---|
| 1 | DAN WOODS (SBN 78638) |
| 2 | FERNANDO L. AENLLE-ROCHA (SBN 129515) |
| | RACHEL J. FELDMAN ((SBN 246394) |
| 3 | PATRICK HAGAN (SBN 266237) |
| | WHITE & CASE LLP |
| 4 | 633 W. Fifth Street, Suite 1900 |
| | Los Angeles, CA  90071-2007 |
| 5 | Telephone:  (213) 620-7700 |
| | Facsimile:   (213) 452-2329 |
| 6 | Email: dwoods@whitecase.com |
| | Email: faenlle-rocha@whitecase.com |
| 7 | Email: rfeldman@whitecase.com |
| | Email: phagan@whitecase.com |
| 8 | Attorneys for Plaintiff |
| | Log Cabin Republicans |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOG CABIN REPUBLICANS, a non-profit corporation, | Case No.  ED CV 04-8425-VAP (Ex) |
| Plaintiff, | **DECLARATION OF RACHEL J. FELDMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* REGARDING PLAINTIFF'S EXPERT WITNESSES** |
| v. | |
| UNITED STATES OF AMERICA and ROBERT M. GATES, SECRETARY OF DEFENSE, in his official capacity, | |
| Defendants. | Date: June 28, 2010 |
| | Time: 2:30 p.m. |
| | Judge: Hon. Virginia A. Phillips |

LOSANGELES 870386 (2K)

DECLARATION OF RACHEL FELDMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE REGARDING PLAINTIFF'S EXPERT WITNESSES

I, Rachel J. Feldman, hereby declare and state as follows:

I am an attorney admitted to practice in the State of California. I am associated with White & Case LLP, counsel of record for plaintiff Log Cabin Republicans ("Log Cabin") in the action styled Log Cabin Republicans v. United States, No. CV 04-8425-VAP (Ex) (the "instant action"). I submit this declaration in support of Log Cabin's Opposition to Defendants' (the "government") Motion in Limine Regarding Plaintiff's Expert Witnesses. I have personal knowledge of the facts stated herein or know of such facts from my review of the file in this case, and, if called upon to do so, could competently testify as follows:

1. On behalf of Log Cabin, I attended the government's deposition of Aaron Belkin, Ph.D., on March 5, 2010 (the "deposition").

2. At the deposition, the government's counsel extensively questioned Dr. Belkin on the subject of privacy in the context of homosexual and heterosexual servicemembers sharing living and working space in the armed forces.

3. Dr. Belkin responded to the government's questions on that subject with detailed and extensive answers based on his research.

4. The government's counsel asked Dr. Belkin if he would be amending his report to reflect his deposition testimony concerning the subject of privacy. Dr. Belkin stated that he would gladly do so.

5. In response to the government's request, Dr. Belkin provided me on March 24, 2010 with an amended expert report reflecting his expert opinions on the subject of privacy, which I then forwarded to the government.

- 3 -

| | |
|---|---|
| 1 | |
| 2 | I declare under penalty of perjury under the laws of the United States of |
| 3 | America that the foregoing is true and correct. |
| 4 | Executed this 22nd day of June 2010, at New York, New York. |

*[Signature]*

Rachel J. Feldman

LOSANGELES 870386 (2K)

- 3 -

DECLARATION OF RACHEL FELDMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE REGARDING PLAINTIFF'S EXPERT WITNESSES