**EXHIBIT 1**

Case 2:04-cv-08425-VAP -E   Document 202-1   Filed 06/23/10   Page 1 of 2

United States District Court for the Western District of Washington

**Notice of Electronic Filing**

The following transaction was entered on 6/15/2010 at 3:36 PM PDT and filed on 6/14/2010
**Case Name:**         Witt v. Department of the Air Force et al
**Case Number:**       3:06-cv-5195
**Filer:**
**Document Number:** 95(No document attached)

**Docket Text:**
**MINUTE ENTRY for proceedings held before Judge Ronald B. Leighton- Dep Clerk: *Jean Boring*; Pla Counsel: *James Lobsenz / Sarah Dunne*; Def Counsel: *Peter Phipps*; CR: *None*; Telephone Conference held on 6/14/2010. Counsel brings concerns to the Court for discussion. 1) The status of Major Witt's discharge is unclear and that lack of clarity raises issues affecting the procedural due process claims. More time is requested for filing Summary Judgment motions (the current deadline is 6/15/2010); 2) The shifting political climate surrounding "Don't Ask, Don't Tell" begs the question of whether trial should be rescheduled to a later date. (currently the trial is scheduled for 9/13/2010); The Court declines to reset the trial date at this time. Counsel will further explore the meaning of "Conditional Discharge" and the due date for Summary Judgment Motions is EXTENDED out 4 weeks per agreement of counsel to July 13, 2010. Dispositive motions due by 7/13/2010, (JAB)**

**3:06-cv-5195 Notice has been electronically mailed to:**

James E Lobsenz Lobsenz@carneylaw.com, groth@carneylaw.com, laemmle@carneylaw.com

Aaron H Caplan aaron.caplan@lls.edu

Marion J. Mittet Jamie.Mittet@usdoj.gov, ECF-Civ.USAWAW@usdoj.gov, sharon.gore@usdoj.gov

Sarah A Dunne dunne@aclu-wa.org, njenkins@aclu-wa.org

Peter J Phipps peter.phipps@usdoj.gov

Bryan R. Diederich bryan.diederich@usdoj.gov, bdiederich@gmail.com

Stephen J. Buckingham stephen.buckingham@usdoj.gov

Sher S Kung skung@aclu-wa.org, njenkins@aclu-wa.org, sherkung@gmail.com

**3:06-cv-5195 Notice will not be electronically mailed to:**

6/18/2010                                    **EXHIBIT 1**