DAN WOODS (State Bar No. 78638)
EARLE MILLER (State Bar No. 116864)
AARON KAHN (State Bar No. 238505)
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329
Email:      dwoods@whitecase.com
Email:      emiller@whitecase.com
Email:      aakahn@whitecase.com

Attorneys for Plaintiff
Log Cabin Republicans

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOG CABIN REPUBLICANS, a non-profit corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA and ROBERT M. GATES (substituted for Donald H. Rumsfeld pursuant to FRCP 25(d)), SECRETARY OF DEFENSE, in his official capacity,<br><br>           Defendants. | Case No.  CV 04-8425 VAP (Ex)<br><br>**DECLARATION OF MICHAEL D. ALMY IN SUPPORT OF PLAINTIFF LOG CABIN REPUBLICANS' SUPPLEMENTAL BRIEF ON APPLICATION OF WITT STANDARD OF REVIEW**<br><br>Judge:    Hon. Virginia A. Phillips<br><br><br>Complaint filed:   October 12, 2004<br>Trial:           July 13, 2010 |

## <u>DECLARATION OF MICHAEL D. ALMY</u>

I, Michael D. Almy, declare as follows:

1.    I am over 18 years old and, if called as a witness, I would be able to testify competently, of my own personal knowledge, to the truth of the matters contained in this declaration.

2.    I served as an active duty member of the United States Air Force from June 1993 to July 2006.

DECLARATION OF MICHAEL D. ALMY IN SUPPORT OF PLAINTIFF LOG CABIN REPUBLICANS' SUPPLEMENTAL BRIEF ON APPLICATION OF <u>WITT</u> STANDARD OF REVIEW

LOSANGELES 867900 v2 (2K)

3.      I joined the United States Air Force Reserve Officers' Training Corps ("AFROTC") at Wright State University in 1988 and was awarded a full scholarship.

4.      In the summer of 1991, I was one of a handful of AFROTC cadets who reported to Fort Benning, near the city of Columbus, Georgia, for Army Airborne Training.  While at Fort Benning, I earned a United States Parachutist Badge, commonly referred to as "Jump Wings."

5.      In 1992, I graduated from the AFROTC in the top 10% of all graduates nationwide.

6.      In December 1992, I was promoted to Second Lieutenant.

7.      In June 1993, I went on active duty and was assigned to  Keesler Air Force Base in Biloxi, Mississippi for Basic Communications-Electronics Officer Training.  Following completion of this course, I was stationed at the Air Intelligence Agency at Kelly Air Force Base in San Antonio, Texas.  I remained at Kelly Air Force Base for approximately nine months, until I was accepted for navigator training at Randolph Air Force Base in Universal City, Texas in 1994.  While there, I completed nearly nine months of navigator school.  I did not complete navigator school because I failed a few examinations.

8.      In March 1995, I was promoted to First Lieutenant.

9.      In approximately June 1995, I left navigator school and was assigned to Scott Air Force Base in St. Clair County, Illinois.  There, I initially worked on systems support for the J2 Directorate of the United States Transportation Command.  Following this task, I worked at the help desk for all Air Mobility Command and control systems.

10.     In March 1997, I was promoted to Captain.

11.     In 1998, I was stationed at the Third Combat Communications Group at Tinker Air Force Base in Oklahoma City, Oklahoma.  While stationed in Oklahoma City, I was named officer of the year for my unit of nearly 1,000 people.

2

12.     In September 1998, I deployed to Eskan Village, Saudi Arabia as the senior communicator from my unit with approximately 60 personnel from my squadron.  There, my squadron and I supported all the base-level communications requirements during Operation Desert Fox.  I remained in Saudi Arabia until February 1999.

13.     After my time in Saudi Arabia, I returned to Tinker Air Force Base in Oklahoma.

14.     In September 1999, I again deployed to Saudi Arabia to Prince Sultan Air Base.  There, I served as the executive officer for the 363d Expeditionary Operations Group.  I remained in Saudi Arabia until December 1999.

15.     After my time in Saudi Arabia, I returned to Tinker Air Force Base in Oklahoma.

16.     In July 2001, I was transferred to Quantico Marine Corps Base near Triangle, Virginia as one of six Air Force officers attending the United States Marine Corps C2 Systems School.  This ten-month course has since become the United States Marine Corps Expeditionary Warfare Course, and is the in-residence professional military education that all Marine captains strive to attend.  I completed the course, and remained in Virginia until June 2002.

17.     In June 2002, I was transferred to Ramstein Air Base located near Kaiserslautern, Germany to serve in the Communications Directorate of the Headquarters of the United States Air Forces in Europe.  There, I worked on tactical communications and airborne communications projects.  I remained in Germany until December 2002.

18.     In December 2002, I was deployed to Prince Sultan Air Base to work in the J6 directorate of the Combined Air and Space Operations Center during the invasion of Iraq.  As part of this assignment, I was directly responsible for the communications activation of newly deployed sites.  I also helped ensure a smooth

1   transition of all communications functions to the new Combined Air and Space

2   Operations Center at Al Udeid Air Base in Qatar.

3        19.    Before I left Prince Sultan Air Base in May 2003, I was contacted by

4   my leadership at Ramstein Air Base in Germany and asked if I wanted the Chief of

5   Maintenance position at the 606th Air Control Squadron at Spangdahlem Air Base,

6   Germany.  I accepted the position.

7        20.    In May 2003, I returned to Ramstein Air Base in Germany.  While I

8   was there, I obtained the rank of Major in approximately August 2003.

9        21.    In September 2003, I reported to my new assignment at the 52d

10  Fighter Wing at Spangdahlem Air Base in Germany.  As part of my new

11  assignment, I was in charge of 180 personnel.

12       22.    While I was stationed at Spangdahlem Air Base, I regularly attended

13  Christian chapel services and served as a mentor to younger airmen, their spouses

14  and family members of deployed members that needed emotional support.

15       23.    In September 2004, my unit deployed to three locations in Iraq.  While

16  in Iraq, my unit controlled the airspace over two-thirds of Iraq, and my troops

17  maintained the equipment necessary for that mission.  This included Close Air

18  Support for the liberation of Fallujah.  During this time, my unit sustained repeated

19  mortar and rocket attacks.  When one of my troops was injured by rocket fire, I

20  rallied my troops, aided the wounded and restored damaged equipment to service,

21  thus avoiding the loss of the mission.

22       24.    While I was in Iraq, I occasionally volunteered at the hospital in Balad,

23  Iraq.  As a volunteer, I would comfort patients and move them to the flight line for

24  the MEDEVAC helicopters so that they could be transported to Landstuhl Regional

25  Medical Center located near Landstuhl, Germany, which is the nearest treatment

26  center for wounded soldiers coming from Iraq and Afghanistan.

27

28
                                    -4-
                DECLARATION OF MICHAEL D. ALMY IN SUPPORT OF PLAINTIFF LOG
                CABIN REPUBLICANS' SUPPLEMENTAL BRIEF ON APPLICATION OF
                WITT STANDARD OF REVIEW

LOSANGELES 867900 v2 (2K)

25.    As a result of my leadership, I was nominated for and received the 2004 Lieutenant General Leo Marquez Award in the field grade officer category for electronic maintenance.  The Lieutenant General Leo Marquez Award is presented to maintainers who have demonstrated the highest degree of sustained job performance, job knowledge, job efficiency and results in the categories of aircraft, munitions and missile, and communications-electronics maintenance.  As a result of receiving the Lieutenant General Leo Marquez Award, I was regarded as the top Air Force Communications Officer in Europe.

26.    While in Iraq, I utilized, at the permission of the United States Air Force, Air Force computers to send and receive electronic mail correspondence for personal purposes from my government-issued electronic mail account because the Air Force restricted access to all private electronic mail systems, and therefore my government-issued account was the only way I could send and receive electronic mail.

27.    My unit remained in Iraq until the beginning of 2005.  Thereafter, my unit returned to Spangdahlem Air Base in Germany.

28.    In approximately February 2005, a search was conducted on the computer I utilized while I was stationed in Iraq.  The search resulted in the discovery of emails I had sent to two men between December 2004 and January 2005.  In the emails, I discussed homosexual conduct.  The emails were forwarded to my Commander, and I was called into my Commander's office.  While in my Commander's office, I was read the Don't Ask, Don't Tell policy.  I was then handed the emails and asked how I could explain their content.  I told my Commander that I wanted to talk to a lawyer before I made any kind of statement.  At no point did I indicate to my Commander that I am homosexual.

1      29.    Because of the content of the emails and my Commander's perception

2    that I had violated Don't Ask, Don't Tell, I was relieved of my duties on March 14,

3    2005.  As a result, my security clearance was suspended and a portion of my

4    compensation was terminated.

5      30.    The members of my unit were not told why I was relieved of my

6    duties.

7      31.    My removal from my position of leadership resulted in tremendous

8    disruption to my unit and a loss of unit cohesion.

9      32.    I was replaced with a junior officer that had neither the training nor the

10    expertise that I had.

11      33.    After I was relieved of my duties, I remained at Spangdahlem Air Base

12    in Germany for approximately sixteen months.  During this time period, I was

13    assigned to an administrative desk job.

14      34.    The Air Force started discharge proceedings against me when they

15    presented me with a Notification of Show-Cause Action dated July 7, 2005.

16      35.    I initially contested my discharge.  I invoked my right to an

17    administrative hearing, instead of resigning my commission.  In preparation for the

18    hearing, I had several of my former troops write character reference letters for me,

19    including one of my squadron Commanders.  In addition, a chaplain at

20    Spangdahlem Air Base also wrote a letter.  Copies of several character reference

21    letters are attached hereto as Exhibit "A."

22      36.    In approximately March 2006, my Wing Commander recommended

23    that I be promoted to Lieutenant Colonel, even though the United States Air Force

24    was pursuing my discharge.

25      37.    Approximately a week before the administrative hearing, my lawyer

26    told me there was no way we would win the hearing and that the government's

27    lawyers were pushing for a general discharge instead of an honorable discharge.  I

28    wanted to make sure I got an honorable discharge, and I told my lawyer this.  My

6

DECLARATION OF MICHAEL D. ALMY IN SUPPORT OF PLAINTIFF LOG
CABIN REPUBLICANS' SUPPLEMENTAL BRIEF ON APPLICATION OF
WITT STANDARD OF REVIEW

1    lawyer advised me that if I waived my hearing, I would get an honorable discharge.

2    At this point, it had been approximately one year since I had been relieved of my

3    duties, and I was emotionally exhausted from the entire ordeal.  I ultimately decided

4    to waive the hearing so that I could be honorably discharged.

5          38.    I was honorably discharged under Don't Ask, Don't Tell on July 21,

6    2006 even though I never made a statement that I am homosexual.

7          39.    If Don't Ask, Don't Tell is overturned, I would rejoin the United

8    States Air Force.

9          I declare under penalty of perjury under the laws of the United States that the

10    foregoing is true and correct.  Executed this _21st_ day of June 2010, at

11    Washington, D.C.

12

13                              Michael D. Almy

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL D. ALMY IN SUPPORT OF PLAINTIFF LOG
CABIN REPUBLICANS' SUPPLEMENTAL BRIEF ON APPLICATION OF
WITT STANDARD OF REVIEW

LOSANGELES 867940 v2 (2K)

# EXHIBIT A

PERSONAL AND CONFIDENTIAL CORRESPONDANCE

8321 Ashwood Drive
Alexandria, VA 22308

12 February 2006

To All Reviewing Authorities

Re: Major Michael D. Almy

    The purposes of this letter is to attest to the character of Major Mike Almy. I have known Major Almy personally and professionally for over six years.

    I first met Major Almy while I was serving as a senior Inspectors General on the Army Staff. I was roundly impressed with his professional work ethic, his judgment and his values. I was particularly struck by the fact that he grew up in a USAF family and strove to emulate his father's career service to the USAF.

    I observed Major Almy as he attended the USMC Captains Career Course at Quantico, USMCB. While there he excelled in an extended physically and mentally rigorous course, and brought great credit to the USAF. I kept in contact with Major Almy as he was transferred to Europe and subsequently rotated to Iraq. His correspondence reflected an absolute commitment to the USAF and it's mission. My view is that Major Almy has been, and will continue to be an excellent officer.

    I was shocked to hear of the charges levied against Major Almy. I find them to be incredulous. As a former Commander and Inspectors General I am well aware of the specifics of the Homosexual Conduct Policy. To my knowledge, Major Almy is not in violation of any of the provisions of the policy. To the contrary, it appears that in prosecuting the case against Major Almy, the USAF may have violated the "Don't Ask Don't Tell Policy", the Electronic Privacy Act and Presidential directives regarding the suspension of security clearances.

    The yearlong investigation and the investigative techniques applied against to this career officer are highly irregular. The specter of a US Government agency electronically searching a US Servicemember's private correspondence, in a combat zone, to root out suspected homosexuals is particularly disturbing.

    It is indicative of Major Almy's lifelong commitment to the USAF that he has persevered during this protected process. Given the above, I believe that it is the best interest of the USAF to reinstate Major Almy and return him to duty with out prejudice.

Colonel Paul Trahan
US Army, Retired

paul.trahan@us.army.mil
(703) 360-7367



DEPARTMENT OF THE AIR FORCE
52D FIGHTER WING (USAFE)

13 Feb 06

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM: 52 CS/CC
   Unit 3705
   APO AE 09126

SUBJECT:  Character Reference Letter – Major Michael D. Almy

1.  I have served in our Air Force for 31 years with 18+ years commissioned service.  I have been privileged to command two squadrons, the 92 CS Fairchild AFB and the 52 CS Spangdahlem AB GE under the superb leaderships of Brigadier General Lessel, Brigadier General Fullhart and Brigadier General (sel) David Goldfein.  I am writing this letter to share my first-hand knowledge of and to affirm by belief in the character and integrity of Major Michael Amly currently serving in my squadron.

2.  I first knew Major Almy from 1996 to 1999 through our shared local affiliation with the First Baptist Church of O'Fallon IL.  Maj Almy was a lay leader within our Singles Ministry which was led by my wife and me.  As such we had personal contact with him two to three times a week for bible study and social events.   Maj Almy always presented himself in the best traditions of Christian fellowship.  He encouraged his friends, shared his personal testimonies and served in many capacities throughout the congregation.  Upon my encouragement he eventually led in our youth programs in which our children participated.

3.  We have remained close personal friends over the years and I had the good fortune to again meet up with Maj Almy here at Spangdahlem AB where he served with the 606th ACS, 52d FW, as their Chief of Maintenance leading 180 personnel.  In that capacity he served with distinction while deployed in support of OIF to Ballad Iraq and sustained repeated mortar and rocket attacks.  When one of his troops was injured by rocket fire, he by all accounts rallied his troops, aided the wounded and restored damaged equipment to service displaying the highest personal virtues of character and competency without loss of mission.  For these actions and others demonstrated in the course of his tenure with the 606th ACS he was nominated by the 52d FW to USAFE as the 2004 Lieutenant General Leo Marquez Award recipient in the field grade officer category for electronic maintenance.  He subsequently was named the USAFE nominee to USAF for this award.

4.  In Feb 05 Maj Almy was removed from his position at the 606th ACS by his commander.  I was called the same day by the 52d FW/CV, was asked and performed a health and wellness visit to Maj Amly's residence.  Subsequently Maj Amly's duty location was moved to the 52 OSS. After several weeks of performing Action officer level work, the 52 OSS CC called me and asked if I could provide more viable employment for this capable officer.  I gladly accepted his offer and Maj Almy moved seamlessly into my organization taking lead on several major wing projects to include the $850K command post renovation, the creation of a fly-away wing battle staff initial communications kit, and the preliminary design for the command's premier range

control facility. His leadership on these and other projects directly contributed to our winning the 2005 Lt Gen Harold W. Grant Award for "best small communications squadron" in USAFE. I have entrusted Maj Almy with squadron funding, manpower and reputation and he has performed exemplarily.

5. In Mar 06, Maj Almy was asked by the 52d FW/CV to assume authority of the wing operations center and command post. Unfortunately, his security clearance had been suspended pending his investigation and he was unable to fulfill this leadership position with our wing.

6. I am aware of the allegations but have not seen specific evidence against Maj Almy, I know he is remorseful of the events which brought his character and career into question. I am convinced the Air Force, its personnel, mission and tradition, remains unchanged and unharmed despite his alleged offenses. As such, I continue to hold Maj Almy in a position of trust and would confidently work with him in the future. He should be retained in the Air Force without prejudice.

7. I am at your service for any further questions either in person, DSN 480-6010, commercial cell 017133114893, or e-mail jeffrey.kromer@spangdahlem.af.mil.

Very Respectfully,

JEFFREY B. KROMER, Lt Col, USAF
Commander, 52 CS



**DEPARTMENT OF THE AIR FORCE**
AFELM, DEFENSE INTELLIGENCE AGENCY

10 Feb 06

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM:  Maj Scott D. Weenum

SUBJECT:  Character Reference Letter – Maj Mike Almy

1.  I am a career Intelligence Officer recently assigned to my current position as a military forces analyst in the Regional Assessments Office of the Defense Intelligence Agency at Bolling AFB, Washington, DC.  I have 17 years of active duty.  My last assignment was the 316th Training Squadron at Goodfellow AFB, TX where I commanded the Analysis and Reporting Training Flight.  I was responsible for seven cryptologic intelligence courses.  At peak strength, I had a staff of 150 AF NCOs and civilians along with 100 Army, Navy, and Marine Corps instructors and a student load of 600.

2.  I first met Maj Almy in 1990 when I took and AFROTC scholarship and joined Det 643 at Wright State University in Dayton, OH, which had a cross-town agreement with Cedarville College.  Mike and I interacted on a weekly basis in the Det offices and social settings at both campuses.  He also convinced me to join the Arnold Air Society in our senior year.  We attended chapel at Wright Patterson AFB and were members of the local Officer's Christian Fellowship group.  We have communicated consistently for the past 12 years, visited, traveled in the US and UK, and crossed paths while deployed to JTF-SWA/OIF at Prince Sultan AB, Saudi Arabia.

3.  I have not worked with Maj Almy since ROTC; all of our interaction has been off-duty.  We have always discussed the nature of professional AF leadership, especially in the context of morality and ethics.  I have never questioned his loyalty, dedication, or professionalism.  He has always shown steadfast determination to succeed as an officer and a gentleman.  To the best of my knowledge, he has never failed to meet AF expectations while excelling at his mission.

4.  I heartily recommend that Maj Almy be retained on active duty status.  Nothing I know or have ever heard about Mike would lead me to believe he is not capable of being the best kind of AF leader—the type we need most during this period of extreme operational stress in the on-going War on Terror.  His departure would be a significant loss to the USAF and a personal loss to me.

Scott D. Weenum, Maj, USAF
Defense Intelligence Agency
Regional Assessments Office



**DEPARTMENT OF THE AIR FORCE**
Joint STARS Test Force
Melbourne, FL

MEMORANDUM FOR RECORD                                        25 January 2006

FROM: Captain Stuart A. Williamson

SUBJECT:  Character Reference Letter -- Major Michael D. Almy

1. My name is Capt Stuart Williamson, I am currently the Operational Test Director for AFOTEC Det 3 at Operating Location Melbourne Florida. My previous assignment was with the 606th Air Control Squadron at Spangdahlem AFB Germany. While assigned there I held positions as Chief Plans and Exercises, Chief of Operations Training, Chief of Standards and Evaluations, and Flight Commander. I have been on active duty for eight years.

2. While assigned to the 606th ACS Major Michael Almy was assigned to the squadron as the Director of Logistics (LG). Since he was in charge of the logistics side of the squadron and I was on the operations side of the squadron I did not fall under his chain of command. However, both logistics and operations function together to adequately accomplish the overall mission. During duty, my interaction with Major Almy was limited but, in the event that the Director of Operations was not available I would occasionally work directly with Major Almy for support of operations. We did not spend time together outside the workplace.

3. When Major Almy took over as the LG I felt that the logistics side of the house was better organized and more efficient than under the previous LG. He seemed to have excellent organizational skills that honed the maintenance side into a well-oiled machine. From Sep 04 -- Jan 05 Major Almy deployed with the squadron to Balad, Iraq, as the LG. Overall, our mission equipment reliability was outstanding even in the face of extremely hazardous conditions. He was pleasant to work with, understood the importance of our mission and what each member of the 606th brought to the fight (Ops or LG). To me he seemed like an intelligent and empowering leader who listened to the advice of his experienced NCOs.

4. I would recommend retention for Major Almy and would work with him again in and out of combat.

*STUART A. WILLIAMSON, Capt, USAF*
*AFOTEC DET-3/OL-MF Test Director*



DEPARTMENT OF THE AIR FORCE
606TH AIR CONTROL SQUADRON (USAFE)

13 February 2006

MEMORANDUM FOR RECORD

FROM:  Captain Timothy J. Higgins

SUBJECT:  Character Reference – Major Almy

1.  I am Captain Tim Higgins, Assistant Director of Operations, 606th Air Control Squadron.  I have served the Air Force for 17 years as both enlisted and officer.

2.  I have known Major Almy since his assignment to the 606th two years ago as the head of our maintenance directorate (LG).  My relationship has only been that of a co-worker.  My work with Major Almy mainly involved coordinating with him to insure operations requirements were met without a detriment to maintenance training.  I worked with him in this capacity both at Spangdahlem and deployed to Iraq.

3.  Of the four maintenance directorate chiefs I have worked with at the 606th, Major Almy is by far the finest.  During his tenure as LG, he had maintenance training at the highest levels seen to date without sacrificing operations training.  His troops respected him because they believed he had their best interests at heart.

4.  Major Almy is an Air Force asset.  He gets the training done needed to go to combat and then executes the mission.  I would gladly work with him again anytime.

TIMOTHY J. HIGGINS, Captain, USAF
606 ACS/ADO



**DEPARTMENT OF THE AIR FORCE**
52D FIGHTER WING (USAFE)

8 February 2006

Chaplain, Capt, Hyral (Buddy) Walker, Jr.
52 FW/HC
UNIT 3680 BOX 70
APO AE 09126-8070

To Whom It May Concern

    This letter should serve as a reference to the character of Maj Michael D. Almy. As his chaplain I have been privileged to know Maj Almy on several levels. He is first and foremost a dedicated leader in the Profession of Arms. Not a month goes by that I don't run across troops who served under Maj Almy while he worked in the 606 ACS here in Germany, or in a deployed setting. They spontaneously shower the Major with praise, and offer unsolicited admiration attesting to his positive affects as supervisor, mentor and everything our Air Force folks need in a Line Officer. "I really miss working for him," is a typical quote often heard around his old shop.

    On another level, I can share with you that Maj Almy is a man who cares for our Air Force family in genuine, visible and sometimes anonymous ways. He has provided great emotional support for spouses and family members of deployed members, keeping them company, cooking meals, offering a shoulder to cry on, empowering them to stay connected with their absent loved ones. On Town Patrol, Maj Almy is the "dad-like" voice to the young partying airmen: able to balance checking on their ride home status or Wingman plans with not spoiling their good time. He is everything we want out there on our troops' behalf, whether down range, or outside the gate.

    And then there's Mike Almy. He is a loyal friend and a Christian gentleman. He attends our Spangdahlem chapel services, and is ever ready to engage in deep theological, philosophical and meaningful moral discussions which invite one to grow as a human being and a good citizen. Knowing him in this light, I have no doubt but that he is a man of integrity who lives out what he thinks and believes. Personally, I would rather know I had colleagues and friends of his caliber serving with me in this challenging 21st Century Air Force, than not.

HYRAL B. WALKER, JR., Ch, Capt, USAF
Chaplain
Office of the Wing Chaplain



# DEPARTMENT OF THE AIR FORCE
## 52D FIGHTER WING (USAFE)

3 Feb 06

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM: Captain Quintin P. Tran

SUBJECT: Character Reference Letter -- Major Mike Almy

1. I've been in the Air Force for 7 years and I've held numerous supervisory positions. I currently supervise 105 personnel.

2. I met Maj Almy in early 2004 when I was putting together the annual maintenance award banquet and he was the wing's recipient of the Leo Marquez FGO of the year award. Our interactions have been quite frequent since I moved back to the Communications Squadron in Aug 2004. I've worked several projects with Maj Almy and his knowledge of the communications career field is phenomenal. He's been a great mentor to me and several young officers in the squadron. Additionally, he and I were a part of the squadron team that trained and ran the Athens Marathon.

3. Maj Almy is a very positive and knowledgeable officer who's willing to share his experience. He's currently working in our Plans and Programs flight and has made great contributions to all projects that he's touched. My dealings with him at work have always been very professional and productive. From my experience, he epitomizes what an Air Force officer should be. He cares about the job and he takes care of the people to ensure mission success.

QUINTIN P. TRAN, Capt, USAF
52 CS/Information Systems Flight

-15-



DEPARTMENT OF THE AIR FORCE
733D AIR MOBILITY SQUADRON (AMC)

10 February 2006

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM: 1Lt Rahsul J. Freeman

SUBJECT: Character Reference - Maj Michael D. Almy

1. My name is 1st Lt Rahsul Freeman, 733 AMS Executive Officer. I have had the privilege of serving in the United States Air Force for 13 years. During this 13-year period I have directly and indirectly supervised nearly 100 military and civilian personnel as an NCOIC, OIC and as a Flight Commander.

2. From 4 Jan 2004 to 1 March 2005, I worked directly for Major Michael D. Almy in the 606th Air Control Squadron, Spangdahlem, AB Germany. During my 15 months in the 606 ACS, I interacted with Maj Almy on a daily basis. After my PCA from 606 ACS, our mentor/mentoree relationship continued as Maj Almy continued to challenge me, especially concerning my professional reading.

3. Maj Almy has always exhibited nothing short of impeccable professionalism and integrity. He was one of the most respected leaders in the squadron thanks to his no nonsense approach to mission accomplishment and dedication to the squadron in both directions of the chain of command. His quiet confidence was only outdone by his willingness to listen to suggestions from all squadron personnel regardless of their rank. I was especially impressed by his ability to listen to suggestions primarily, because Maj Almy seemed to already know more than any other member of the squadron about Combat Comm, deployment operations and radio maintenance. I can say without any reservation that Maj Almy was the best supervisor I have ever had.

4. It is my sincere desire that Maj Almy be retained in the Air Force so he may continue to mentor and lead people. It would be an absolute travesty to lose such an outstanding officer and superior leader.

RAHSUL J. FREEMAN, 1st Lt, USAF
Executive Officer

*"En Route Pacesetters"*

-16-



DEPARTMENT OF THE AIR FORCE
52D FIGHTER WING (USAFE)
606ᵗʰ AIR CONTROL SQUADRON

23 January 2006

MEMORANDUM FOR RECORD

FROM: 1LT Bryan M. Zollinger

SUBJECT:  Character Reference Letter – Maj. Almy

1. I have been at Spangdahlem AB for two years and currently I am assigned to the 606 ACS as the Officer in Charge of Theater Deployable Communications and as an interim Flight Commander. I oversee about 40 people and I am responsible to the Chief of Maintenance for the unit's primary command and control equipment.

2. I met Maj Almy when I arrived at 606 ACS in April 2003 and I was placed under his direct supervision. As part of the ACE Lt. program I moved about the squadron spending time with each maintenance work center in an effort to gain an overall understanding of how tactical communications are employed. Maj Almy was the Chief of Maintenance at the time and he spent considerable time ensuring that I knew and understood the key components of tactical communications.  I consider Maj Almy as my mentor. Under his guidance I was able to take part in several squadron exercises and one deployment to Iraq. During this time I not only gained invaluable communications experience but I also got to witness a true example of leadership and officership.

3. As a graduate of the Virginia Military Institute I have seen plenty examples of good and bad leadership.  Based on my personal and professional interaction with Maj Almy I can say that he is truly one of the best.  As the Chief of Maintenance he was responsible for over 180 people.  One would be hard pressed to find someone in the directorate that did not respect him.  His troops loved working for him and were willing to do anything for him at a moment's notice.  He demands the best out of his people and always gets it.  If given the opportunity to work for Maj Almy again, my answer would be a resounding YES!  If removed, the Air Force would be losing a great man and a great leader.  When he was relieved of his duties as Chief of Maintenance the 606 ACS fell apart.  It became painfully evident how important Maj Almy was not only to the mission but to his troops.

BRYAN M. ZOLLINGER, 1LT, USAF
606ᵀᴴ Air Control Squadron

-17-

7 Feb 2006

MEMORANDUM FOR 52FW/CC

FROM: Leslie D. McElya, SMSgt, USAF (Retired)

SUBJECT:  Character Statement for Major Michael D. Almy

My name is Leslie D. McElya.  I am a retired USAF Senior Master Sergeant.  My last assignment in the Air Force was a Superintendent, Support Systems Flight, 606th Air Control Squadron, Spangdahlem Air Base, Germany.  I served in that position from August 2003 to my retirement in July 2005.  Prior to that position I had served as the superintendent of the Mission Support Flight in the 606th from Nov 2000 till August 2003.  During that time I managed up to 65 military personnel in the grades of Airman Basic through Master Sergeant.  I retired from the Air Force with almost 27 years of service.  In my distinguished career I have been recognized on many occasions with various decorations and awards.  These include but are not limited to; 1998 67IW Leo Marquez and 16th Air Force 2000 Leo Marquez Award winner.  I have been awarded two Achievement Medals, three Commendation Medals and three Meritorious Service Medals and have been selected several times as squadron and group SNCO of the Quarter and once as Squadron SNCO of the Year.

I first met Major Almy in August 2003 when he was assigned as Chief of Maintenance 606th Air Control Squadron.  As Superintendent of one of the three flights in maintenance I reported to him on our in garrison status and ability to deploy in support of USAFE and NATO exercises and real world contingencies.

During this time I had the opportunity to observe Major Almy's ability to manage and lead personnel on a daily basis.  He is an outstanding officer and leader.  I had the opportunity on numerous occasions to see him positively have an impact on personnel and was directly responsible for the unit ability to meet NATO taskings.  I was deployed with him during NATO Exercise CLEAN HUNTER 2004.  His leadership was key to our successful completion of the mission.  He was well liked and respected by the enlisted personnel in the unit.

I feel that Major Almy should be retained in the Air Force.  This is a man and an officer that I would be honored to serve under again.  He was one of the best that I had served with in almost 27 years of service.  Thank you for allowing me the opportunity to address this issue.

//SIGNED//
LESLIE D. MCELYA, SMSgt, USAF (Retired)

**DEPARTMENT OF THE AIR FORCE**
52D FIGHTER WING (USAFE)



30 Jan 06

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM:  MSGT DAVID H. HOGDEN

SUBJECT: Character Reference Letter – Maj Michael D. Almy

1.  My name is MSgt David H. Hogden. I have been in the Air Force for 22 years.  Currently, I am NCOIC, Computer Maintenance, 606th Air Control Squadron where I am responsible for 15 Airmen and $33 million in Air Force inventory.

2.  I have worked for Major Almy since Aug 2003, when he assumed leadership as the Directorate Commander (Chief of Maintenance of Electronic Systems) for the 606th Air Control Squadron.  Major Almy was directly responsible for over 15 work-centers and 180 personnel. During this time I had daily interaction with Maj Almy.

3.  Maj Almy always most impressed me with his compassion and dedication to duty. Both were common place.  He is the type of leader you could count on to listen and provide help or advice without reservation.  During our deployment to Iraq, I was injured during a mortar attack at Balad.  During my 6-day stay at the hospital Maj Almy did not miss a day without checking on me (and my family back home).  On duty, we always knew the direction we were heading and Maj Almy gave us a sense of pride in our mission.  He was often hard but always fair; exactly how a leader should be.  In a nutshell he is exactly what I expect, and would want, in an officer. In my 22 years of service I consider him to be the finest Chief of Maintenance (without exception) that I have had the pleasure to serve under.  I am extremely honored to have been asked my Major Almy to write this letter.

DAVID H. HOGDEN, MSgt, USAF
NCOIC Computer Maintenance

-19-



**DEPARTMENT OF THE AIR FORCE**
**52D FIGHTER WING (USAFE)**

MEMORANDUM FOR ALL REVIEWING AUTHORITIES                13 Feb 06

FROM: TSgt Denise D. Hyre

SUBJECT: Character Reference Letter – Major Almy

1. I am an Independent Duty Medical Technician with the 606th Air Control Squadron, Spangdahlem AB Germany and have served with the 606 ACS for 4 years and the military for 13 years. I have been a supervisor on and off during that period as my duty is usually a one/two person manned slot.

2. The purpose of this letter is to provide a character reference for Major Michael Almy whom I have known as the Logistics/Maintanence Commander for 3 years. During the work week daily interaction was not at all uncommon as Maj Almy made a point to visit every office under his command for a brief morning interlude.

3. I have been consistently impressed by both Maj Almy's attitude towards his work and his performance on the job. His interpersonal and communication skills have allowed him to develop productive working relationships and an enviable rapport with both our officer and enlisted corps. He has the listening, counseling and analytical skills that are necessary in his position to diagnose problems and devise viable solutions; through this his ability to get work done through the enlisted personnel has been outstanding, and is notably respected by the people who have worked under his supervision. His ability to remain unflustered during frenzied periods of high operations tempos and vast deployments have demonstrated his ability to work extremely well under pressure. A coveted characteristic most leaders strive to achieve comes naturally in this individual.

4. I wholeheartedly recommend him for retention without any reservations. We need such skilled officers and leaders with the future challenges we face in the Air Force.

DENISE D. HYRE, TSgt, USAF
Assistant NCOIC Medical Section
606 ACS/ CRM, IDMT



**DEPARTMENT OF THE AIR FORCE**
52D FIGHTER WING (USAFE)

8 February 2006

MEMORANDUM FOR ALL REVIEWING AUTHORITIES

FROM: SSgt Thomas Ray

SUBJECT: Character Reference Letter – Maj Michael Almy

1. My name is SSgt Thomas Ray and I am currently filling the Resource Advisor position in the 606 Air Control Squadron. My normal duty title is Satellite and Wideband Systems Technician. The total time I have spent on active duty is 9 years and have supervised 11 personnel.

2. As a subordinate, I have worked directly and indirectly for Maj Almy over the past 6 years. We served together at the 3rd Combat Communications Group while stationed at Tinker AFB, OK, and he was my Chief of Maintenance at the 606 Air Control Squadron, Spangdahlem AB, GE. My interaction with the correspondent was always on a professional level at work or at an official military function.

3. The most recent timeframe that I have worked for Maj Almy was while he was the Chief of Maintenance at the 606 ACS from September 2003 to March 2005. Maj Almy was always known for taking care of his people. He displays professionalism to the highest level and was highly respected by Co-workers. Maj Almy is a people person and was always out in the work centers getting to know his troops. He was easy to work for in that he empowered his NCOs to perform the mission. He was always knowledgeable about what was going on and could give good advice. He was never afraid to make a decision and stand by his word. Maj Almy always had an ear to listen and give knowledgeable advice. His straightforwardness and honesty was never questionable. He could be trusted with his word and sought after for advice.

4. My recommendation would be that the Air Force would benefit by keeping Maj Almy on active duty. He is the perfect icon of an Air Force officer displaying professionalism and military bearing in every aspect of his work related duties. His leadership skills are few and far between among officers in the Air Force today. I would prefer to serve under an officer of his stature without hesitation.

THOMAS RAY, SSgt, USAF
606 Air Control Squadron Resource Advisor

To All Concerned:

I have known Major Mike Almy for several years, and we have become close friends in the process. While he was deployed and serving the needs of our country in Iraq we corresponded frequently through email. In so doing, we exchanged several humorous emails and wrote a few lighthearted anecdotes, NONE of which reflect actual conduct on anyone's behalf.

I have seen Major Almy in many social settings and have never known him to exhibit any homosexual or otherwise deviant conduct whatsoever. I consider it an honor to have him as a friend, and am personally grateful for his service to our nation and the sacrifices he has made. I consider it to be an extreme disservice to the Air Force and a waste of tax-payer resources of the United States should these ridiculous proceedings continue. Based on my knowledge of his character and loyalty, I urge this board to drop this matter in its entirety.

Very Respectfully,

Craig Weatherwax

I have known Major Almy for several years, both in a professional and personal environment. We were fortunate enough to have worked together at the beginning of the War and the feedback I heard on his performance, from his superiors as well as his subordinates, was nothing short of outstanding. I have the utmost respect for Major Almy and firmly believe that he has the talent and the tenacity to promote to the rank of General if that is what he chooses for his career path.

I was quite astonished to learn that he has been relieved from his job due to homosexual allegations. I have never known him to exhibit any homosexual conduct, verbalize any homosexual tendencies or show any propensity to do so. In fact, I would be so bold as to admit that these allegations cross a fine line of personal violation – as it is my understanding that the evidence was found on local hard drives to which many people had access to. It is common knowledge that files and e-mails located on local drives are subject to manipulation by all personnel who are granted access.

Major Almy is a man of sterling character and an unparalleled work ethic, as exampled by his most recent recognition of the top Air Force Communications Officer in Europe. I strongly encourage this board to review the chain of custody of evidence that was documented during the investigation. I believe you will find that this case against Major Almy is without merit and deserves to be dismissed immediately. Major Almy is a model Air Force Officer that clearly needs to get on with the business of defending our great Country.

Thank you for your consideration in this matter.

Paul Tripp