1  DAN WOODS (State Bar No. 78638)
   EARLE MILLER (State Bar No. 116864)
2  AARON KAHN (State Bar No. 238505)
   WHITE & CASE LLP
3  633 W. Fifth Street, Suite 1900
   Los Angeles, CA  90071-2007
4  Telephone:  (213) 620-7700
   Facsimile:  (213) 452-2329
5  Email:      dwoods@whitecase.com
   Email:      emiller@whitecase.com
6  Email:      aakahn@whitecase.com

7  Attorneys for Plaintiff
   Log Cabin Republicans

8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12  LOG CABIN REPUBLICANS, a non-        Case No.  CV 04-8425 VAP (Ex)
    profit corporation,
13                                       **DECLARATION OF ANTHONY
                                         LOVERDE IN SUPPORT OF
14               Plaintiff,              PLAINTIFF LOG CABIN
                                         REPUBLICANS' SUPPLEMENTAL
15           vs.                         BRIEF ON APPLICATION OF <u>WITT</u>
                                         STANDARD OF REVIEW**
16  UNITED STATES OF AMERICA and
    ROBERT M. GATES (substituted for     Judge:    Hon. Virginia A. Phillips
17  Donald H. Rumsfeld pursuant to FRCP
    25(d)), SECRETARY OF DEFENSE,
18  in his official capacity,

19               Defendants.             Complaint filed:   October 12, 2004
                                         Trial:             July 13, 2010
20

21            <u>**DECLARATION OF ANTHONY LOVERDE**</u>

22       I, Anthony Loverde, declare as follows:

23       1.    I am over 18 years old and, if called as a witness, I would be able to

24  testify competently, of my own personal knowledge, to the truth of the matters

25  contained in this declaration.

26       2.    I served as an active duty member of the United States Air Force from

27  February 13, 2001 to July 13, 2008.

28

DECLARATION OF ANTHONY LOVERDE IN SUPPORT OF PLAINTIFF LOG
CABIN REPUBLICANS' SUPPLEMENTAL BRIEF ON APPLICATION OF
<u>WITT</u> STANDARD OF REVIEW

LOSANGELES 867902 v2 (2K)

1    3.    When I enlisted in the United States Air Force in February 2001, I was

2    21 years old.  When I enlisted, I had a rank of E-1 (Airman).  I originally

3    committed to remain in the Air Force until February 2007.

4    4.    I was assigned to Lackland Air Force Base in San Antonio, Texas for

5    basic training where I remained until April 2001.  Upon completion of basic

6    training, I was promoted to the rank of E-3 (Airman First Class).  I was then sent to

7    Keesler Air Force Base in Biloxi, Mississippi for further training where I remained

8    until December 2001.

9    5.    In December 2001, I was assigned to Ramstein Air Base located near

10   Kaiserslautern, Germany.  While there, I served as a member of the 86th

11   Maintenance Squadron.  I worked as a Precision Measurement Equipment

12   Laboratory technician and was responsible for calibrating weapons systems in the

13   United States Air Forces in Europe, Southwest Asia, and the Continental United

14   States.

15   6.    While serving in Germany, I did not tell any members of my command

16   that I am homosexual.  But I also did not go to great lengths to conceal my

17   sexuality through my actions.  For example, in December 2001, I attended an off

18   base military holiday party in Germany wearing a blue velvet shirt, black leather

19   pants and sporting spiked hair.  At the party were approximately forty enlisted

20   members I worked with, including my supervisors from the ranks of Major

21   Sergeant (E-7) to Chief Master Sergeant (E-9).  Additionally, when members of my

22   command asked me what kind of girls I liked, I would say "rugged ones with broad

23   shoulders."

24   7.    As a reward for my exceptional work at Ramstein Air Base in

25   Germany, I was awarded early promotion to rank E-4 (Senior Airman), deemed a

26   distinguished graduate from the United States Air Force Airman Leadership

27   School, and obtained a 7-level craftsman proficiency badge within my first four

28   years of service.

-2-

DECLARATION OF ANTHONY LOVERDE IN SUPPORT OF PLAINTIFF LOG
CABIN REPUBLICANS' SUPPLEMENTAL BRIEF ON APPLICATION OF
WITT STANDARD OF REVIEW

1       8.      In August 2004, while at Ramstein Air Base in Germany, I was also

2    promoted to Staff Sergeant (E-5).

3       9.      In January 2005, I was transferred from Ramstein Air Base to Edwards

4    Air Force Base in Edwards, California.  At Edwards Air Force Base, I was a

5    Precision Measurement Equipment Laboratory technician.

6       10.     From September 2005 to January 2006, I deployed to Al Udeid Air

7    Base in Qatar in support of Operation Enduring Freedom and Operation Iraqi

8    Freedom.  While in Qatar, I held the position of Precision Measurement Equipment

9    Laboratory Scheduler, Non-Commissioned Officer, in charge of Production

10   Control.  I maintained coordination between 201 military units and the Air Force

11   requirements for electronic calibration and measurements with logistics ranging

12   through Africa, Iraq, Afghanistan, Kuwait and eight other countries.

13      11.     In January 2006, I returned to Edwards Air Force Base.  Given that my

14   enlistment was to expire in February 2007, I began considering whether I would

15   leave the Air Force in 2007.  Although I desired to remain in the Air Force, I found

16   it extremely difficult to not be able to declare that I am homosexual to my fellow

17   soldiers.

18      12.     I weighed my options and decided that if I were to pursue a new career

19   field in the Air Force, I may be better able to serve my country while concealing my

20   sexuality.  I re-enlisted so that I would have the time to receive additional training

21   in a new career field.

22      13.     In July 2006, I applied to be trained as an aircrew member (commonly

23   known as a "loadmaster") on a Lockheed C-130 Hercules aircraft and was

24   accepted.  In June 2007, I completed my loadmaster training.

25      14.     In July 2007, I was transferred from Edwards Air Force Base to the

26   37th Airlift Squadron at Ramstein Air Base in Germany.

27

28
                                              -3-
                         DECLARATION OF ANTHONY LOVERDE IN SUPPORT OF PLAINTIFF LOG
                         CABIN REPUBLICANS' SUPPLEMENTAL BRIEF ON APPLICATION OF
LOSANGELES 867902 v2 (2K)                WITT STANDARD OF REVIEW

1    15.    In December 2007, I deployed to Ali Al Salem Air Base in Kuwait to

2  serve with the 386th Expeditionary Operations Group in support of Operation Iraqi

3  Freedom.  I remained in Kuwait until April 2008.  During this deployment, I flew

4  sixty-one combat missions into Iraq, during many of which I faced small arms fire,

5  surface to air missiles and inclement weather.  As a result of these combat missions,

6  I was awarded two Air Medals.

7    16.    While I served in Kuwait and Iraq, I endured the constant harassment

8  of my supervisor, who repeatedly made homophobic remarks to me and my unit.

9  Although I strongly desired to speak out in defense of my concealed sexuality in

10  these instances, I repeatedly resisted the urge to do so in order to protect my career.

11    17.    In April 2008, I returned to Ramstein Air Base in Germany.  After

12  years of concealing my sexuality and enduring a slew of homosexual remarks made

13  by my supervisor while I was in Kuwait and Iraq, I decided that I could no longer

14  conceal my sexuality from my command.  I sent an email to my First Sergeant and

15  later my Commander advising them that I am homosexual and could no longer

16  abide by Don't Ask, Don't Tell, but still wanted to serve.  Although I had told a

17  handful of members of the Air Force that I am homosexual, I had never come out to

18  anyone in my command.

19    18.    Once news of my homosexuality spread to the members of my

20  command, they told me they were not surprised.  They said it was an unspoken

21  truth that I am homosexual.

22    19.    After I came out, three servicemembers called me to apologize for

23  making homophobic comments prior to me revealing my sexual orientation.  One

24  servicemember told me that I had changed the way he views homosexual people.

25  He told me he would be honored to be deployed and serve with me any day and any

26  time.

27

28
                                              -4-
                    DECLARATION OF ANTHONY LOVERDE IN SUPPORT OF PLAINTIFF LOG
                    CABIN REPUBLICANS' SUPPLEMENTAL BRIEF ON APPLICATION OF
LOSANGELES 867902 v2 (2K)                  WITT STANDARD OF REVIEW

1      20.    I was removed from flying status in April 2008.  Although I remained

2  on active duty, I was assigned to an administrative desk job.

3      21.    All of my supervisors from the ranks of Major Sergeant (E7) to Chief

4  Master Sergeant (E9) wrote character reference letters that requested my retention.

5  Copies of these character reference letters are attached hereto as Exhibit "A."

6      22.    I served as an openly homosexual man for a couple of months.  During

7  this time, I made sure that everybody knew I am homosexual and was being forced

8  to leave the Air Force because of it.  During this time, no servicemembers

9  approached me to tell me they had a problem with my sexual orientation.

10      23.    I signed a waiver of my right to contest my discharge so that I would

11  be honorably discharged.

12      24.    I was honorably discharged from the United States Air Force on July

13  13, 2008.

14      25.    Within three weeks of separation, I accepted employment in Iraq to

15  support the United States Army as a defense contractor.  I held several posts in Iraq

16  and Afghanistan and was greatly respected by my military unit as an openly

17  homosexual contractor.

18      26.    My contracting job was the same job that I had performed when I was

19  in the Air Force—I worked in the calibration lab.  The only difference was that

20  Don't Ask, Don't Tell did not apply to my civilian work.  As a contractor, I worked

21  alongside the same Airmen that I had worked with on active duty in the Air Force,

22  but this time, as an openly homosexual man.  Everyone I worked with was very

23  accepting of my openly homosexual status and it did not impact the mission.  My

24  sexual orientation was a non-issue.

25      27.    I left my contracting job and returned to California in May 2009.

26

27

28

-5-

DECLARATION OF ANTHONY LOVERDE IN SUPPORT OF PLAINTIFF LOG
CABIN REPUBLICANS' SUPPLEMENTAL BRIEF ON APPLICATION OF
WITT STANDARD OF REVIEW

LOSANGELES 867902 v2 (2K)

28.    If Don't Ask, Don't Tell is overturned, I would rejoin the United States Air Force.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this __18__ day of June 2010, at San Francisco, California.

_____

Anthony Loverde

- 6 -

DECLARATION OF ANTHONY LOVERDE IN SUPPORT OF PLAINTIFF LOG CABIN REPUBLICANS' SUPPLEMENTAL BRIEF ON APPLICATION OF WITT STANDARD OF REVIEW

@002                                    OFFICEMAX                    06/18/2010 10:46 FAX 19169309587

# EXHIBIT A

28 APR 2008

-7-

MEMORANDUM FOR 37/CC

FROM: MSgt Patrick Nutt

SUBJECT: Character Reference Letter – SSgt Loverde

1. My name is MSgt Patrick Nutt. I am currently the ACC PMEL Functional Manager. I have been in the Air Force for 15 years.

2. I knew SSgt Loverde for about 2 years. As an element chief, I directly supervised SSgt Loverde. In addition, I attended two off-duty civilian college classes with SSgt Loverde.

3. I have always observed SSgt Loverde to be a loyal and honest professional. He accepted every challenge with vigor and determination. He was courteous and professional, but never shied away from speaking out when he saw an opportunity to improve the flight. I considered SSgt Loverde to be one of my best Airmen, and he was a true leader among his peers.

4. I believe SSgt Loverde to be a tremendous asset to the United States Air Force. He epitomizes everything we look for in an Airman. He always put the needs of the Air Force before his own. He demonstrated integrity and excellence in every task he undertook. I am proud to SSgt Loverde a fellow Airman.

PATRICK W NUTT, MSgt, USAF
HQ ACC AMIC/PMAP

Date

MEMORANDUM FOR 37/CC

FROM:  MSgt Robert E. Eslinger

SUBJECT:  Character Reference Letter – SSgt Loverde

1.  I am currently the first sergeant for the 86th Construction and Training Squadron, and have been a first sergeant for 3-1/2 years.  Before that, I was an element supervisor in the Precision Measurement Equipment Laboratory (PMEL) at Ramstein AB.  Aside from my first sergeant experience, I have been a supervisor in the Air Force for approximately 16 years.

2.  It was while serving at the Ramstein PMEL that I got to know SSgt Anthony (Tony) Loverde.  He worked for me for several months as a technician in the DC/Low Frequency Measurements element of the laboratory.  This was shortly after he had graduated from technical training, so I was very closely involved in much of his on the job training and early mentorship.

3.  One of the first things that struck me about SSgt Loverde was his sound work ethic and maturity.  Even as a young Airman, he always displayed a sharp sense of professionalism and leadership ability.  This was illustrated by his promotion to Senior Airman below-the-zone and selection for promotion to Staff Sergeant on his first attempt.  As a PMEL technician, Tony always produced high quality work, and I always knew that I could count on him to get the job done right.

4.  I recall that when Tony was nearing the end of his first enlistment, he was struggling with the decision to reenlist or not.  I remember telling him that he was exactly the kind of person the Air Force needs to retain… because of his professionalism, integrity, and devotion to duty.  I have not changed my opinion today.  I still firmly believe that if SSgt Anthony Loverde is allowed to continue to serve in the Air Force, he will do so honorably.  I would most certainly want him to work for me again.  In fact, I would even work for him if that opportunity ever presented itself.  For this reason, I fully recommend that you consider retaining him in the Air Force.  He has the potential to go very far in whatever endeavor he pursues… I hope that includes continued service to our nation.  If retention is not an option, then an honorable discharge is imperative.  Thank you for your consideration.

FIRST MI. LASTNAME, Rank, USAF
Unit/Organization

-8-



DEPARTMENT OF THE AIR FORCE
86TH AIRLIFT WING (USAFE)

2 Jun 08

MEMORANDUM FOR 37 AS/CC

FROM: CMSgt Michael S. Yakowenko
        86 MXS/MXM

SUBJECT: Character Reference—SSgt Anthony Loverde

1. It has come to my attention that SSgt Anthony Loverde is being processed for discharge from the US Air Force as a result of revealing his homosexual orientation to you. The purpose of my writing is to personally vouch for the outstanding service and character of SSgt Loverde.

2. I have known Tony for nearly 4 years. I was his flight chief in the 412th Maintenance Squadron at Edwards AFB and have maintained contact with him during his cross-training and reassignment here to Ramstein Air Base. Throughout this time, he has been nothing less than an outstanding NCO. He is well-respected by his peers, subordinates and superiors as a valuable asset to the United States. His exceptional work ethic has only been matched by his concern for fellow Airmen and professional conduct on- and off-duty. In fact, I would submit it is only his high level of integrity that prompted the necessity of this letter. In addition, he has served Operation IRAQI FREEDOM and Operation ENDURING FREEDOM deployments, as both a maintainer and operator, with outstanding results.

3. You would be hard-pressed to find a person demonstrating more integrity, service and excellence than SSgt Loverde. If you have any option to retain him in the US Air Force; I recommend we retain this professional Airman. I am confident he will continue to serve our country and Air Force in the exemplary manner he has for the previous years. If retention is not possible, anything short of an honorable discharge would be an injustice to a fine American veteran.

4. Feel free to contact me if you would like more information at 480-7798 or by email at: michael.yakowenko@ramstein.af.mil

MICHAEL S. YAKOWENKO, CMSgt, USAF
Superintendent, 86th Maintenance Squadron

-9-



**DEPARTMENT OF THE AIR FORCE**
86TH AIRLIFT WING (USAFE)

28 April 2008

MEMORANDUM FOR 37/CC

FROM: SMSgt Richard W. Horn

SUBJECT: Character Reference Letter – SSgt Loverde

1. I am SMSgt Richard Horn. I've been in the Air Force 23 years and worked at five different Precision Measurement Equipment Laboratories (PMEL) at various bases to include one NATO assignment. My current duty title is the 86 Maintenance Group Quality Assurance Superintendent. I have been a supervisor for the last 12 years of my career supervising as many as 21 people at one time. In my current duty position I supervise 14 quality inspectors ensuring the quality of maintenance on 20 C-130E aircraft.

2. I first met SSgt Anthony (Tony) Loverde when I arrived at Ramstein in February 2004. At that time he was a SrA. I worked with him at Ramstein on and off from February 2004 until he PCS'd to Edwards AFB. I also worked with him again during a deployment from August 2005 to January 2006. Although I have never interacted with him outside of work, I was his supervisor at various times at Ramstein to include being his Flight Chief during the deployment. As his supervisor, I provided career counseling and discussed his long term personal goals. It was also my impression that he felt at ease talking to me about problems with the work or with other personnel. In some respects I felt like a mentor to him.

3. In short, Tony has always been a strong asset to my team. He displays a concern for the mission and a strong desire to do the job right the first time. I have seen him work in three areas of the PMEL from the technical electronics maintenance arena to the tedious scheduling section. No matter what the task, he ensured he knew all the rules and completed each task on time and in a flawless manner. This includes performing assigned duties as well as helping other coworkers. Tony has always demonstrated the highest level of military bearing, honesty, and trustworthiness. Since I've know him, he has always been a self-starter both eager and able to accomplish his duties. I never had to ask him to stay longer when there was too much to do. He always took the initiative to stay until the job was done and done right. Tony was my scheduler at the deployed PMEL location where he successfully resurrected a substandard operation from the previous crew surpassing all my expectations. His level of customer support and ability to follow-up was uncanny. I truly believe it was all due to his ingenuity for thinking out of the box to solve problems.

4. I have recently learned of the situation requiring character reference letters for Tony. In my opinion, he has been a strong asset to the United States Air Force. I have enjoyed working with and around him. It is rare to find someone with his level of dedication and commitment. If I ever had the opportunity to build my "dream team" for work, I would take an entire crew of SSgt Loverdes over most other workers I have encountered. Should he be considered for retention, I would recommend it. If that is not an option, an honorable discharge is a must. All things considered, he is a superior Airman.

RICHARD W. HORN, SMSgt, USAF
Quality Assurance Superintendent
86 Maintenance Group, Ramstein AB

-10-