# EXHIBIT 1

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3                    EASTERN DIVISION

 4   LOG CABIN REPUBLICANS,         :

 5         Plaintiff,                :

 6            v.                     :   CA No. CV04-8425

 7                                   :        (VAP)(Ex)

 8   UNITED STATES OF AMERICA AND    :

 9   ROBERT GATES, Secretary of      :

10   Defense,                        :

11         Defendants.               :

12                                       Washington, D.C.

13                                       Friday, April 9, 2010

14   Deposition of

15         LAWRENCE KORB, Ph.D., called for

16   examination by counsel for Defendants, pursuant to

17   notice, at the United States Depart of Justice, 20

18   Massachusetts Avenue, Washington, D.C., commencing

19   at 9:03 a.m., before Barbara A. Huber, Notary

20   Public in and for the District of Columbia, when

21   were present on behalf of the respective parties:

22
```

Lawrence Korb, Ph.D.  April 9, 2010
Washington, DC

Page 39

1   A   That's correct.

2   Q   All right. And this report advocates

3   for the repeal of Don't Ask, Don't Tell, correct?

4   A   That's correct.

5   Q   It's pretty fair to say you are a strong

6   advocate for the repeal of Don't Ask, Don't Tell,

7   correct?

8   A   That's correct.

9   Q   Okay. Who was the intended audience of

10  this June 2009 report?

11  A   The intended audience of any reports

12  that the center does are the media --

13  Q   Uh-huh.

14  A   -- members of the executive and

15  legislative branches --

16  Q   Uh-huh.

17  A   -- scholars, students, the general

18  public.

19  Q   So really just as broad a net as

20  possible, right?

21  A   That's correct.

22  Q   Okay. We talked a little bit about the

Lawrence Korb, Ph.D.  
Washington, DC  
April 9, 2010

Page 130

1   people in connection with this study.  Who did you
2   talk to?
3       A    I talked to Dr. Belkin.
4       Q    By the way, this study we're referring
5   to is a study by the Palm Center?
6       A    That's correct.
7       Q    The Palm Center is another organization
8   that is seeking to repeal Don't Ask, Don't Tell?
9       A    That's correct.
10      Q    They're an advocacy group in favor of
11  the repeal of Don't Ask, Don't Tell?
12      A    That's correct.
13      Q    And Dr. Belkin is, what, the president
14  of the Palm Center?
15      A    The executive direct -- I don't know his
16  exact title.
17      Q    Sure.  Now, what did you talk to
18  Dr. Belkin about in connection with this study on
19  the cost of the policy?
20      A    Basically he -- as I can recall, his
21  feeling was that GAO did not look at all the data;
22  it was too narrow.