# EXHIBIT 2

```
1                 UNITED STATES DISTRICT COURT

2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

3                        EASTERN DIVISION

4    _____

5      LOG CABIN REPUBLICANS,                    )

6                                                )

7                  Plaintiff,                    )

8                                                ) Case No.

9            vs.                                 )

10                                                ) CV04-8425

11     UNITED STATES OF AMERICA AND ROBERT        ) (VAP)(Ex)

12     GATES, Secretary of Defense,               )

13                                                )

14                  Defendants.                   )

15                                                )

16    _____

17

18            DEPOSITION OF AARON BELKIN, Ph.D.

19                      March 5, 2010

20                 San Francisco, California

21

22    Reported by:

23    EMI ALBRIGHT

24    RPR, CSR No. 13042

25    Job No. 19676
```

```
 1        Q   Have you ever been fired from a
 2   position?
 3        A   No.
 4        Q   You ever served in the military?
 5        A   No.
 6        Q   Who funds the Palm Center?
 7        A   We get probably 97, 98 percent of our
 8   money from ten, plus or minus, sources that are
 9   basically stable from year to year.  These include
10   gay rights foundations and private donors, most of
11   whom are wealthy gay men.
12        Q   Who funds your particular research?
13        A   So my research doesn't really cost
14   anything because it's just at a desk.  Are you
15   talking about the Palm Center research or the book
16   on --
17        Q   You, Professor Belkin, if anybody
18   specifically funds your research --
19        A   Sorry.
20        Q   -- at the Palm Center?
21        A   Sorry.  So I have two lines of
22   research.  One is the work for the Palm Center and
23   the other is the book on military masculinity.
24   The work for the Palm Center is funded through the
25   Palm Center.  And the work on military masculinity
```

```
 1    it to the table?
 2         Q    Was that your expertise on that
 3    particular issue?
 4         A    Reading the study.
 5         Q    And then I believe you said
 6    commissioning it?
 7         A    No, because I helped -- I mean, I
 8    helped frame the research question.  And I also
 9    commissioned the Zogby report.  And I did not
10    write the questions in Zogby but I helped embed
11    the experiment of the Miller Moradi paper in the
12    Zogby study so that that analysis -- so that that
13    question could be tested.
14         Q    Who carried out the actual testing?
15         A    Miller and Moradi.
16         Q    Not you?
17         A    Right.
18         Q    When you say you framed the research
19    question, what does that mean?
20         A    Well, because we have had all these
21    polls that ask service members, should Don't Ask,
22    Don't Tell be repealed.  But we have never had a
23    statistical study of the plausibility of the unit
24    cohesion rationale.  I thought that we could use
25    the Zogby poll as a way to test the plausibility
```

1   of the unit cohesion rationale.  And so in order
2   to set the poll up to be able to sustain that
3   test, you had to include the right questions.  You
4   had to include questions about whether someone
5   knew a gay in their unit so you could get a
6   measure of outness for that unit, and you had to
7   include questions about the quality of the unit so
8   that they could then be correlated.
9        Q   That's what you did?
10       A   I did not write the questions but it
11  was my idea to have questions asking those things
12  on the survey.
13       Q   Okay.  But the actual formulation of
14  the questions, that was done by somebody else?
15       A   I cannot remember.  I may have written
16  a draft of some of the questions, but the final
17  version of the survey instrument was produced by
18  another scholar.
19       Q   Who was that?
20       A   Dr. Laura Miller.
21       Q   And then the actual execution of the
22  study, that was done by Miller and Moradi?
23       A   Moradi.
24       Q   Moradi?
25       A   Yes.