# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LACV04-8425 VAP(Ex) |
| Title: | LOG CABIN REPUBLICANS -v- UNITED STATES OF AMERICA, et al |
| Date | July 22, 2010 |

Present: The Honorable  VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | Sharon Seffens, Theresa Lanza |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Daniel J. Woods<br>Earle Miller<br>Aaron Kahn | Paul G. Freeborne, DOJ<br>Joshua Edward Gardner, DOJ<br>W. Scott Simpson, DOJ<br>Ryan Bradley Parker, DOJ |

 7th  Day Court Trial                     Day Jury Trial

___ One day trial:   ___ Begun (1st day);   X Held & Continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
X  Witnesses called, sworn and testified.   X Exhibits   X Exhibits admitted.
X  Plaintiff(s) rest.   X Defendant(s) rest.
___ Closing arguments made by ___ plaintiff(s) ___ defendant(s). ___ Court instructs jury.
___ Bailiff(s) sworn. ___ Jury retires to deliberate. ___ Jury resumes deliberations.
___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.
___ Jury polled. ___ Polling waived.
___ Filed Witness & Exhibit Lists ___ Filed jury notes. ___ Filed jury instructions.
___ Judgment by Court for ___ plaintiff(s) ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).
___ Case submitted.  ___ Briefs to be filed by
___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
X  Case continued to  July 23, 2010 at 8:30 a.m.  for further trial/further jury deliberation.

X  Other:  Plaintiff rests. Defendant reserves his right to argue motion for directed verdict. Defendants rely on the statute and the legislative record and does not call witnesses. Defendants rest.

 5  :  -
Initials of Deputy Clerk  md

cc: