UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. CV 04-08425-VAP (Ex) | | Date October 18, 2010 |

Title   LOG CABIN REPUBLICANS, a non-profit corporation -v- UNITED STATES OF AMERICA and DONALD H. RUMSFELD, SECRETARY OF DEFENSE, in his official capacity

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard | Theresa Lanza | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel Woods<br>Earle Miller | Paul G. Freeborne, DOJ |

Proceedings:   DEFENDANT UNITED STATES OF AMERICA'S EX PARTE APPLICATION FOR THE ENTRY OF AN EMERGENCY STAY (filed 10/14/2010, dkt no. 243)

The Court hears oral argument, and takes the matter under submission.

|   |   |   |
|---|---|---|
|   | - | :  20 |

Initials of Preparer   md