**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOG CABIN REPUBLICANS,<br><br>PLAINTIFF(S)<br>v.<br>UNITED STATES OF AMERICA,<br>ROBERT M. GATES, SECRETARY OF DEFENSE,<br>DEFENDANT(S). | CASE NUMBER<br><br>CV04-8425 VAP(Ex)<br><br>**ORDER STRIKING FILED DOCUMENTS FROM THE RECORD** |

WHEREAS, the documents listed below were improperly filed for the following reason(s)
Movant James E. Pietrangelo, II, is not a party to the above-entitled action.

IT IS HEREBY ORDERED that the documents shall be stricken from the record and shall not be considered by the Court:

| **Document Entitled** | **Filed** |
|---|---|
| Pietrangelo's Notice of Motion and Motion for Relief | 03/09/2011, docket no. 295 |
| Defendants' Opposition to Motion for Relief Filed by Non-Party James E. Pietrangelo | 03/21/2011, docket no. 297 |

IT IS FURTHER ORDERED that the documents shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.

March 22, 2011
Date

_Virginia A. Phillips_
United States District Judge/Magistrate Judge