**FILED**

**NOV 09 2011**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LOG CABIN REPUBLICANS, a non-profit corporation,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>UNITED STATES OF AMERICA; LEON PANETTA, Secretary of Defense, in his official capacity,<br><br>Defendants - Appellants. | No. 10-56634<br><br>D.C. No. 2:04-cv-08425-VAP-E<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| LOG CABIN REPUBLICANS, a non-profit corporation,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA; LEON PANETTA, Secretary of Defense, in his official capacity,<br><br>Defendants - Appellees. | No. 10-56813<br><br>D.C. No. 2:04-cv-08425-VAP-E<br>Central District of California,<br>Los Angeles |

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: ALARCÓN, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

The panel has voted to deny the Petition of Appellee Log Cabin Republicans for Panel Rehearing or for Rehearing En Banc. The panel has voted unanimously

to deny the petition for rehearing. Judges O'Scannlain and Silverman have voted to deny the petition for rehearing en banc, and Judge Alarcón has so recommended. The full court has been advised of the petition for rehearing en banc, and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The Petition of Appellee Log Cabin Republicans for Panel Rehearing or for Rehearing En Banc is DENIED.