1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LOG CABIN REPUBLICANS, a non-profit corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA and LEON E. PANETTA, SECRETARY OF DEFENSE, in his official capacity,<br><br>               Defendants. | Case No.  CV 04-8425 VAP (Ex)<br><br>**[PROPOSED] ORDER REGARDING PROCEDURE FOR HEARING OF MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>Date:     February 27, 2012<br>Time:    2:00 p.m.<br>Ctrm:    2 |
|---|---|

LOSANGELES 939426 (2K)

ORDER RE PROCEDURE FOR HEARING ON
MOTION FOR ATTORNEY'S FEES

1  Based on the stipulation of the parties, and good cause appearing, IT IS
2  ORDERED:

3  1. Log Cabin's motion for an award of attorney's fees and expenses shall
4  be set for hearing on February 27, 2012. Log Cabin shall file and serve its Motion
5  and supporting papers no later than January 12, 2012. The government shall file
6  and serve its opposition no later than February 6, 2012. Log Cabin shall file and
7  serve any reply no later than February 13, 2012.

8  2. Log Cabin's Motion shall make the necessary showings and
9  allegations required by 28 U.S.C. § 2412(d)(1)(B), and include a summary of its
10 claim, including total hours and amounts claimed by phase of the case, but need not
11 at this time attach its attorneys' detailed billing records or documentation regarding
12 claimed expenses. Log Cabin shall, however, make those records and
13 documentation available to the Court if requested. If the Court requests such
14 records and documentation, they shall also be made available to the Government for
15 review.

16 3. At the hearing on February 27, 2012 (or at such time thereafter as the
17 Court may appoint), the Court will determine whether Log Cabin is entitled to an
18 award of attorney's fees and expenses under EAJA, Fed. R. Civ. P. 37, or both.

19 4. If the Court rules that Log Cabin is entitled to an award of attorney's
20 fees and expenses under either EAJA, Fed. R. Civ. P. 37, or both, the Court will set
21 forth a schedule for further proceedings regarding the amount of fees and expenses
22 that may be appropriate.

23 IT IS SO ORDERED.

24
25
26 Dated: _____          _____
                                                United States District Judge
27
28

LOSANGELES 939426 (2K)

ORDER RE PROCEDURE FOR HEARING ON
MOTION FOR ATTORNEY'S FEES