1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOG CABIN REPUBLICANS, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA and LEON E. PANETTA, SECRETARY OF DEFENSE, in his official capacity,<br><br>　　　　　Defendants. | Case No.  CV 04-08425 VAP (Ex)<br><br>**ORDER REGARDING PROCEDURE FOR HEARING OF MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>Date:　　February 27, 2012<br>Time:　　2:00 p.m.<br>Ctrm:　　2 |

1       Based on the stipulation of the parties, and good cause appearing, IT IS
2  ORDERED:

3       1.   Log Cabin's motion for an award of attorney's fees and expenses shall be set for hearing on February 27, 2012, at 2:00 p.m., in Courtroom No. 2, in the above-referenced court at the Eastern Division Courthouse. Log Cabin shall file and serve its Motion and supporting papers no later than January 12, 2012. The government shall file and serve its opposition no later than February 6, 2012. Log Cabin shall file and serve any reply no later than February 13, 2012.

4       2.   Log Cabin's Motion shall make the necessary showings and allegations required by 28 U.S.C. § 2412(d)(1)(B), and include a summary of its claim, including total hours and amounts claimed by phase of the case, but need not at this time attach its attorneys' detailed billing records or documentation regarding claimed expenses. Log Cabin shall, however, make those records and documentation available to the Court if requested. If the Court requests such records and documentation, they shall also be made available to the Government for review.

5       3.   At the hearing on February 27, 2012 (or at such time thereafter as the Court may appoint), the Court will determine whether Log Cabin is entitled to an award of attorney's fees and expenses under EAJA, Fed. R. Civ. P. 37, or both.

6       4.   If the Court rules that Log Cabin is entitled to an award of attorney's fees and expenses under either EAJA, Fed. R. Civ. P. 37, or both, the Court will set forth a schedule for further proceedings regarding the amount of fees and expenses that may be appropriate.

IT IS SO ORDERED.

Dated: January 12, 2012___           _____
                                     Honorable VIRGINIA A. PHILLIPS
                                     United States District Judge

LOSANGELES 939426 (2K)

ORDER RE PROCEDURE FOR HEARING ON
MOTION FOR ATTORNEY'S FEES