UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 04-08425-VAP (Ex)                          Date:  February 27, 2012

Title:   LOG CABIN REPUBLICANS, a non-profit corporation -v- UNITED STATES OF AMERICA and DONALD H. RUMSFELD, SECRETARY OF DEFENSE, in his official capacity
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

   Jim Holmes, Relief                              Phyllis Preston
   Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                          DEFENDANTS:

Daniel Woods                         Paul G. Freeborne
Earle Miller                         Ryan B. Parker

PROCEEDINGS:       PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, ECF No. 326

   The Court issues a tentative ruling, hears oral argument and takes the matter under submission.

   IT IS SO ORDERED.