**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-08425-VAP (Ex)                                  Date:  May 4, 2012

Title:   LOG CABIN REPUBLICANS, a non-profit corporation -v- UNITED STATES OF AMERICA and ROBERT M. GATES, SECRETARY OF DEFENSE, in his official capacity

================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:

None

ATTORNEYS PRESENT FOR DEFENDANTS:

None

PROCEEDINGS:      MINUTE ORDER SETTING BRIEFING SCHEDULE (IN CHAMBERS)

      On March 15, 2012, the Court granted the Motion for Attorneys' Fees filed by Plaintiff Log Cabin Republicans ("Plaintiff"), and directed the parties to submit a stipulation providing a briefing schedule regarding the amount and reasonableness of the fees.  (Doc. No. 334.)  As the parties have submitted no stipulation, the Court sets the following briefing schedule:

      Plaintiff shall file its Motion no later than May 29, 2012; Defendants United States of America and Robert M. Gates ("Defendants") shall file their Opposition no later than June 11, 2012; and Plaintiff shall file its Reply no later than June 18, 2012.

MINUTES FORM 11                                              Initials of Deputy Clerk ____md_____
CIVIL -- GEN                                          Page 1

CV 04-08425-VAP (Ex)
LOG CABIN REPUBLICANS, a non-profit corporation v. UNITED STATES OF AMERICA and DONALD H. RUMSFELD, SECRETARY OF DEFENSE, in his official capacity
MINUTE ORDER of May 4, 2012

The parties shall submit their requests for fees, objections, and replies in the following format:

| Task | Date | Hours | Rate | Attorney | Defs.' Objection | Plf.'s Reply |
|------|------|-------|------|----------|------------------|--------------|
|      |      |       |      |          |                  |              |

The Court will hear the Motion on July 2, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**