DAN WOODS (SBN: 78638)
EARLE MILLER (SBN: 116864)
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329
Email:     dwoods@whitecase.com
Email:     emiller@whitecase.com

Attorneys for Plaintiff
Log Cabin Republicans

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOG CABIN REPUBLICANS, a non-profit corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA and LEON E. PANETTA, SECRETARY OF DEFENSE, in his official capacity,<br><br>                    Defendants. | Case No.  CV 04-8425 VAP (Ex)<br><br>**STIPULATION FOR CONTINUANCE OF HEARING AND BRIEFING SCHEDULE ON MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES, PENDING SETTLEMENT**<br><br>Date:         July 2, 2012<br>Time:        2:00 p.m.<br>Ctrm:        2 |

1       Pursuant to Local Rules 7.1 and 7.16 and this Court's Standing Order, Plaintiff Log Cabin Republicans ("Log Cabin") and Defendants United States of America and Leon E. Panetta, Secretary of Defense ("Defendants" or the "government" and, collectively with Log Cabin, the "Parties") hereby enter into this Stipulation in light of the following:

      A.    In this action challenging the constitutionality of the "Don't Ask, Don't Tell" law and policy, 10 U.S.C. § 654 (former) and its implementing regulations ("DADT"), this Court, following trial, entered declaratory and injunctive relief on October 12, 2010 in favor of Log Cabin declaring DADT unconstitutional under the Fifth and First Amendments, and enjoined its continued enforcement. This Court dismissed Log Cabin's equal protection claim.

      B.    The government appealed this Court's judgment. On September 29, 2011 the Ninth Circuit Court of Appeals issued its opinion, <u>Log Cabin Republicans v. United States</u>, 658 F.3d 1161 (9th Cir. 2011), holding that the case was moot due to the intervening Congressional repeal of DADT which became effective on September 20, 2011. The Court of Appeals vacated the "judgment, injunction, opinions, orders, and factual findings" of this Court and remanded the matter with instructions to dismiss the complaint. The Court of Appeals did not rule on the merits of the matter. Log Cabin's petition for rehearing or rehearing *en banc* was denied on November 9, 2011.

      C.    Log Cabin filed a motion for an award of attorneys' fees and expenses pursuant to (1) the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and (2) Fed. R. Civ. P. 37. The motion requested an award of fees under EAJA, at EAJA statutory rates, for the entire litigation; and an award of fees under Fed. R. Civ. P. 37(c), at Log Cabin's attorneys' regular hourly rates, for certain activity during the time period January 28, 2010 through the conclusion of the trial on July 23, 2010. Log Cabin also sought expenses under EAJA and Fed. R. Civ. P. 37(c). The government contested Log Cabin's entitlement to any award of attorneys' fees

1  and expenses under EAJA and Fed. R. Civ. P. 37(c).

2      D.    On March 15, 2012, the Court entered its Minute Order Granting
3  Plaintiff's Motion for Attorneys' Fees.  The Court deferred ruling on the amount of
4  the award.  On May 4, 2012, the Court entered an order setting a schedule for
5  further briefing and a hearing regarding the amount and reasonableness of the fees
6  under EAJA.

7      E.    The parties have reached an agreement in principle that would resolve
8  all of Log Cabin's claims for attorneys' fees, costs, and expenses.  The settlement is
9  subject to certain contingencies and approvals, including documentation and final
10 payment.  The parties must also agree upon a settlement agreement.  The parties
11 anticipate that it will take approximately 60 days for the necessary contingencies
12 and other steps to be resolved, and based on that they request the Court's approval
13 for the continuance of the briefing and hearing schedule on the motion for a period
14 of approximately 60 days.

15     NOW THEREFORE, in consideration of the foregoing, the Parties, through
16 their undersigned counsel, hereby agree, and request the Court's approval, as
17 follows:

18     1.    Log Cabin's motion for an award of attorneys' fees and expenses shall
19 be continued and reset for hearing on September 10, 2012, or at such other date as
20 is convenient to the Court's calendar.

21     2.    Log Cabin shall file and serve its motion and supporting papers no
22 later than July 30, 2012.

23     3.    The government shall file and serve its opposition no later than August
24 13, 2012.

25     4.    Log Cabin shall file and serve any reply no later than August 20, 2012.
26 / / /
27 / / /
28 / / /

5. In all other respects the parties will comply with the Court's May 4, 2012, Order.

| | | |
|---|---|---|
| Dated: | June 1, 2012 | WHITE & CASE LLP |

By: */s/ Earle Miller*
Earle Miller
Attorneys for Plaintiff
Log Cabin Republicans

| | | |
|---|---|---|
| Dated: | June 1, 2012 | UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION, FEDERAL PROGRAMS BRANCH |

By: */s/ Paul Freeborne*
Paul Freeborne
Attorneys for Defendants
United States of America and Leon E. Panetta, Secretary of Defense