# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOG CABIN REPUBLICANS, a non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA and LEON E. PANETTA, SECRETARY OF DEFENSE, in his official capacity,<br><br>　　　　　Defendants. | Case No.  CV 04-8425 VAP (Ex)<br><br>**[PROPOSED] ORDER FOR CONTINUANCE OF HEARING AND BRIEFING SCHEDULE ON MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES, PENDING SETTLEMENT**<br><br>Date:　　　July 2, 2012<br>Time:　　　2:00 p.m.<br>Ctrm:　　　2 |

Based on the stipulation of the parties, and good cause appearing, IT IS ORDERED:

1. Log Cabin's motion for an award of attorneys' fees and expenses shall be continued and reset for hearing on September 10, 2012, at 2:00 p.m., in Courtroom No. 2, in the above-referenced court at the Eastern Division Courthouse.

2. Log Cabin shall file and serve its motion and supporting papers no later than July 30, 2012.

3. The government shall file and serve its opposition no later than August 13, 2012.

4. Log Cabin shall file and serve any reply no later than August 20, 2012.

5. In all other respects the parties will comply with the Court's May 4, 2012, Order.

IT IS SO ORDERED.

Dated: _____       _____
                                                                                    United States District Judge

- 2 -
LOSANGELES 954388 (2K)                    ORDER RE CONTINUANCE OF MOTION FOR ATTORNEYS' FEES