STUART F. DELERY
Acting Assistant Attorney General
ANDRÉ BIROTTE, Jr.
United States Attorney
JOSEPH H. HUNT
VINCENT M. GARVEY
PAUL G. FREEBORNE
RYAN B. PARKER
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 353-0543
Facsimile: (202) 616-8460
E-mail: paul.freeborne@usdoj.gov

*Attorneys for Defendants United States of America and Secretary of Defense*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| LOG CABIN REPUBLICANS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA and LEON E. PANETTA, Secretary of Defense, <br><br> Defendants. | No. CV04-8425 VAP (Ex) <br><br> STIPULATION OF SETTLEMENT |

The parties stipulate that they have reached a settlement of all of Plaintiff Log Cabin Republicans' claims for attorney's fees, expenses, costs, and discovery sanctions. Plaintiff Log Cabin Republicans hereby withdraws with prejudice its Motion for Attorneys Fees and Expenses, Dkt. No. 326, and its Bill of Costs, Dkt. No. 292, and warrants that it will not seek any further attorney's fees, expenses, costs, or discovery sanctions in this case.

STIPULATION OF SETTLEMENT -1-

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
P.O. BOX 883, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 353-0543

Dated: July __, 2012

Stuart F. Delery
Acting Assistant Attorney General

ANDRÉ BIROTTE, JR
United States Attorney

JOSEPH H. HUNT
Director

VINCENT M. GARVEY
Deputy Branch Director

/s/ Paul G. Freeborne
PAUL G. FREEBORNE
RYAN B. PARKER
U.S. Department of Justice,
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Room 6108
Washington, D.C. 20044
Telephone: (202) 353-0543
Facsimile: (202) 616-8202
paul.freeborne@usdoj.gov

*Attorneys for Defendants United States of America and Secretary of Defense*

/s/ Earle Miller
EARLE MILLER
White & Case, LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA 90071-2007
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
emiller@whitecase.com

/s/ Dan Woods
DAN WOODS
Musick, Peeler & Garrett, LLP
One Wilshire Blvd.
Suite 2000
Los Angeles, CA 90017
Telephone: (213) 629-7622
Facsimile: (213) 624-1376
d.woods@mpglaw.com

*Attorneys for Plaintiff Log Cabin Republicans*

STIPULATION OF SETTLEMENT   -2-

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
P.O. Box 883, Ben Franklin Station
Washington, D.C. 20044
(202) 353-0543